IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:24-cv-00219-BO-RN

| | |
|---|---|
| LISA BERNARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FAYETTEVILLE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**

COMES NOW Plaintiff Lisa Bernard ("Ms. Bernard"), by and through undersigned counsel, and pursuant to Local Civil Rule 56.1 provides the following exhibits in support of his Statement of Material Facts:

1. Transcript of Deposition of Lisa Bernard, excluding exhibits, February 27, 2025

2. Transcript of Deposition of Fayetteville State University by and through its designated representative, Julia Katherine Faircloth, including select exhibits, March 10, 2025

3. Transcript of Deposition of Sandra Williams, excluding exhibits, April 9, 2025

4. North Carolina Office of State Personnel – Personnel Action – February 11, 2002, Def.433

5. Annual Performance Appraisal of Lisa Bernard – May 19, 2015, Def. 181

6. Annual Performance Appraisal of Lisa Bernard – April 14, 2016, Def. 191

7. University SHRA Annual Performance Appraisal Form – March 31, 2017, Def. 201

8. University SHRA Annual Performance Appraisal Form – April 17, 2018, Def. 222

9. University SHRA Annual Performance Appraisal Form – March 31, 2019, Def. 238

10. University SHRA Annual Performance Appraisal Form – June 30, 2020, Def. 241

1

Respectfully submitted, this the 7th day of July, 2025.

        BY: /s/ JOSEPH D. BUDD
        JOSEPH D. BUDD
        N.C. Bar No. 44263
        COUNSEL CAROLINA
        1100 Wake Forest Road, Suite 205
        Raleigh, North Carolina 27604
        joe@counselcarolina.com
        T: 919.373.6422
        F: 919.578.3733

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system, which system will automatically generate and send a Notice of Electronic Filings to the undersigned filing user and registered users of record in the matter, as follows:

> Jeremy D. Lindsley
> Assistant Attorney General
> North Carolina Department of Justice
> P.O. Box 629
> Raleigh, NC 27602
> Fax: 919-716-6764
> jlindsley@ncdoj.gov
> *Attorney for Defendant*

This the 7th day of July, 2025.

BY: /s/ JOSEPH D. BUDD
JOSEPH D. BUDD