```
1              IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                   WESTERN DIVISION
              CIVIL ACTION NO: 5:24-cv-219
3

4    LISA BERNARD,              )
                               )
5           Plaintiff,         )
                               )
6       v.                     )
                               )
7    FAYETTEVILLE STATE        )
     UNIVERSITY,               )
8                              )
             Defendant.        )
9                              )
                               )
10   _____

11

12              DEPOSITION OF LISA BERNARD

13                 (Taken by Defendant)

14              Spring Lake, North Carolina

15              Thursday, February 27, 2025

16

17

18

19

20

21

22

23
                   Reported in Stenotype by
24            Diane Pressley, Shorthand Reporter
        Transcript produced by computer-aided transcription
25
```

```
 1                         APPEARANCES

 2    ON BEHALF OF PLAINTIFF:

 3        JOE BUDD, Esquire
          AYESHA MALIK, Esquire
 4        Osborn Gambale Beckley & Budd, PLLC
          1100 Wake Forest Road, Suite 205
 5        Raleigh, North Carolina 27604
          (919) 373-6422
 6        Joe@counselcarolina.com

 7    ON BEHALF OF DEFENDANTS:

 8        JEREMY D. LINDSLEY, Esquire
          KIMBERLEY POTTER, Esquire
 9        114 W. Edenton Street
          Raleigh, North Carolina 27603
10        (919) 716-6815
          Jlindsley@ncdoj.gov
11
      ALSO PRESENT:
12
          BENITA POWELL
13        JOSEPH BATES

14

15

16

17

18

19

20

21

22

23

24

25
```

1   DEPOSITION OF LISA BERNARD, a witness called on behalf

2   of Plaintiff, before Diane Pressley, Notary Public, in

3   and for the State of North Carolina, at the Spring Lake

4   Community Library, 101 Laketree Boulevard, Spring Lake,

5   North Carolina, on Thursday, February 27, 2025,

6   commencing at 10:00 a.m.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    INDEX OF EXAMINATIONS

 2                                                     PAGE

 3   By Mr. Lindsley                                     5

 4   By Mr. Budd                                       112

 5

 6

 7

 8

 9                      INDEX OF EXHIBITS

10   NUMBER            DESCRIPTION                    MARKED

11   Exhibit 1         Letter dated
                       March 31, 2023                   63
12
     Exhibit 2         Position Description
13                     Form                             65

14   Exhibit 3         Charge of Discrimination         87

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                      LISA BERNARD,

 2         having been first duly sworn, was examined and

 3                   testified as follows:

 4                        EXAMINATION

 5     BY MR. LINDSLEY:

 6         Q.  Good morning.

 7         A.  Good morning.

 8         Q.  My name is Jeremy Lindsley.  I'm an

 9     attorney with the North Carolina Department of

10     Justice, and I represent Fayetteville State

11     University.

12             We have some other folks in the room with

13     us this morning:  Kimberley Potter is also with the

14     Department of Justice, and Angel is with the

15     University, and Joe is also with the University?

16         A.  Okay.  Thank you.

17         Q.  Sure.

18             And I guess you know the people on your

19     side of the table.

20         A.  Yes.

21         Q.  Okay.  So I'm sure that Joe has explained

22     to you the reason for our meeting today.  But just

23     to be clear, I've asked you to be here this morning

24     so I can take your deposition, and that means I'm

25     just going to ask you some questions about yourself
```

1   and about the lawsuit that you filed against

2   Fayetteville State, okay?

3       A.  Yes.

4       Q.  Okay.  As we go along today there are some

5   sort of ground rules, if you will, that I'd like to

6   just mention before we get into things, okay?

7           First thing is, of course, you're under

8   oath just like you would be in court.  Your

9   testimony here, your answers to the questions here

10  today are no different than they would be if you

11  were in court, okay?

12      A.  Yes.

13      Q.  I will do my best to ask one question at a

14  time, okay?  If -- if I'm asking you a question I

15  just ask that you wait for me to finish my question

16  before you start to talk.

17      A.  Okay.

18      Q.  And I'll do my very best to let you finish

19  your answers before I start to talk.

20      A.  Yes.

21      Q.  And that's going to help our court reporter

22  here get a good, clear record of our conversation

23  because she's trying to take everything down that I

24  say to you and that you say to me, and it's really

25  helpful that we don't talk over one another because

1    I'm sure you want a clear record just like I do.

2         A.   Yes.

3         Q.   Fair enough?

4         A.   Fair.

5         Q.   It's also important that you give verbal

6    answers to each of my questions.

7         A.   Yes.

8         Q.   So please answer by saying yes or no or

9    something else as necessary.  And try to avoid just

10   nodding your head or shaking your head because the

11   court reporter can't take down what you're doing,

12   only what you're saying, okay?

13        A.   Clear, yes.

14        Q.   Got it.

15             And also try to avoid the "uh-huhs" and

16   "uh-uhs" and please use a yes or no answer since

17   that's more clear, of course, for -- for our record,

18   okay?

19        A.   Yes.

20        Q.   I'll do my best to ask you clear questions,

21   but if I've asked you something that is not clear or

22   is confusing to you, you're not sure what I'm trying

23   to ask, will you tell me that?

24        A.   Yes.

25        Q.   All right.  I'm more than happy to restate

1    a question or repeat a question as much as you need,

2    okay?

3         A.   Okay.

4         Q.   I want to make sure that you and I stay on

5    the same page together.

6         A.   Yes.

7         Q.   Okay.

8              We can take breaks as often as you need,

9    all right?

10             If you need to take a break at any time,

11   just let me know and we'll go ahead and take that

12   break.

13             The only exception is if I've asked you a

14   question I will ask that you answer that question

15   before we take a break.

16        A.   Yes.

17        Q.   Okay, great.

18        A.   Thank you.

19        Q.   You're welcome.

20             Have you done anything in preparation for

21   the deposition today?

22        A.   Yes.

23        Q.   Tell me what you've done.

24        A.   I've been in communication with my attorney

25   Budd.

1     Q. Have you done anything else?

2     A. No.

3     Q. You haven't reviewed any documents?

4     A. Yes. Yes, I have reviewed the documents

5 that I received from Attorney Budd's office.

6     Q. Okay. Can you tell me what documents you

7 looked at before today's deposition?

8     A. Yes. Well, it was the -- the deposition

9 questions and answers. The documents that -- that I

10 submitted to my attorney's office.

11     Q. Okay. And you know that your attorney has

12 turned over certain documents that you've provided

13 to us, correct?

14     A. Yes.

15     Q. Okay. And we've given some documents to

16 your attorney, as well, and you've reviewed those?

17     A. Yes.

18     Q. Have you reviewed the complaint that you

19 filed in this case?

20     A. Yes, I have.

21     Q. How about the answers to the written

22 questions that you provided to us, they're called

23 interrogatories?

24     A. Yes.

25     Q. You looked at those before --

1      A.   Yes.

2      Q.   -- to prepare for today?

3      A.   Yes, I prepared for today, yes.

4      Q.   And the answers that we provided in writing

5   to your attorney, have you reviewed those in

6   preparation for today?

7      A.   Yes.

8      Q.   Anything else, any other documents that you

9   reviewed for preparation today?

10      A.   No.

11      Q.   Other than your attorney, did you talk with

12   anyone about what we're doing here today or about

13   the deposition?

14      A.   I just -- I did speak with my daughter

15   prior to this.

16      Q.   Okay.  What does your daughter do?

17      A.   Do?

18      Q.   Yeah, what does she do for a living?

19      A.   Oh, okay.  Right now, she works at Walmart.

20      Q.   How old is she?

21      A.   She's 37.

22      Q.   And her name?

23      A.   Sierra Williams.

24      Q.   Do you have any problems with remembering

25   things?

1          MR. BUDD:  Objection to form.

2    BY MR. LINDSLEY:

3          **Q.  You can go ahead and answer, it's okay.**

4          A.  From the best of my knowledge, I mean, I

5    can go and can answer but there are some things that

6    -- that I might not be able to answer.

7          **Q.  Sure.  I understand.  I'm just trying to**

8    **find out if you had -- if you have any issues, any**

9    **problems with -- with remembering things.**

10          MR. BUDD:  Objection to form.

11          A.  I do not have dementia, so but --

12    BY MR. LINDSLEY:

13          **Q.  Okay.  All right.**

14          A.  Yeah, this has been a couple of years --

15          **Q.  Sure, I understand.**

16          A.  -- that has passed --

17          **Q.  That I understand.**

18          A.  -- since this has almost taken place.

19          **Q.  Right.**

20          A.  Yep.

21          **Q.  Yep.**

22          I know, you know, a lot of folks don't

23    remember everything that's happened, it's not what

24    I'm asking -- it's not what I'll be asking you to do

25    today.

1      A.   Okay.

2      Q.   So, I understand.

3           Have you taken any medications today that

4   might impair your ability to hear and understand the

5   questions that I'm asking?

6      A.   No, sir.

7      Q.   Anything that might -- have you taken any

8   medication that might prevent you answering any

9   questions?

10     A.   No, sir.

11     Q.   Have you ever been in a deposition like

12  this before?

13     A.   Never.

14     Q.   Have you ever been involved in any other

15  lawsuits?

16     A.   No.

17     Q.   So never been a plaintiff like you are in

18  this lawsuit in any other situation?

19     A.   No.

20     Q.   And never been sued by anybody?

21     A.   No.

22     Q.   Have you ever made any formal complaints

23  against an employer other than Fayetteville State

24  University?

25     A.   No.

1    Q.   Are you married?

2    A.   No.

3    Q.   Have you been?

4    A.   No.

5    Q.   How many children do you have?

6         I mean, I know you have a daughter, do you

7    have other children?

8    A.   I have one.

9    Q.   What is your other child's name?

10   A.   Well the one is Sierra Williams, the one.

11   Q.   Oh, you just have one?

12   A.   One.

13   Q.   Okay.  Misunderstood.  Okay.  Thank you.

14        Tell me about your educational background

15   starting with any college, you know, after high

16   school, tell me about your education after that.

17   A.   Okay.  I graduated from Fayetteville State

18   University.

19   Q.   What is -- I'm sorry.

20   A.   Bachelor's degree.

21   Q.   Okay.

22   A.   In Business Administration.

23   Q.   All right.

24   A.   In 2020.

25        I graduated from Fayetteville State

1  University with my master's degree in Business

2  Administration, 2022.

3      Q.  All right.  Very good.

4          Any other post-high school education?

5      A.  No, no, sir.

6      Q.  So just those two degrees?

7      A.  Yes.

8      Q.  Why did you decide to obtain your

9  bachelor's degree?

10     A.  Because I wanted to further my education

11 and also having the education is important.

12     Q.  And your MBA, what made you decide to do

13 that?

14     A.  I wanted to pursue my master's degree for

15 work.

16     Q.  Was there something in particular with

17 regard to work that pushed you toward wanting to get

18 your MBA?

19     A.  Yes.

20     Q.  What was that?

21     A.  There are certain positions that you can

22 apply for if you have extended your education.

23     Q.  Was there a particular position that you

24 were hoping to or planning to apply for after you

25 obtained your MBA?

1    A.  Yes.

2    Q.  What position was that?

3    A.  Budget Analyst 1 or Budget Analyst 2.

4    Q.  When did you start the MBA program?

5    A.  I started in 2020.

6    Q.  Were there any budget analysts positions at

7  Fayetteville State when you began the MBA program?

8    A.  No.

9    Q.  Did you -- were you aware of any plans for

10  a budget analyst position being created at

11  Fayetteville State when you started the MBA program?

12    A.  Yes.

13    Q.  How were you aware of that?

14    A.  I was aware of that because my supervisor

15  had re-classed the positions and for those positions

16  to be re-classified.

17    Q.  Okay.  Can you -- let me dig in on that a

18  little bit.

19        So who was your supervisor at the time that

20  you started the MBA program?

21    A.  Okay.  That was Ms. Duanna Lawrence.

22    Q.  Can you spell that?

23    A.  D-U-A-N-N-A.

24    Q.  Lawrence --

25    A.  Yes.

1      Q.  -- is the last name?

2          And Ms. Lawrence, was she creating or had

3  -- had she created a Budget Analyst 1 or Budget

4  Analyst 2 position at the time that you began the

5  MBA program?

6      A.  No.

7      Q.  Was she making plans to create those

8  positions at the time that you started your MBA

9  program?

10     A.  Yes.

11     Q.  When you finished the MBA program was

12  Ms. Lawrence still your supervisor?

13     A.  No.

14     Q.  Who was your supervisor then?

15     A.  So Ms. Lawrence was my supervisor until

16  December of 2022.

17     Q.  Who became your supervisor after that?

18     A.  Actually, Duanna left in January of 2022.

19     Q.  January of 2022?

20     A.  Yes.

21     Q.  Okay.  And who was your supervisor after

22  that?

23     A.  In March of 2022 my supervisor became

24  Sandra Williams.

25     Q.  Okay.  I'm going to come back here, but I

1  want to return just -- what we haven't covered is,

2  you know, how you were employed, in what capacity,

3  all of that sort of thing.

4      A.  Okay.

5      Q.  So I got ahead of myself just a little bit,

6  so we'll take a step back.

7      A.  Okay.

8      Q.  So, tell me about your work prior to

9  becoming employed at Fayetteville State?

10     A.  Prior to Fayetteville State, I --

11         Okay.  We're going to go back to two --

12  going back to the year of 2000?

13     Q.  Sure.

14     A.  I was working for Thomas Jefferson

15  University Hospital.

16     Q.  What were you doing at the hospital?

17     A.  I was a medical biller.

18     Q.  What did that job entail?  What exactly

19  were you doing?

20     A.  Patients with billing statements would come

21  through the office and my position was to analyze

22  all of the cost provider and for the patient.

23     Q.  When you say analyze the cost provider,

24  what do you mean?

25     A.  Breaking down the cost that the insurance

1  company, the employer would pay or the patient would

2  pay from their insurance and what the patient would

3  have to pay out of pocket, so those billing

4  statements are some statements that I had to

5  process.

6      Q.  Sure.  The statements, would they come to

7  you already allocated as far as who needed to pay

8  what?

9      A.  Yes.

10      Q.  So you weren't doing those calculations

11  yourself?

12      A.  Right.

13      Q.  Okay.  And so the bill would come to you

14  with those calculations made, and then what would

15  you do with it?

16      A.  I would look through the billing statements

17  and the payments that came in from the patient, what

18  the patient owed.

19      Q.  Okay.

20      A.  Yes.

21      Q.  Gotcha.

22      A.  And tallying up all of the bills that came

23  in and statements.

24      Q.  Okay.  And then how -- how long were you in

25  that job?

1       A.  I was in the capacity of that position for

2   a year and a half, yeah.

3       Q.  And immediately after that is that when you

4   started at Fayetteville State?

5       A.  Immediately after, no.

6       Q.  Okay.  So there were -- was there some

7   employment in between?

8       A.  I actually moved from Philadelphia.

9       Q.  Okay.  And in that transition from

10  Philadelphia to North Carolina, is that where you

11  moved to?

12      A.  Yes.

13      Q.  To this area, Fayetteville?

14      A.  Yes.

15      Q.  What was the reason for moving?

16      A.  I -- my -- my best girlfriend was here and

17  I had lost my mother.

18      Q.  Did your daughter move with you or --

19      A.  Yes.

20      Q.  She was not 37 at the time I take it?

21      A.  No.

22      Q.  Right.  So that would make sense.

23          Other -- when you first arrived here in

24  North Carolina did you work somewhere other than

25  Fayetteville State?

1      A.  No.

2      Q.  How did you become employed

3   with Fayetteville -- how did you learn about the job

4   at Fayetteville State?

5      A.  I looked and I searched and I researched

6   and I applied, went up to Fayetteville State and

7   applied for positions.

8      Q.  Okay.  And so when -- what -- in what year

9   did you start working at Fayetteville State?

10      A.  February of 2002.  February the 3rd I

11   believe it was --

12      Q.  Okay.

13      A.  -- of 2002.

14      Q.  What was your position at that time?

15      A.  I started off in HR.

16      Q.  Doing what?

17      A.  Admin assistant.

18      Q.  Okay.  How long did you serve as an admin

19   assistant in HR?

20      A.  I served in that position for one year.

21      Q.  And after that year, did you take a

22   different position at Fayetteville State?

23      A.  Yes.

24      Q.  What position?

25      A.  I was then moved into a position as an

1    executive assistant in the budget office.

2        Q.  Okay.  You say that you were moved to that

3    position, can you tell me what you mean?  Go ahead.

4        A.  Okay.  The position that I started with was

5    a temporary position.

6        Q.  Was that supposed to be for just one year?

7        A.  Well, technically, yes.  And then -- go

8    ahead.

9        Q.  Okay.  So did you have to apply for the

10   executive assistant position?

11       A.  Yes.

12       Q.  You went through -- did you go through an

13   interview process for that position?

14       A.  Actually there was a temporary position

15   before the executive position.

16       Q.  Okay.  But you did go through -- you did

17   have to submit an application?

18       A.  Yes.

19       Q.  How long did you serve as the executive

20   assistant in the budget office?

21       A.  From February of 2003 until December of

22   2003, yeah.

23       Q.  Okay.  As the executive assistant in the

24   budget office, what were your job duties?

25       A.  I was the assistant for the budget

1  director.

2      Q.  What kinds of things would you assist the

3  budget director with?

4      A.  Memos, letters, ordering supplies, backing

5  up for payroll, being a backup also for the

6  accounting technicians.

7      Q.  What did you do as backup for accounting

8  technicians?

9      A.  Well, we called it cross training, so the

10  budget office could be efficient.

11      Q.  And in your role as executive assistant did

12  you have occasion to fill in or, or do the duties of

13  an account technician?

14      A.  Yes, sir.

15      Q.  Was that something that happened

16  frequently?

17      A.  Yes.

18      Q.  How -- so you were in that position for

19  about a year?

20      A.  Uh-huh.

21      Q.  Do you have any idea how many times you had

22  to fill in for an account technician during that

23  time --

24      A.  No.

25      Q.  -- on those occasions?

1      A.  I don't recall --

2      Q.  I'm sorry.

3      A.  -- the amount of time.

4      Q.  Okay.  On those occasions that you did

5  substitute for an account technician during that

6  period, can you tell me the kinds of things that you

7  did?

8      A.  I can't recall exactly.

9      Q.  After December of 2003, did you move to a

10  different position?

11      A.  Yes, I did.

12      Q.  What position was that?

13      A.  That was an accounting position.

14      Q.  Do you remember --

15      A.  And it was a permanent position.

16      Q.  Okay.  Great.

17          Do you remember what the title of the

18  position was?

19      A.  No, I don't recall.

20      Q.  Okay.  Were there folks in the budget

21  office with the, with the job title of account

22  technician, at that time?

23      A.  Yes.

24      Q.  But the position you moved into was not as

25  an account technician?

1      A.  Yes, it was an accounting technician

2  position.

3      Q.  It was an accounting technician?

4          How many accounting technicians --

5      A.  That I recall.

6      Q.  I'm sorry.

7      A.  Three.

8      Q.  Three.

9          There were three accounting technicians in

10  the budget office when you started as an accounting

11  technician?

12      A.  There was two, including me, three.

13      Q.  Did you have to apply for that position as

14  accounting technician?

15      A.  Yes.

16      Q.  Were you interviewed for the position?

17      A.  Yes.

18      Q.  Tell me a little bit about what an account

19  technician does.

20      A.  The aspects of the accounting technician

21  for me was for positions.

22      Q.  Can you explain what that means?

23      A.  When positions came through, positions as

24  far as hiring proposals for faculty, hiring

25  proposals for EEHRA, your directors, chancellors,

1    your vice chancellors, SPA positions.

2        Q.   What is SPA?

3        A.   For staff.  State positions employee.

4        Q.   Okay.  SPA staff positions, are they

5    teaching faculty or a different category?

6        A.   They are a different category.

7        Q.   So are they generally general employees or

8    are they professional employees?

9        A.   SPA positions are, example, an admin, a --

10   a purchasing assistant.

11       Q.   Would an account technician be an SPA

12   position?

13       A.   Yes.

14       Q.   All right.

15            What were you doing when these -- when this

16   information would come about positions, when you

17   received that information what were you doing with

18   it?

19       A.   Those positions would come through me once

20   they had routed through their perspective

21   departments.  And when they came to me my job was to

22   make sure that the positions were correctly budgeted

23   and that they were budgeted to the correct FOAP.

24   FOAP meaning the account number for that department.

25       Q.   Okay.  FOAP, is that an acronym?  Does that

1  stand for something?

2       A.  FOAP, funding, so your funding positions.

3  If you -- once a position had came through the

4  office I had to make sure that there was enough

5  funding in the position to then forward it to human

6  resources.

7       Q.  So as I understand it, and tell me if I --

8  if I'm mistaken, but these would be new positions

9  that some department in the University was creating

10  and you would receive the information for those and

11  make sure that it's the correct department and the

12  correct budget allocation and the monies were

13  available?

14       A.  That was for all:  For reclassifications,

15  for newly established positions.  For positions that

16  were already established.  When a department sent a

17  hiring proposal through.  When a department sends a

18  posting for a position.  I processed every last one

19  of those.

20       Q.  You mentioned re-classifications, what is a

21  re-classification?

22       A.  When you re-class a position from an

23  accounting technician to a budget analyst.  If you

24  re-class a position for facilities maintenance to a

25  admin support.

1    Q.   Okay.  So I understand that as you're

2  describing your reclassification involves changing

3  the title of a job?

4    A.   Yes.

5    Q.   What else does a re-classification change

6  with regard to the, to any position?

7    A.   The salary would change as well.

8    Q.   Anything else?

9    A.   We had to make sure that there's money in

10  the budget for those positions.  That's a very

11  important piece.

12    Q.   Okay.  Other than making sure --

13        Oh, I'm sorry, you want to say something

14  else?

15    A.   No.

16    Q.   Okay.

17    A.   You're fine.

18    Q.   Thank you.

19        Other than making sure that the -- that the

20  position is allocated to the correct department and

21  that there's funds available, what other

22  responsibilities did you have in processing these --

23  these positions?

24    A.   I had to run reports quarterly, sometimes

25  weekly, having communication with the department for

1   whom these documents would come from.

2        Q.  Let me take a step back.

3            With the reclassifications, you're familiar

4   with the whether or not an employee is subject to

5   the State Human Resources Act or is not, correct?

6        A.  Yes.

7        Q.  Okay.  So one category, we use the

8   shorthand SHRA, right, for an employee that is

9   subject to the State Employment Act, correct?

10       A.  Yes.

11       Q.  And then there's another designation with

12  the letters EHRA, and those employees in that

13  category are not subject to the State Employment

14  Act, correct?

15       A.  No, that's not true.

16       Q.  That's not true?

17       A.  No.

18       Q.  Then why -- what's wrong with that?

19       A.  Because if -- if you're EHRA or SHRA

20  some -- something could happen.

21       Q.  What do you mean?

22       A.  I don't recall exactly what.

23       Q.  Okay.  Is it your understanding that an

24  employee in the EHRA category is exempt from the

25  State Human Resources Act?

1      A.   No.

2      Q.   That's not your understanding?

3      A.   No.

4      Q.   Okay.  So can you tell me what EHRA

5   employees, what controls their terms of employment?

6      A.   Their supervisor.

7      Q.   How so?

8      A.   Things -- things can -- can just happen

9   that way.

10     Q.   Can someone's supervisor determine whether

11  or not an employee is subject to the State Human

12  Resources Act or not?

13     A.   No, it doesn't have to do with an act or

14  the state, it has to do who's in position.

15     Q.   In what position?

16     A.   Whoever that person reports to.

17     Q.   Okay.  I'm not really understanding what --

18  what you're saying, help me out here.

19          The position that you were in as account

20  technician.

21     A.   Uh-huh.

22     Q.   Were you -- was that position classified as

23  subject to the State Human Resources Act or SHRA or

24  was it classified as an EHRA position?

25     A.   SHRA.

1      Q.  Okay.  Is it your understanding that as --

2   in your position as the account technician that your

3   terms of employment were governed by or controlled

4   by the State Human Resources Act?

5      A.  Uh-huh.

6          THE COURT REPORTER:  Is that a yes?

7   BY MR. LINDSLEY:

8      Q.  Is that a yes?

9      A.  Yes, yes, I'm sorry.

10     Q.  That's okay, that's fine.

11         Were you -- did you understand that your

12  terms of employment were controlled by anything

13  other than the State Human Resources Act in your

14  position as account technician?

15     A.  Could you rephrase that?

16     Q.  Sure.

17         In your position as account technician, you

18  said it was your understanding that you were subject

19  to -- terms of your employment were subject to the

20  State Human Resources Act.  Did you understand that

21  any other act or policy controlled or -- or governed

22  your terms of employment?

23     A.  It's not about who it's governed to, it's

24  about who you report to.

25     Q.  So if -- if the person that you report to,

1    your -- your -- you're talking about your direct

2    manager?

3        A.  Yes.

4        Q.  If that person is classified as SHRA or

5    EHRA, do you follow whatever that designation is?

6        A.  It's not follow.  That -- I don't

7    understand what you're --

8        Q.  Okay.

9        A.  -- you're saying.

10       Q.  Well, let me take a step back.

11           So, when a -- when a position was

12   re-classified, did you ever see a situation in which

13   a position was an SHRA and was changed to an EHRA as

14   a re-classification?

15       A.  Yes.

16       Q.  Can you tell me what in particular, what

17   position you recall those were?

18       A.  Some of those are, I would say in your ITS.

19       Q.  What is ITS?

20       A.  All of your tech positions.

21       Q.  So the -- the --

22       A.  I don't know off the top --

23       Q.  So the technology --

24       A.  Yeah.

25       Q.  The information technology?

1      A.  Yes, yeah.  Yes.

2      Q.  Okay.  People who come and help you when

3  your computer breaks down, that kind of thing?

4      A.  Yes.

5      Q.  Okay.

6          Now when a position was re-classified, as

7  you recall from an SHRA designation to an EHRA

8  designation, was that position -- whoever held that

9  position, were they required to go through an

10  interview process?

11      A.  Yes.

12      Q.  What is your understanding as to the

13  difference between EHRA employee status and EHRA --

14          Sorry, let me make sure I say this clearly.

15          The difference between SHRA employees and

16  EHRA designated employees, what's the difference?

17      A.  Just the titles.

18      Q.  Their -- their job title?

19      A.  Yes.

20      Q.  Is there any other difference between those

21  two categories of employees?

22      A.  Being exempt.

23      Q.  Exempt from what?

24      A.  From -- you can move freely more with a

25  EHRA, your salaries could change --

1     Q.  Have --

2     A.  -- drastically.

3     Q.  I'm sorry.

4     Finished?

5     A.  Yeah.

6     Q.  Okay.  Sorry, I just want to sure.

7     A.  Yes, I'm finished.

8     Q.  I want to make sure I'm following my own

9 rule.

10    So what do you mean that an EHRA employee

11 can move more freely, what does that mean?

12    A.  Funding for those positions become

13 available more frequently than they would for an

14 SHRA person.

15    Q.  Do you know why a position would be

16 re-classified from SHRA to an EHRA?

17    A.  Yes.

18    Q.  Why?

19    A.  Because the department, the manager and the

20 supervisor wants to make sure that those employees

21 in those positions, that the person that they want

22 to have in those positions can just move forward.

23    Q.  What do you mean move forward?

24    A.  As far as -- as far as your monetary is

25 concerned.

1     Q.  You mean if they could be paid more?

2     A.  Yes.

3     Q.  Were the -- were EHRA employees respons- --

4  did they have more responsibilities than SHRA

5  employees?

6     A.  Not all of them.

7     Q.  Not all of them, but some?

8     A.  Yes.  Yes.

9     Q.  So February 2003 -- nope, sorry.  December

10  of 2003 or thereabout, you became an account

11  technician, how long did you serve in that position?

12     A.  I served in that position up until April

13  the 30th of 2023.

14     Q.  Now, in between those time periods when you

15  became the account technician in April 30th, 2023,

16  did you -- did you receive any advancement,

17  promotions during that time?

18     A.  Well, advancements I would say no

19  advancements.  When the state would have money in

20  the budget yearly to distribute throughout the state

21  for employees that's where my increases came from,

22  if it was a two percent increase or a five percent

23  increase.

24     Q.  Is that something that all state employees

25  would receive?

1     A.  Yes.

2     Q.  The -- in the budget office were there

3  different levels of account technicians?

4     A.  Yes.

5     Q.  What levels were there?

6     A.  Contributing.

7     Q.  Any others?

8     A.  Advanced.

9     Q.  Just those two?

10     A.  Yes.

11     Q.  When you began as an account -- go ahead.

12     A.  And there's another one, journey.

13     Q.  Journey.  All right.  Thank you.

14     When you started as an account technician

15  what level did you begin at?

16     A.  Contributing.

17     Q.  Did you advance from contributing at some

18  point or other to an advanced accounting technician?

19     A.  Uh-huh.

20     Q.  Yes?

21     A.  Yes.  Yes.

22     Q.  When was that transition?

23     A.  I don't recall the exact date.

24     Q.  When you moved to account technician

25  advance did you receive any sort of increase in pay?

1      A.  Yes.

2      Q.  Did you -- did your duties change in any

3  way?

4      A.  Not much.

5      Q.  And how about journey.  Did you obtain the

6  journey level account technician at any time?

7      A.  Yes.

8      Q.  When was that?

9      A.  I -- I don't recall the exact year and

10  month.

11      Q.  Okay.  Would it have been two, three years

12  before April 30th of 2023 or longer?

13      A.  Longer.

14      Q.  Five years?

15      A.  Maybe six.

16      Q.  Six, okay.  Around, yeah?

17      A.  Yeah.

18      Q.  Okay.

19      A.  Yes.

20      Q.  Okay.

21          Did your -- did the change to account

22  technician journey level come with a pay increase?

23      A.  Yes.

24      Q.  Did it also come with any change in your

25  duties?

1      A.   Yes.

2      Q.   What changed between the advanced account

3  technician and journey account technician in terms

4  of your job duties?

5      A.   There was more cross training.

6      Q.   Cross training for what other positions?

7      A.   Learning the non-state budget.

8      Q.   What is the non-state budget?

9      A.   Okay.  The non-state budget is funding that

10  comes -- well, that's allocated throughout all of

11  the universities and those non-state budgets would

12  be a funding source of a three, one or a two, zero.

13  They're not state -- state-funded positions, they're

14  just like almost allocated as --

15      Q.   Okay.  So these would be employees that are

16  --

17      A.   Just for --

18      Q.   I'm sorry.

19      A.   Go ahead.  Go ahead.

20      Q.   I think you're describing -- tell me if I

21  -- if I'm wrong.  I think you're describing

22  employees that are paid from some source other than

23  state funding?

24      A.   Yes.

25      Q.   And you would process or -- or cross

1   trained to process that bucket of employees?

2       A.  Funding.

3       Q.  Funding for that?

4       A.  (Moves head up and down.)

5       Q.  Okay.  And was it the same sort of thing

6   you were doing for the state-funded employees making

7   sure that the employee is under the right department

8   and that there are funds available for the employee?

9       A.  Learning that piece of it as far as cross

10  training, that -- that didn't have to do with

11  positions.

12      Q.  Okay.  So in what way did you have to

13  learn -- I guess what I'm asking you is what was the

14  difference in what you were doing as an account

15  technician working with state-funded employees

16  processing that side and the non-state funded

17  employees, what was the difference?

18      A.  I don't -- if you can rephrase that?

19      Q.  Sure, I'll try.

20          I'm trying -- so you were cross training

21  to -- for -- to do something different than your

22  regular job as an account technician?

23      A.  Exactly, but it wasn't -- it's accounting

24  technician but learning something totally different.

25      Q.  Okay.  So the cross training was for an

1    account technician that was doing something

2    different from what you were doing?

3        A.  Exactly.

4        Q.  And the different thing that they were

5    doing had to do with employees that were funded from

6    non-state funds?

7        A.  No.

8        Q.  No.  Help me out.

9            What were -- what were you doing when you

10   filled in or cross trained for the other account

11   technician that was dealing with non-state funds?

12       A.  Journal entries, moving money around for

13   supplies, furniture, construction.

14       Q.  Okay.  And that was not an aspect of your

15   regular duties --

16       A.  No.

17       Q.  -- in your account technician role?

18       A.  That is correct.

19       Q.  When did you begin that cross training?

20       A.  I don't recall the date and year.

21       Q.  Would it have been as soon as you became

22   journey level account technician or sometime later?

23       A.  A little bit later.

24       Q.  A little bit later.

25           Did the other account technicians also

1  cross train for your role for what you were doing?

2      A.  Yes.

3          Q.  All right.  Let me move to something a

4  little bit different staying with employment though.

5          Tell me about your employment after April

6  30th, 2003, where have you worked?

7      A.  It took me a while.  I was -- worked for

8  the Department of Social Services.

9          Q.  What did you do there?

10     A.  I was an accounting technician there.

11         Q.  What was the timeframe, when did you begin

12 and when did you stop working there?

13     A.  October of 2023 until April of 2024.

14         Q.  Why did you leave that position in April?

15     A.  It had to do -- there was -- the job

16 description said something totally different than

17 what the position I was actually doing.

18         Q.  I see.

19         So what -- what did you expect that you'd

20 be doing in that role?

21     A.  Journal entries, purchase orders.

22         Q.  Is that similar to what you've been doing

23 at Fayetteville State?

24     A.  Yes.

25         Q.  And what did it turn out that you were

1   actually doing at DSS?

2       A.  Foster care.

3       Q.  And that means that you were looking after

4   children or -- I mean, in what way were you involved

5   in foster care?

6       A.  It was adult foster care.

7       Q.  Adult foster care.

8           And how were you involved in that?

9       A.  Processing payments and distributing checks

10  to the adults, yeah.

11      Q.  And you weren't happy with that -- with

12  that role?

13      A.  That is correct.

14      Q.  Why not?

15      A.  It was very bearing on me, it was very

16  heavy, and it was challenging, to say the least.

17      Q.  Okay.  So you left that position of your

18  own choice?

19      A.  Well, yeah, I had a conversation.

20      Q.  A conversation with your supervisor or --

21      A.  I just rather not right now.  I don't -- i

22  don't recall exactly what had took place with that.

23      Q.  Okay.  Well, were you -- were you fired

24  from the job or did you resign?

25      A.  It was a mutual understanding.

1    Q.  Between you and who?

2    A.  My new supervisor.

3    Q.  Okay.  Had you had a supervisor that -- you

4    know, before that, a different supervisor?

5    A.  Yeah.

6    Q.  And then there was a change in supervisor?

7    A.  Yeah.

8    Q.  Were you getting along with the new

9    supervisor?

10   A.  I rather --

11   Q.  Did you have some difficulty with -- with

12   the new supervisor?

13   A.  I don't recall.

14   Q.  Was it the transition of the new supervisor

15   that ultimately led you to leave that job?

16   A.  I don't recall.

17   Q.  After -- well, I'll get to that later.

18       Sorry, I tend to jump around.  You know,

19   we're covering a lot of information, sometimes

20   little threads pop out that I want to follow, but

21   I'll save it for later, so apologize for that.

22       So, April of 2024 you left the position at

23   DSS?

24   A.  Uh-huh.

25   Q.  As a mutual --

1           THE COURT REPORTER:  Is that a yes?

2      A.  Yes.

3  BY MR. LINDSLEY:

4      Q.  As a mutual decision between you and your

5  new supervisor, fair?

6      A.  Fair.

7      Q.  Where were you employed after that?

8      A.  At the -- at Amazon Prime.

9      Q.  When did you start working there?

10      A.  I started working there June the 29th.

11      Q.  Of 2024?

12      A.  Yes.

13      Q.  And your position with Amazon Prime was

14  what?

15      A.  Is.  I'm an associate.

16      Q.  What do you do as an associate day-to-day?

17      A.  From diverting boxes, to scanning, to

18  sorting, problem solve.

19      Q.  So are you dealing with -- with the actual

20  merchandise --

21      A.  Yes.

22      Q.  -- going out with orders?

23      A.  Yes.

24      Q.  Are you on like the factory floor, if you

25  will?

```
 1        A.  Oh, yeah.

 2        Q.  Okay.  What's your -- what's your -- how --

 3            How many hours a week do you work in that

 4   role?

 5        A.  40 hours a week.

 6        Q.  Are there any benefits that come with that?

 7        A.  Yes.

 8        Q.  What benefits do you receive?

 9        A.  It's medical insurance.

10        Q.  Dental plan?

11        A.  Uh-huh.

12        Q.  Do you -- yes?

13        A.  Yes, yes, yes, yes, yes.

14        Q.  Do you partake in that?

15        A.  Yes.

16        Q.  All right.

17            Retirement plan, do they offer that?

18        A.  Yes.

19        Q.  Are you participating in the retirement

20   plan?

21        A.  No.

22        Q.  What is your salary at Amazon?

23        A.  Salary?

24        Q.  Is it hourly?

25        A.  Yeah.
```

1      Q.  Do you get paid hourly?

2      A.  Uh-huh.  Yes.

3      Q.  So what are you -- what are you paid

4  hourly?

5      A.  $18.90.

6      Q.  Do you ever earn overtime?

7      A.  No.

8      Q.  Is that something that's available?

9      A.  Yes.

10     Q.  You don't take advantage of that?

11     A.  I don't recall going back to that, no.

12     Q.  Okay.  Let me take a step back to DSS, what

13  were you paid there?

14     A.  That was $21 an hour.

15     Q.  Were there benefits with that position as

16  well?

17     A.  Yes.

18     Q.  Was that a county level employment or --

19     A.  Yes, county.

20     Q.  County.

21        Do you know whether or not your time at DSS

22  counted toward any credible time for state

23  employment?

24     A.  Yes.

25     Q.  It did?

1      A.  Yes.

2      Q.  So the October to April -- October 23 to

3  April 24 that time that you worked at DSS, you could

4  add to your credible state employment time?

5      A.  That is correct.

6      Q.  All right.

7          I'm sorry if I asked you, your benefits as

8  an employee at -- at DSS, you had benefits?

9      A.  Yes.

10     Q.  Medical?

11     A.  Medical.

12     Q.  All right.  Dental?

13     A.  Yes.

14     Q.  Was there a retirement plan available?

15     A.  Yes.

16     Q.  Yeah, I mean you -- you paid in to some

17  retirement plan as an employee of DSS probably --

18     A.  Yeah.

19     Q.  -- forced, right?

20          Okay.

21          All right.  So any other employment other

22  than Department of Social Services and Amazon Prime

23  after you left employment with FSU?

24     A.  No.

25     Q.  What other employment opportunities did you

1    pursue after leaving employment at FSU?

2        A.   The Public Works Commission, Fayetteville

3    Technical Community College, the City of

4    Fayetteville.

5        Q.   Anywhere else?

6        A.   And Cumberland County Schools.

7        Q.   I'm sorry, I need to back up one more time

8    to DSS.

9             Were you working 40 hours a week while you

10   were there?

11       A.   Yes.

12       Q.   Okay.  So Public Works, what position did

13   you apply for there?

14       A.   I applied for the accounting position that

15   they had posted.  I applied for customer service

16   representative.

17       Q.   So two different positions with Public

18   Works?

19       A.   Yes.

20       Q.   Were you interviewed for either?

21       A.   None.

22       Q.   How about at Fayetteville Tech what job did

23   you apply for there?

24       A.   Accounting technician, financial aid.

25       Q.   Only -- I'm sorry, go ahead.

1      A.  Admissions.

2      Q.  Any others that you recall?

3      A.  I applied for so many jobs.

4      Q.  Were you interviewed for any of those at

5  Fayetteville Tech?

6      A.  Yes.

7      Q.  Which ones?

8      A.  That was the one in financial aid.

9      Q.  How about City of Fayetteville, what did

10  you apply for there?

11      A.  It was a budget analyst position.

12      Q.  Were you interviewed for that one?

13      A.  No.

14          MR. LINDSLEY:  All right.  You want to take

15  a break?

16          MR. BUDD:  Yeah.

17          MR. LINDSLEY:  Okay.  Let's do that.

18          (Recess was taken from 10:54 a.m. to 11:09

19          a.m.)

20  BY MR. LINDSLEY:

21      Q.  Okay.  So we were talking about other

22  places that you had applied to.  Did you -- did you

23  receive any job offers from any of those places?

24      A.  No.

25      Q.  When you applied to Department of Social

1    Services did you indicate at that time on your

2    application that you were under a RIF priority?

3         A.  Yes.

4         Q.  You did.

5              And just for the benefit of your court --

6    of our court reporter, RIF, R-I-F, is short for

7    reduction in force, correct?

8         A.  Yes.

9         Q.  Okay.  Have you retired from state

10   employment?

11        A.  No.

12        Q.  Do you know if you're eligible to retire,

13   receive retirement benefits from the state as a

14   result of your state employment?

15        A.  Yes.

16        Q.  Do you plan to take state retirement at

17   some point in the future?

18        A.  I have -- do not have the -- the age.

19        Q.  Sure.  So you -- yeah, you have to wait

20   until you're a certain age, but you plan to do so at

21   that time?

22        A.  Yeah.  Yes.

23        Q.  All right.

24             Do you -- what is the total amount of your

25   credible state employment time that you can

1    attribute -- that you can use -- strike that.

2            Let me try to ask a better question.

3            How long of state employment is applicable

4    to state retirement as of today?

5        A.  With the state, nine -- nineteen years and

6    four months.  And with the county, eight months.

7        Q.  So one year -- I'm sorry.  Nineteen years

8    and four months, that comes from your employment

9    with Fayetteville State?

10       A.  Yes.

11       Q.  And then eight months comes from employment

12   at DSS?

13       A.  The county.

14       Q.  The county?

15       A.  Yes.

16       Q.  But that county time is creditable toward

17   your state employment time, correct?

18       A.  Correct.

19       Q.  All right.

20           So you have 20 years total of creditable

21   state time that goes to your retirement plan?

22       A.  Exactly 20.

23       Q.  Exactly 20.

24           Did you -- let me -- let me ask something

25   else.

1          You changed -- you had a change in -- in

2    your manager at Fayetteville State in 2022, correct?

3          A.  Yes.

4          Q.  And that was to Sandra Williams?

5          A.  Yes.

6          Q.  What was your working relationship like

7    with Ms. Williams?

8              MR. BUDD:  Objection to form.

9          A.  To the best of my knowledge, I thought we

10   had a great working relationship.

11   BY MR. LINDSLEY:

12         Q.  Do you think otherwise today?

13         A.  Yes.

14         Q.  Why?

15         A.  I was rifted.  My position was rifted.

16         Q.  Is that the only reason?

17         A.  And my -- and the only position that was

18   rifted.

19         Q.  Okay.  So you're saying your position was

20   rifted.  Do you mean it was subject to a reduction

21   in force action?

22         A.  Yes.

23         Q.  It was eliminated through the reduction in

24   force process?

25         A.  The -- the -- well, if you want to call it

1   that.

2   Q.  Well, what would you call it?

3   A.  Uses -- using it as a substitution for

4   something else that I don't even know.

5   Q.  Okay.  But while you were working with

6   Sandra Williams did you have any conflicts with her?

7   A.  No.

8   Q.  Up until the time that your position was

9   subject to the reduction in force did you get along

10  with Ms. Williams at work?

11  A.  Yes.

12  Q.  Was she satisfied with -- with your work?

13  A.  Yes.

14  Q.  Did you have any -- were you having any

15  conflicts with any of your co-employees?

16  A.  No.

17  Q.  Any other managers?

18  A.  Never.

19  Q.  Got along with everybody?

20  A.  Everybody, yes.

21  Q.  Did you have -- did you ever -- I know that

22  state employees are subject to performance reviews

23  every year, correct?

24  A.  Yes.

25  Q.  Did you have a -- an employment -- a review

1 every year in your role as account technician?

2     A. Yes.

3     Q. Have -- did you ever receive on any of

4 those performance reviews a designation of not

5 meeting expectations?

6     A. Yes.

7     Q. Can you tell me how many times?

8     A. Once.

9     Q. One time?

10     A. Uh-huh.

11     Q. When was that?

12     THE COURT REPORTER: Is that a yes?

13     A. Yes.

14     That was in 20 -- was it 20 -- 2020?

15 BY MR. LINDSLEY:

16     Q. 2020?

17     A. Or 2021.

18     Q. Okay.

19     Other than that performance review where

20 you received the not meeting expectations, were

21 there any other performance reviews that noted any

22 deficiencies in -- in your work?

23     A. No, sir.

24     Q. No?

25     A. Not that I can recall, no.

1     Q.  Did Ms. Williams -- well, strike that.

2         Did -- I'm sorry, I can't remember your

3    previous supervisor's name.

4     A.  Lawrence.

5     Q.  Lawrence.  Yeah, Duanna Lawrence.  Thank

6    you.

7     A.  You're welcome.

8     Q.  While she was your manager did she ever

9    implement any -- any discipline of any kind?

10    A.  No discipline.

11    Q.  Okay.

12    A.  So the evaluation that was -- yeah, that

13   was it.

14    Q.  All right.

15        How about --

16    A.  There was no discipline.

17    Q.  -- did you ever receive any counseling in

18   relation to your work?

19    A.  Counseling?

20    Q.  Right.  I mean, did -- did you ever have a

21   meeting with your manager about your work

22   performance?

23    A.  Just on the evaluation.

24    Q.  Just on the evaluation.

25    A.  Yes, sir.

1        Q.   How about any -- do you know what a
2   documented counseling session is?
3        A.   No.
4        Q.   Do you recall -- well --
5             All right.  What is your understanding as
6   to what Fayetteville State is allowed to do with
7   reduction in force actions?
8        A.   That they can just let you go.
9        Q.   Do you know the reasons why they could let
10  you go through a reduction in force action?
11       A.   No.
12       Q.   Have you ever looked at the human resources
13  reduction in force rules, policy?
14       A.   Yes.
15       Q.   Do you have an understanding today as to
16  what -- how the RIF process works?
17       A.   From my understanding, the RIF process is
18  when the department or the university funding is
19  crunched, is low, and they would have to give --
20  they would have to eliminate position or positions.
21       Q.   Is it your understanding that the RIF
22  process can be used for any other reason?
23       A.   No.
24       Q.   In your position as account technician did
25  you deal with RIF actions?

1     A.   Yes.

2     Q.   In what way?

3     A.   When a person had been let go those

4   documents would come through my office as well.

5     Q.   What documents?

6     A.   Personnel Action Form, it's a personnel --

7     Q.   Personnel Action Form?

8     A.   Yes.

9     Q.   What information is on a Personnel Action

10   Form?

11     A.   The person's name, their banner number, the

12   position that they held, the funding source, their

13   supervisor, the information of termination.

14     Q.   What is the information of termination,

15   what information is supplied there?

16     A.   Okay.  Are we still talking about the RIF?

17     Q.   Yeah, you said in processing a RIF in your

18   position as account technician you would get a -- a

19   Personnel Action Form.

20     A.   Yes, sir.

21     Q.   And I thought you were just describing all

22   the information that's contained on the form,

23   correct?

24     A.   Yes.

25     Q.   Okay.  So now on that last --

1     A.  Well there are several -- there -- there --
2  there are different sections of the Personnel Action
3  Form and on that form you do have an area where it's
4  hiring, a posting, or if someone is being let go.
5     Q.  Okay.  So by looking at the form you know
6  which action is being performed?
7     A.  Yes.
8     Q.  Or about to be?
9     A.  Yes.
10     Q.  But other than that, I mean, does the
11  Personnel Action Form describe why a RIF action is
12  taking place?
13     A.  No.
14     Q.  What other documents do you process, did
15  you process as an account technician that had to do
16  with a RIF action?
17     A.  There were several RIFs in my years of
18  working.  Can you rephrase that question a little
19  bit?
20     Q.  Sure.  And we've talked about the Personnel
21  Action Form.
22     A.  Uh-huh.
23     Q.  Other than that form, were there other
24  documents, other paperwork that came through you as
25  an account technician that had to do with a RIF

1    action?

2         A.  Well, once that form came through there was

3    attachments, of course, and those would tell me what

4    they were going to do, going to be rifted, yeah.

5         Q.  Right.  And so what would you -- what were

6    you doing with the form?

7         A.  I would have to document my spreadsheets to

8    align with what that department is doing --

9         Q.  Sure.

10        A.  -- with that position.  And then that form

11   would then go down to human resources.

12        Q.  Okay.  So as I understand it, and again

13   tell me if I have it wrong, but you would get the

14   Personnel Action Form and you would take the

15   information from that form and put it in a

16   spreadsheet that you maintained?

17        A.  Yes.

18        Q.  Were you doing anything else with the

19   Personnel Action Form?

20        A.  Submitting it to HR.

21        Q.  And then once the information is in your

22   spreadsheet, what happens next in your role as

23   account technician?

24        A.  I have to maintain and keep it updated.

25   When we do information that has to go up to general

1    administration.

2        Q.  So when different employ -- employment

3    actions -- or when different employment actions took

4    place you would get this personnel -- Personnel

5    Action Form, input the data into your spreadsheet

6    which kept it up-to-date?

7        A.  Yes.

8        Q.  Was -- were --

9            Other than the Personnel Action Form, was

10   there any other source of information or data that

11   would be in your spreadsheet?

12       A.  Yes.  A listing of every position,

13   excluding grants.  Contracts and grants is a totally

14   different department, they handle their own

15   positions with contracts and grants.

16       Q.  Okay.  And were you basically doing -- you

17   tell me again if I have this wrong, but with

18   whatever information came to you in your position as

19   an account technician you were putting it into your

20   spreadsheet?

21       A.  Yes.

22       Q.  And you were just keeping that spreadsheet

23   up-to-date with the information that you would

24   receive?

25       A.  Yes.

1    Q.  And that information in your spreadsheet

2    would then be transferred to some other department

3    or to the legislature, to -- to who?

4    A.  Exactly, well -- well, it was something

5    that was kept internally.  And then on a quarterly

6    basis I would have to submit a documented form to

7    GA.

8    Q.  Okay.

9    A.  Yeah.  As far as your FTE's and your

10   salaries.

11   Q.  Sure.

12        In your role as a -- while you were working

13   as an account technician were you called upon to

14   manage any budgets?

15   A.  Yes.

16   Q.  In what way?

17   A.  Salaries.

18   Q.  How did you manage a salary budget?

19   A.  Each -- each department is allocated a

20   certain amount of funding for their department, for

21   salaries, supplies, things of that nature.

22   Q.  Okay.  So how -- how were you -- what were

23   you -- I don't exactly know how to ask this because

24   I don't know the job that well, but help me out in

25   understanding what you were doing with managing a

1    department's budget.

2        A.   Making certain that whomever they're

3    getting ready to hire, if there's a posting and

4    making sure that that position has money funded for

5    that posting to be posted.

6        Q.   Sure.  And who would determine whether or

7    not --

8             Well, if there was -- if you looked and

9    found that there was funding for a position --

10    that's not a good way to ask a question, let me try

11    again.

12             Were you responsible at all for moving

13    money around in a budget to make sure that there was

14    funding for a position or funding for supplies?

15        A.   Absolutely.

16        Q.   So let's say in the IT department, if they

17    wanted to hire somebody but they didn't have enough

18    money in the budget to hire somebody, was it part of

19    your job to take money out of a different part of

20    the IT budget and put it over here so that they

21    could fund this employment position?

22        A.   Not without me informing the department

23    that the position does not have enough funding.  I

24    would have to e-mail them to inform them of that,

25    and it's up to the department to find out where

1  they're going to pull the money from.

2     Q.  Okay.

3     A.  And if their assistance is needed by myself

4  I would help them with that.

5     Q.  Sure.

6         How about budget planning, were you

7  responsible for the planning process for any

8  department in the university?

9     A.  No planning, no.

10    Q.  All right.  Let's jump to April of 2023.

11        How did you learn that your position was

12 going to be subject to a RIF action?

13    A.  On March the 31st of 2023, it was around

14 3:45.  I -- Sandra Williams had came into my office

15 and she asked to speak with me for a moment.  And

16 then I went into her office, and when I walked into

17 her office Kay Faircloth was sitting -- well, not

18 sitting, she was standing, and when I saw Kay

19 Faircloth I'm like okay, what is going on.  So I sat

20 down and Kay Faircloth had pulled out a letter.

21    Q.  Who is Kay Faircloth?

22    A.  She's the associate vice chancellor, I

23 guess, of HR.

24    Q.  The letter that she gave, that Kay

25 Faircloth gave to you, what did it say?

1      A.  It stated we're -- if I can get this

2   correct.

3          We're no longer in need of an accounting

4   technician position.

5      Q.  I'll just mark this document as Exhibit 1.

6          (Exhibit 1 was marked for identification.)

7   BY MR. LINDSLEY:

8      Q.  And just ask you to take a look at that, if

9   you will.

10     A.  (Witness reviewing document.)

11     Q.  Have you had enough time to look at it?

12     A.  Yes.

13     Q.  Do you recognize the document?

14     A.  Yes.

15     Q.  What is it?

16     A.  It's a letter to me telling me that they're

17  restructuring the budget office.

18     Q.  Is this the letter that Kay Faircloth gave

19  to you on March 31st of 2023?

20     A.  It looked different from this.  It looked a

21  little different from this one here.

22     Q.  Can you tell me how it looked different,

23  what was different about it?

24     A.  This came a little after.

25         Okay.  There's the severance pay, okay.

1          Okay.  So what about this letter are we --

2     **Q.  You said this looks different from the**

3  **letter that you remember that Kay Faircloth gave to**

4  **you.  How -- what's different in Exhibit 1 that**

5  **you're looking at now compared to the letter --**

6     A.  I have --

7     **Q.  -- that Kay Faithcloth gave to you on March**

8  **31st, 2023?**

9          THE WITNESS:  Can you pull the letter that

10  we have?

11  BY MR. LINDSLEY:

12     **Q.  Well, let me --**

13          MR. BUDD:  Do you want to go off the record

14  for a second?

15          MR. LINDSLEY:  No, let's, stay on the

16  record.

17  BY MR. LINDSLEY:

18     **Q.  You provided documents along with your**

19  **answers to the written questions --**

20     A.  Uh-huh.

21     **Q.  -- that I sent, correct?**

22     A.  Uh-huh.

23     **Q.  Did you --**

24          THE COURT REPORTER:  Yes?  Is that a yes?

25     A.  Yes, yes, yes.

1          MR. LINDSLEY:  Thank you.

2          THE WITNESS:  Sorry.

3   BY MR. LINDSLEY:

4      Q.  Did you include in that package, package of

5   documents, a copy of the letter that Kay Faircloth

6   gave to you on October 31st, do you know?

7      A.  Yes, I did.

8      Q.  I'll hand you what I'm -- what I'm marking

9   as Exhibit No. 2.

10          (Exhibit 2 was marked for identification.)

11   BY MR. LINDSLEY:

12      Q.  Here you go.

13      A.  Thank you.

14      Q.  Uh-huh.

15          I'm going to represent to you that this is

16   the package of documents that was sent to me by your

17   attorney along with your discovery responses, the

18   interrogatories, and this is the documents in

19   response to your -- to our request for production of

20   documents.

21          So let me ask you this first:

22          Did you have an opportunity to review the

23   discovery responses including the documents that

24   were sent with them before they were sent to us?

25      A.  Yes.

1    Q.  Okay.

2    A.  But I'm just wanting to --

3    Q.  Sure.

4    A.  -- look at something real quick.

5    Q.  Yeah, take your time.

6    A.  Thank you.

7    Q.  Review that and let me know when you're

8   ready.

9    A.  Thank you.

10       (Witness reviewing document.)

11       This is it.  Yeah, this is it.  Thank you.

12    Q.  Okay, no, no -- no problem.

13    A.  Thank you.

14    Q.  Just for the record --

15    A.  Yes.

16    Q.  -- to make things clear, so you've reviewed

17   now the documents that were produced through your

18   attorney to us, correct?

19    A.  Yes.

20    Q.  That's Exhibit No. 2 that I handed to you.

21   And within that there's -- appears to be a

22   photograph of a letter dated March 31st, 2023,

23   correct?

24    A.  Yes.

25    Q.  Now, in Exhibit No. 2 that letter, the

1  photograph of that letter, is it the same as the

2  letter that I handed you as Exhibit No. 1 here

3  today?

4      A.  Yes, yes.

5          MR. BUDD:  Except for the note that's

6  handwritten on the second page.

7  BY MR. LINDSLEY:

8      Q.  Sure, yeah.  On the second page of Exhibit

9  1 there is a note at the bottom, right?

10     A.  Yes.  Right, uh-huh, yep.  Exactly.

11     Q.  Right.  And so in Exhibit 1 the note says,

12  "Notice given to Ms. Bernard in meeting with Sandra

13  Williams and Kay Faircloth,(HR), on 3/31/2023."

14         Correct?

15     A.  Yes.

16     Q.  Is it correct that this letter was given to

17  you on March 31st, 2023?

18     A.  Yes.

19     Q.  The letter has a space for your signature.

20     A.  Uh-huh.

21     Q.  But on the Exhibit No. 1 your signature is

22  not here.

23     A.  Right.

24     Q.  Did you ever sign this letter?

25     A.  No.

1      Q.  Why not?

2      A.  Because I -- I did not sign the letter

3  because when I had this sit down with Sandra

4  Williams and Kay Faircloth.  I'm sitting here

5  looking at my life being pulled away from me.  So, I

6  requested can I move to a different department, and

7  I was told no because there's not another -- another

8  accounting technician position available.  That's

9  what Ms. Kay Faircloth said to me.

10          And I said, "No, you're incorrect, there is

11  another position, accounting technician."

12          And she kept telling me no it wasn't.

13  Well, that's what I do, I work with positions, I

14  know what's there.

15          My coworker was moved into another position

16  that was re-classified from an accounting technician

17  to a finance Budget Analyst 3, so I know that it was

18  another position within the budget office because it

19  was vacant, but I was told that it wasn't.

20      Q.  Okay.  There's a lot to unpack there, so

21  let -- let me take it one piece at a time, okay?

22      A.  (Moves head up and down.)

23      Q.  So during this meeting with Kay Faircloth

24  and Sandra Williams --

25      A.  Yes, ma'am.

1        Q.  You --

2        A.  I mean, sir.

3        Q.  I didn't even catch that so don't worry

4    about it.

5              During the meeting with Kay Faircloth and

6    Sandra Williams on March 31st, 2023, you asked to be

7    moved to a different position?

8        A.  Yes.

9        Q.  So tell me about how moving from one

10   position to another could be accomplished at the

11   University as your understanding, from the

12   perspective of your account technician position?

13       A.  Okay.  Okay.  So this says, "This letter

14   serves as an official notification to you that due

15   to the restructuring of the budget office, your

16   employment as an accounting technician with

17   Fayetteville State University will end effective

18   April the 30th of 2023."

19             Okay.  How are you restructuring the budget

20   office by eliminating an accounting technician

21   position/reduction in force with another accounting

22   technician position that was vacant.

23       Q.  What I'm trying to understand is whether it

24   was something that occurred where an employee was

25   subject to a RIF action but was moved to a different

1  position to maintain employment?

2      A.  Yes, I've seen that done.

3      Q.  And when you've seen that done was the

4  employee moved from the RIF position to an

5  equivalent position somewhere else?

6      A.  Yes.

7      Q.  Like if there's an accounting technician

8  in, I don't know, food services, whatever it's

9  called, I don't know, just an example, and that

10  position is subject to a RIF action, that employee

11  moved to an account technician position somewhere

12  else within the university?

13      A.  Yes, or even not even that exact title, but

14  I've seen it done before.  I know what they can do

15  and what they can't do because I've seen it done.

16      Q.  How many times have you seen that done?

17      A.  At least five, yeah.

18      Q.  Can you tell me -- do you remember the

19  names of the employees --

20      A.  Oh, yeah.

21      Q.  -- where that happened and when?

22      A.  Sure.  Gill Settles Battle, this was going

23  back to 2013.  She was moved from the SPE

24  building -- well, she had received a RIF letter and

25  she fought for her rights, battled, and she was

1  moved to the Registrars Office.  And she was working

2  under Miss, at the time, Sarah Baker.

3      Q.  All right.

4      A.  I think they all worked there in that

5  position for about a year.  And then she left

6  Fayetteville State University, went to another

7  university.  Well -- well -- it was a community

8  college, but anyway.  Go ahead.

9      Q.  So what position was Ms. Settles Battle in

10  that was subject to the RIF action?

11      A.  She was doing programming for Mr. Franklin

12  I believe his name was.  It had -- it was a position

13  that she was held that worked with the students that

14  do the half high school and half college years in

15  relations.

16      Q.  And then what position did she, did she do,

17  you know, after that?

18      A.  She moved into a whole nother title or

19  position.

20      Q.  Right.

21      A.  So it wasn't like she moved from -- that

22  title had to match the title that she went into, no,

23  she -- they moved her from one position to another.

24      Q.  Did you --

25      A.  And she received a RIF letter, too.

1      Q.  Did you process that change in her

2   employment position?

3      A.  Yes, sir.

4      Q.  Did she have to apply for the new position

5   that she moved to?

6      A.  No.

7      Q.  She didn't go through an application

8   process?

9      A.  No, sir.

10     Q.  Do you know the title of the job that she

11  moved to?

12     A.  I would have to go onto the website and

13  look that up.

14     Q.  All right.  So you're aware of this

15  information because you yourself processed it in

16  your role as an account technician?

17     A.  Yes.

18     Q.  Did you ever speak with Ms. Settles Battle

19  about this situation?

20     A.  Yes.

21     Q.  When?

22     A.  Well, that was years ago, yeah.

23     Q.  You haven't spoken to her recently?

24     A.  No.

25     Q.  Have you spoken to her about this lawsuit

1    at all?

2        A.   Oh no.

3        Q.   Who else beside Ms. Settles Battle are you

4    aware of that transitioned -- moved from one

5    position that was subject to a RIF action to some

6    other position?

7        A.   I would -- not a RIF action, but I've seen

8    just moving around for different reasons.

9        Q.   How about in -- in a situation where a

10   department was restructuring, had you seen employees

11   moving from one position to a different position in

12   that process?

13       A.   I wouldn't say restructuring.  I would say

14   if the supervisor or the employee weren't seeing eye

15   to eye, I've seen them moved.

16       Q.   Okay.  So if there was -- I'm sorry, go

17   ahead.

18       A.   For instance, I can give you a scenario.

19   Let me see.

20            Charlene Allen used to work in the business

21   office.  Sandra Hughes used to work for the

22   comptroller, Cynthia Jones.  And Charlene used to

23   work for Yolanda Fuller, in the business office.

24   They were both having issues so they swiped out

25   employees.

1      Q.  I see.

2          That situation was not due to a reduction

3  in force --

4      A.  No.

5      Q.  -- action?

6      A.  No.

7      Q.  Do you know how old Ms. Settles Battle was

8  in 2013 when she moved positions?

9      A.  Oh, God.  No, I don't know how old she was.

10     Q.  The letter that you have as Exhibit 1,

11  explains to you that you had -- if you had accrued

12  vacation bonus and sick leave you could apply that,

13  you could receive compensation for that time,

14  correct?

15     A.  Yes.

16     Q.  It also included information about the

17  possibility of severance salary continuation, right?

18     A.  Yes.

19     Q.  Okay.  And that means that you might have

20  been entitled to receive some payments after you --

21  after April 30th of 2023 when you left employment,

22  correct?

23     A.  Yes.

24     Q.  Did you receive any severance payments?

25     A.  You probably have it in here, right, the

1    e-mails from Kay -- from Kay Faircloth?

2            One moment.  Kay Faircloth had tried

3    calling me but I disregarded that.  And then she

4    sent me an e-mail on April the 4th informing me that

5    she can inform -- she can give me an estimated

6    severance pay, and I never responded back.

7        Q.  How come?

8        A.  I contacted -- when you have been somewhere

9    for so -- for years that you have given your heart

10   and soul out to, your blood, sweat and tears and

11   then someone comes along and tries to rift you --

12   well, rifted you, contacting Kay in reference to a

13   severance package, that was the least of my worries.

14       Q.  Did you contact somebody different about

15   the severance pay?

16       A.  Contact somebody different?

17       Q.  Yeah, I mean did you -- were you --

18           Did you contact anybody at the University

19   to find out if you were eligible for severance pay

20   and how much you might get?

21       A.  Oh no.

22       Q.  Why?

23       A.  Because I wanted to take this where we are

24   today.  It wasn't about me contacting Kay Faircloth

25   for her to kept badgering my mailbox with something

1    that I kept sending back and I never opened and I

2    returned to sender, and I had already applied for

3    unemployment, and I kept sending the checks back

4    unopened.

5        Q.  When you applied --

6        A.  And then --

7        Q.  I'm sorry, go ahead.

8        A.  And then she finally had sent me another

9    e-mail stating that they did come up with a figure

10   and it would be eight thousand and some odd dollars

11   for May, June and July.  I mean, so you're telling

12   me that you're going to give me $26,000 for my whole

13   life, really?

14           But -- but anyway, that was -- yeah, that

15   was a tough pill to swallow.

16       Q.  So you did receive that estimate --

17       A.  Yes, sir.

18       Q.  -- of severance pay that they would give

19   you?

20       A.  Yes.

21       Q.  When you applied for unemployment, did they

22   ask whether or not you were receiving or entitled to

23   receive any severance pay?

24       A.  No, I had applied.  Of course, I was let go

25   and, because my intentions were not to accept the

1  severance package.  That wasn't my -- that wasn't

2  the outcome for me.  All I wanted then was to just

3  move me somewhere else, that's it.

4      Q.  During the meeting with Sandra and Kay, you

5  asked about moving to a different position?

6      A.  Yes, sir.

7      Q.  What position did you want to move to?

8      A.  I could've moved into -- with keeping the

9  same salary that I had, they could have moved me

10  into an admin position, I stressed that to them.  I

11  said I only have eight months until my 20 years of

12  this -- of working with the State of North Carolina.

13  I have eight months, and that's all I stressed to

14  them.  And that's all I wanted was for them just to

15  move me.  If Sandra didn't want me in that office

16  anymore all they had to do was just move me.  That's

17  all I wanted.

18      Q.  Would -- is obtaining 20 years of state

19  employment, was that a particular goal for you?

20      A.  Well, when you -- that would have given me

21  the goal of having nested in 20 years so I could

22  retire eventually when I want to retire from the

23  state.  So the 20 years is a lot, those few months

24  mean so much.

25      Q.  Is there something about a 20-year

1    employment that gives you -- other than the

2    additional eight months of course would contribute

3    to your retirement, but just reaching that 20-year

4    mark, does that mean that there's some other special

5    benefit --

6        A.  Yes.

7        Q.  -- in retirement?

8        A.  Yes.

9        Q.  What is that?

10       A.  Since I started in 2002 prior -- after

11   2006, anyone that was employed after 2006 medical

12   benefits would not be included with your retirement,

13   but since I started in 2002, well permanent in 2003,

14   that means that when I retire my medical, the

15   benefits would be for free.

16       Q.  That's true whether or not you reach 20

17   years of state employment though, right?

18       A.  Right.

19       Q.  Yeah.  So just reaching 20 years of state

20   employment, does the 20-year mark mean that you get

21   some extra benefit that you would not have received

22   just shy of 20 years?

23       A.  Yes, the medical benefits.

24       Q.  So --

25       A.  That is something that you would have to

1  pay for.

2      Q.  Okay.  So let me understand.  So if -- if

3  you retire -- if you left state employment --

4      A.  Yes, sir.

5      Q.  -- at 19 years and 3 months or four

6  months --

7      A.  Yes, sir.

8      Q.  -- and then took retirement from state

9  employment you'd be entitled to the medical

10  benefits, right?

11      A.  But I would have to pay for them.

12      Q.  So you would have to obtain 20 years of

13  state employment to have free health benefits?

14      A.  Well that came in effect also because I

15  started before 2006.

16      Q.  Sure.

17      A.  Because it was stopped 2006 on.

18      Q.  Yeah.

19      A.  Yeah.

20      Q.  What I'm trying to understand is whether or

21  not your reaching 20 years was the determining

22  factor of whether or not you had free health care in

23  retirement from the state?

24      A.  Yes.

25      Q.  So if you hadn't reached 20 years you'd

1    have to pay for your health insurance?

2        A.  Yes, sir.

3        Q.  You've reached the 20 years of credit time

4    with state employment now through your employment

5    with DSS, correct?

6        A.  Yes, sir.

7        Q.  So you have achieved that goal of 20 years

8    in having your free health care in retirement from

9    the state, correct?

10       A.  Yes.

11       Q.  Are you -- no, I already asked you that.

12           You said that you asked to be moved to a

13   different position and you said that Kay Faircloth

14   told you there were no other accounting technician

15   positions in the University that you could move to,

16   correct?

17       A.  Yes, sir.

18       Q.  But you also said that you were aware that

19   there was, in fact, a account technician position in

20   the budget office?

21       A.  Yes, sir.

22       Q.  How are you aware of that?

23       A.  Because my -- my coworker at the time,

24   Jan-Jee Wells, Sandra had re-classified, well

25   actually three positions.  She re-classified a

1  position which Jan-Jee Wells holds right now,

2  finance and budget analyst 3, leaving the position

3  that Jan-Jee Wells was in prior to her new position

4  was an accounting technician.

5      Q.  Okay.  First can you spell Jan-Jee for us?

6      A.  J-A-N, hyphen, J-E-E, Wells.

7      Q.  Got it.  Thank you very much.

8      A.  You're welcome.

9      Q.  So she was hired initially and was your

10  coworker as an account technician?

11      A.  Yes.

12      Q.  Was she the same level account technician

13  that you were?

14      A.  She was an accounting technician journey.

15      Q.  Journey?

16      A.  Yes.

17      Q.  And you were an advanced?

18      A.  No.

19      Q.  No?

20      A.  No.

21      Q.  Were you also a journey?

22      A.  Yes.

23      Q.  Okay.  Did you ever obtain advanced level?

24      A.  Yes.

25      Q.  And is that the highest level, advanced?

1      A.  Yes.

2      Q.  Okay.

3          All right.  So Jan-jee Wells, when was she

4   hired?

5      A.  Oh, Jan-Jee had been with the University

6   prior to me coming into the University.  She was in

7   the business office first, and then she was hired to

8   work in the budget office --

9      Q.  Right.

10     A.  -- back in 2007, so I had an opportunity to

11   work with Jan-Jee for years.

12     Q.  For a long time?

13     A.  Yes, sir.

14     Q.  Did you -- were you involved in the, in the

15   re-classification process of the attorney -- I'm

16   sorry, the admin -- what is it?  What was your role?

17     A.  Accounting technician.

18     Q.  Accounting technician, thank you.

19          Accounting technician in the Budget Office,

20   were you involved in the process of reclassifying

21   the accounting technician position to finance budget

22   analyst?

23     A.  Yes.

24     Q.  You processed the paperwork for that?

25     A.  Yes.  Yes, sir.

1     Q.   So you knew that there was some of kind of

2   change occurring with the jobs within the budget

3   office?

4     A.   Right.  And that was the plan.  That's the

5   plan that Sandra Williams had talked about with us.

6     Q.   The -- I think you said that the account

7   technician positions were SHRA positions, correct?

8     A.   Yes.

9     Q.   And that includes Jan-Jee Wells position?

10    A.   Yes.

11    Q.   The finance budget analyst positions, were

12  they also SHRA or were they EHRA?

13    A.   The accounting, the budget analyst, and the

14  finance budget analyst, they're all SHRA.

15    Q.   Okay.  You mentioned one other.  There's

16  budget analyst and then there's finance budget

17  analyst, those are two different positions?

18    A.   Yes.  When they were first sent down to

19  HR -- sent down to comping(phonetic) class to be

20  re-classified from Accounting Technician, they were

21  sent down to be classified as Budget Analyst 1, and

22  2, but then she had a conversation with somebody in

23  HR I guess and they went for the Finance and Budget

24  Analyst 3, and the other two positions were Budget

25  Analyst 1, which was supposed to have been

1  re-classed for me from an Accounting Technician to a

2  Budget Analyst 1.  And then it was another position

3  Budget Analyst 2, and then the position that my

4  coworker's in now, Finance and Budget Analyst 3.  So

5  that left two positions, mine, accounting

6  technician, and the previous one that Jan-Jee Well

7  was in, Accounting Technician, because now she's in

8  the Financing Budget Analyst 3.

9      Q.  Do you know whether in making that change

10  from Account Technician to Finance and Budget

11  Analyst 3, whether Jan-Jee went through an

12  application and interview process for that position?

13      A.  No.

14      Q.  You don't know?

15      A.  No.

16      Q.  You said that you were aware that the plan

17  was in the budget office to change the positions

18  from account technicians to budget analysts, right?

19      A.  Yes.

20      Q.  Did anyone tell you that you would be moved

21  just taken from your Accounting Technician position

22  and put in the Budget Analyst position?

23      A.  Oh, yes.

24      Q.  Who told you that?

25      A.  Well Sandra wanted to -- she was -- this

1 had been going on for years since Steven Mack was

2 there, but that's another whole story. But finally

3 when Sandra came down to the budget office she was

4 like these -- these positions should be re-classed.

5 And I had talked with her like a couple of months

6 after she started in the position that she was in,

7 in our office, and I had mentioned to her that I'd

8 been really an advocate for the budget office to see

9 that we all -- cause we've all been there for so

10 many years and what we were doing had -- had nothing

11 to do with Accounting Tech. It was on a much higher

12 level than that. And I even contacted Keisha Ford

13 in HR when she was in comping Class, I had a chance

14 to reach out to her.

15         Now mine you, she's not even with

16 Fayetteville State anymore, but I did have her phone

17 number, and I e-mailed her. And she said, "Lisa,

18 those positions should've already been classified,

19 re-classified back in 2018 because I sent an e-mail

20 to Steve Mack. Those positions should have been

21 re-classified to Budget Analyst 1 and 2."

22         And I was like wow, that's really, really

23 something.

24         So all of this time those -- those

25 positions should have been re-classified and finally

1    they were.

2         Q.   Did Kay ever tell you that she was going to

3    put you into the budget analyst position?

4         A.   Well, no, Kay wouldn't have done that, that

5    would have been something that would happen with --

6    with -- with Sandra.

7         Q.   Did Sandra --

8         A.   But, yes.

9         Q.   -- ever tell you that?

10        A.   Yes, yes.

11        Q.   When did she tell you that?

12        A.   Well when she first started as our

13   supervisor, we talked about the re-classing of the

14   accounting technicians so I told her that I had been

15   an advocate for the budget office prior to you

16   becoming our supervisor.  Duanna Lawrence even tried

17   when she became the supervisor.

18             And Sandra did say that, yes, these

19   positions should've -- these positions should not be

20   Accounting Technicians they should be the -- the

21   Budget Analyst.

22             And there's a young lady that works in the

23   comping class, Sheila, I believe that's what her

24   name is.  Of course, I didn't have a chance to work

25   with her that long.  And she was aware of the fact

1  and getting the paperwork that those positions was

2  going to be the -- the other Budget Analyst

3  positions.

4      Q.  Let me give you another document now.  This

5  will be Number 3.

6          (Exhibit 3 was marked for identification.)

7      A.  Thank you.

8  BY MR. LINDSLEY:

9      Q.  You're welcome.  Take the time to review

10  that, let me know when you're finished.

11     A.  Okay.  I have reviewed.

12     Q.  Okay.  Is this a copy of the Equal

13  Employment Opportunity counsel complaint or charge

14  of discrimination that you filed in relation to your

15  employment at FSU?

16     A.  Yes, sir.

17     Q.  It has your signature at the bottom, does

18  it not?

19     A.  Yes.

20     Q.  You recognize that as your signature?

21     A.  Yes.

22     Q.  And it's dated June 14th, 2023, correct?

23     A.  Yes.

24     Q.  All right.  Now, I want to ask you about

25  the statement of harm section right in the middle of

1    the document, okay?  The long paragraph.

2         A.  Uh-huh, yes.

3         Q.  Okay.  It states that "FSU has subjected me

4    to discriminatory and disparate treatment based on

5    my age."

6              Did I read that accurately?

7         A.  Uh-huh, yes.

8         Q.  And you included that in this charge of

9    discrimination, did you not?

10        A.  Yes, I did.

11        Q.  I mean, that was kind of a dumb question

12   because it's here.  I'm capable of asking bad

13   questions.  I've probably done it more than once

14   today.

15             But I guess my real question is what makes

16   you believe that FSU discriminated against you based

17   on your age?

18        A.  Because I was rearing into my 20 years.

19        Q.  Okay.  How old were you?  I know I'm not

20   supposed to ask a women's age, but I have to.

21        A.  I don't tell my age.

22        Q.  How old were you in April of 2023?

23        A.  I was 55.

24        Q.  Do you know how old Jan-Jee Wells is?

25        A.  Not exactly, no.

1      Q.  Is she younger than you, older than you?

2      A.  I never asked her.

3      Q.  If you had to guess what would you say?

4      A.  I think maybe --

5          MR. BUDD:  She won't see it.

6  BY MR. LINDSLEY:

7      Q.  I won't tell her.

8      A.  In her 50s, but I don't know.

9      Q.  Okay.  Are you aware of anyone else who's

10  been hired into a budget analyst position at FSU

11  since you left in April of 2023?

12     A.  Yes.

13     Q.  Who are you aware of that's been hired into

14  that position?

15     A.  Well, let's take a step back, if you don't

16  mind.

17     Q.  Please.

18     A.  Prior to my rift there was a posting for

19  the budget office for an admin support specialist.

20  I even asked in the meeting with Kay Faircloth and

21  Sandra on March the 31st of 2023, "Sandra, there's a

22  position that's posted for the budget office,"

23  because she stated to Jan-Jee and I that, that the

24  admin was going to work with the three of us, so I

25  said oh, okay, that'd be great.  But when it came

1    down to this I said, "You have a position that's

2    posted for an admin."  Kay's sitting over here,

3    Sandra's sitting over there, "why can't I move into

4    that position?"

5            And she said, "You can apply for it but I'm

6    not going to be on the committee."

7            But you're doing a reduction in force, but

8    you have a position that's posted, wow.  And that

9    you hired.  And you RIF me but you have a position

10   that you have posted for an admin.  A reduction in

11   force is you're not -- you don't have enough money,

12   right, so you're pulling back on your funding.

13           So can I ask you a question?  Is that what

14   a reduction in force is to you?

15   **Q.  The purpose of today is for you to answer**

16   **my questions.  I'm sorry.**

17       A.  Okay.

18   **Q.  I won't -- I won't be able to answer that**

19   **question.**

20       A.  Gotcha.

21   **Q.  But I apologize.**

22       A.  All right.

23   **Q.  Okay.  Anything else that you wanted to add**

24   **to that?**

25       A.  No.

1     Q.  All right.  So going back to that meeting

2   since you bring it up.  Did Kay and Sandra identify

3   for you, you know, resources where you could search

4   for other state employment?

5     A.  They had told me that I'm going to be on

6   the RIF list and that if I need assistance to

7   contact HR.

8     Q.  Did you search for other state employment

9   after you were --

10    A.  Yeah, those are the position I was -- I was

11   mentioning with the Public Works Commission, So

12   that's with the state, City of Fayetteville, the DSS

13   is the county.  Cumberland County Schools.  I mean,

14   you name it, I have.

15    Q.  Alright.  Did Kay say that you could apply

16   for the budget analyst position?

17    A.  No.

18    Q.  Did Sandra?

19    A.  No.

20    Q.  Did you --

21    A.  Oh, those positions were available when

22   they gave me the RIF but they was posted a week

23   after my final day of April the 30th of 2023.  They

24   were posted.

25    Q.  How many positions?

1      A.   Two.

2      Q.   As Budget Analyst?

3      A.   Budget Analyst 1 and Budget Analyst 2.

4      Q.   Did you apply for either of those?

5      A.   No.

6      Q.   Why?

7      A.   I mean, they rifted me.  I didn't -- like,

8  there was a lot of things happening in my mind.

9      Q.   Okay.

10     A.   But these are positions that were going to

11  be reclassified while I was still there but they

12  just so happened to for them to be completed after I

13  was gone.

14     Q.   Did you feel that you were qualified for

15  the Budget Analyst 1 or 2 position?

16     A.   Absolutely.  Absolutely.  Absolutely.  But

17  then when I was -- I applied -- I saw the positions

18  and I printed them off, but we're going back to the

19  reduction in force, though right?  We don't have no

20  money, so how are you going to have two positions

21  posted, new positions that are re-classified and

22  posted, with more money, but I'm let go because

23  there's a reduction in force, okay.  Wow.

24     Q.   Let me bring you back to the EEOC charge

25  Exhibit No. 3.

1          It also says that, "In early 2023, FSU

2    management began to isolate me both socially and

3    professionally."

4          A.   Uh-huh.

5          Q.   What do you -- can you explain that?  What

6    are you saying here?

7          A.   I'm saying that Sandra Williams and Jan-Jee

8    Wells would have meetings with the outside

9    contractor, Mr. Steve Honeycutt, prior to me having

10   a chance to meet him till months later, so when we

11   were finally on a Zoom conversation the other four

12   of us, I said, "Mr. Honeycutt, I am so glad that I'm

13   finally having a chance to meet you."

14          And he and -- he and I just laughed about

15   it.  And but, yeah, that started raring of me not

16   being in these different meetings that also would

17   have some affect on my job as far as like new

18   systems coming into place and building new softwares

19   to help us more effectively, efficiently.  And even

20   -- even the meetings with the provost office, the

21   same thing, that having meetings about positions and

22   funding but you're having these meetings with the

23   employees that handle positions but I'm right

24   downstairs in the budget office.  You're my

25   supervisor, and I'm not being included in these

1  meetings until I say something and then you want to

2  include me.

3      Q.  Were any other account technician employees

4  also not included in those meetings?

5      A.  No, Jan-Jee had went up there a few times

6  with her to the provost office.

7      Q.  Every time, did she go up --

8      A.  No.

9      Q.  -- there every time?

10     A.  No, no, Not every time, no.

11     Q.  So, she was left out of some meetings too?

12     A.  Yeah.

13     MR. BUDD:  Objection to form.

14  BY MR. LINDSLEY:

15     Q.  Would it be fair to say that she didn't

16  attend all the meetings with the provost office?

17     A.  Yes, because they didn't really have to do

18  with what she did in her position.

19     Q.  You also say in the EEOC charge that you

20  were "frequently excluded from meetings that I had

21  previously attended."

22     What meetings did you previously attend

23  that you were at some point excluded from?

24     A.  The year-end.  Year-end closing.  When you

25  have to close out the year from June 30th going into

1  the new fiscal year on July the 1st.  We as a

2  business and budget office started having those

3  meetings maybe like in February, March, leading up

4  to the year-end close.

5       Q.  So, when were you first excluded from this

6  year-end closing meeting?

7       A.  This started I would say -- the exact date

8  I don't know, but I want to say maybe in February.

9       Q.  Of what year?

10      A.  2023.

11      Q.  Okay.  And you -- had the department held

12  this year-end meeting in prior years?

13      A.  Oh, yeah, yes.

14      Q.  Were you at each of those meetings in prior

15  years?

16      A.  Oh, yes.

17      Q.  Were there any other meetings that you were

18  previously attending that you were excluded from?

19      A.  No, sir.

20      Q.  Why do you believe that you were excluded

21  from these meetings?

22      A.  I don't know.  That's a good question.

23      Q.  You also say here -- I'm going down the

24  paragraph a little bit now.  "In early April of

25  2023, I observed a listing for a nearly identical

1    position as my own."

2        A.  Uh-huh.

3        Q.  Would that be for the Budget Analyst 1 and

4    2?

5        A.  That would be for the Budget Analyst 1.

6        Q.  Budget Analyst 1?

7        A.  Uh-huh.

8        Q.  Would it be fair to say that the position

9    that you saw the listing for, Budget Analyst 1, was

10   not identical to the account technician position?

11       MR. BUDD:  Objection to form.

12       A.  No, it -- it is identical.

13   BY MR. LINDSLEY:

14       Q.  Okay.  Because here you say "nearly

15   identical," which I think a lot of folks would take

16   to mean that it was similar but not a hundred

17   percent identical.  So is it your testimony here

18   that the position for the Budget Analyst 1 as it was

19   described in this posting was 100 percent identical

20   to the account technician position that you held?

21       MR. BUDD:  Objection to form.

22       A.  95 percent.  95 percent.

23   BY MR. LINDSLEY:

24       Q.  All right.  So what was different in the

25   Budget Analyst 1 job description that was posted?

1      A.  I would need to read through it.

2      Q.  You also say further down, "During my

3   tenure at FSU, I have observed previous employees

4   get moved to other positions when they were nearing

5   their 20-year mark."

6      A.  Uh-huh.

7      Q.  Can you tell me who those other employees

8   are?

9      A.  Harold McKeithan and Mr. Joe Austin.  And

10   Mr. Joe Austin was actually his 19 years.  He only

11   had one more year, one more year.

12      Q.  And they were moved to different positions?

13      A.  No, they were just rifted.

14      Q.  Oh, okay, because you say here that they

15   were -- you saw them moved to different positions?

16      A.  That would be --

17      Q.  It's the sentence starting, "I have

18   observed previous employees get moved to other

19   positions when they were nearing their 20-year

20   mark."  It's about two-thirds of the way down.

21      A.  Oh, that -- that would be Charlene Allen.

22   That's when she moved from the Business Office to

23   the Controller's Office.  And then Sandra Hughes was

24   moved from the Controller's Office to the Business

25   office.

1    Q.   Okay.  And those folks were nearing their

2   20-year mark?

3    A.   Charlene Allen was, yes, sir.

4    Q.   Were they moved because they were nearing

5   their 20-year mark or because there was some

6   conflict between them and their managers or

7   supervisors?

8    A.   I believe it was both.

9    Q.   Why do you believe that?

10   A.   I don't know.  It's just something I

11  would -- it's just a feeling.  I can't explain it.

12   Q.   Do you know any of the circumstances behind

13  whatever happened to Harold McKeithan and Joe

14  Austin?

15   A.   So is it -- could you repeat that please?

16   Q.   Sure.  Sure.  Let me break it up.

17        You mentioned Harold, the name

18  Harold McKeithan.

19   A.   Uh-huh.

20   Q.   What happened to Harold McKeithan?

21   A.   He was just let go.

22   Q.   Do you know why?

23   A.   That was back in 2005?

24   Q.   Uh-huh.

25   A.   I don't know the specifics of that.

1    Q.  And Joe Austin was the other person that

2    you mentioned?

3    A.  Uh-huh.

4    Q.  What happened to Joe Austin?

5    A.  I don't know the details, but yeah.

6    Q.  The details of what?

7    A.  I don't know the details of why he actually

8    was let go.

9    Q.  I see.  Okay.

10    But do you know the reason why he was let

11    go?

12    A.  No, I don't know --

13    Q.  Don't know?

14    A.  -- the reasoning of why he was let go.

15    Q.  Further down it also says that "FSU offered

16    me a severance package below the state policy for a

17    reduction in force."

18    What is the state policy for a severance

19    package for reduction in force?

20    A.  From my understanding it should be from

21    your years, your salary it should equate into -- it

22    should be at least -- I'd have to go back.  This has

23    been a minute since I had went through this one

24    right here.

25    I have to go back and look at that, I'm

1   sorry.

2       Q.  That's okay.  You said that you recall that

3   the estimate for your severance pay that Kay or FSU

4   provided to you was about $26,000 for three months,

5   correct?

6       A.  Yes.

7       Q.  And is it your belief that the severance

8   pay should have been a different amount than that

9   according to the policy?

10      A.  Well, again, I would have to go back and

11  look at that, okay?

12      Q.  You performed a calculation at some point

13  before today to determine what you thought you

14  should have received as a severance?

15      A.  Yes, I would need to go back and look at

16  that, I'm sorry.

17      Q.  It's okay.  Is it your recollection that

18  whatever the calculation was it was more than the

19  $26,000?

20      A.  And again, I would need to go back and look

21  at that.

22      Q.  Can you tell me -- you mentioned that --

23  the state policy for a reduction in force or a

24  severance package in relation to the state policy

25  for reduction in force, where would I go to find

1  that policy where I could find out how to calculate

2  the reduction in force severance?

3      A.  There's a lot of information on the general

4  administration's website.

5      Q.  Is that where you got the information to do

6  your calculation?

7      A.  I believe it was either there or the HR

8  that's in Raleigh, yeah, it's at the main office of

9  HR in Raleigh.

10      Q.  When did you make that calculation?

11      A.  I -- well, I knew it was after the 30th of

12  April so I don't know exactly what date that was.

13      Q.  All right.

14          The last sentence in this document number

15  three, Exhibit No. 3 says that, "FSU's refusal to

16  follow state policy is further evidence of

17  discriminatory treatment toward myself."

18          What state policy did FSU refuse to follow?

19      A.  From my understanding if there is a

20  position that is vacant that, that they're taking

21  you out of you should be moved into.

22      Q.  You're referring to the state policy for

23  reduction in force?

24      A.  Yes.

25      Q.  And it's your understanding that if your

1  position is subject to a reduction in force action

2  if there's any other position available you are to

3  be moved into that position?

4      A.  Yes.

5      Q.  And it doesn't matter whether it matches a

6  title of your position or duties of your position,

7  whatever it is, you're supposed to be moved into it?

8      A.  Yes, because that has been done in the

9  past.

10     Q.  Has it been done in the past without the

11  employee going through an application process?

12     A.  Yes.

13     Q.  I think we talked about the individuals --

14     A.  Yes.

15     Q.  -- you recall that that applied to.

16         Okay.

17         MR. LINDSLEY:  Should we take another quick

18  break or are you okay?

19         MR. BUDD:  Yeah, I think a break would be

20  good.

21         MR. LINDSLEY:  Okay.  Let's do that.

22         (Recess was taken from 12:37 p.m. 12:52

23         p.m.)

24  BY MR. LINDSLEY:

25     Q.  Ms. Bernard, we're back on the record and I

1  have a few more questions for you, I think I might

2  be getting close to finishing.  I don't want to over

3  promise, but we might be getting there.

4      A.  Okay.

5      Q.  But let me pick up here.

6          What, if anything, are you aware of that

7  Sandra Williams did to try to keep your employment

8  current through this RIF process?

9      A.  Can you rephrase that?

10     Q.  Sure.  Yeah, of course.

11         Are you aware of any effort that Sandra

12 made to try to not let you go in this process of

13 changing from account technicians to budget

14 analysts?

15     A.  Did she do anything to help me?

16     Q.  Yeah.

17     A.  No.

18     Q.  You're not aware of any effort that she

19 made to try to strike through things so that you

20 wouldn't be subject to the RIF?

21     A.  No.

22     Q.  Are you aware of any employees younger than

23 you that have been hired into the budget office

24 since April 30th of 2023?

25     A.  Yes.

1      Q.  Who?

2      A.  I don't know her name --

3      Q.  What --

4      A.  -- offhand.

5      Q.  Okay.  And what -- what position was she --

6  did she assume in the budget office?

7      A.  She assumed the admin support specialist

8  position that was posted prior to me being rifted.

9      Q.  Do you know when she was hired?

10      A.  She was hired I think sometime in April

11  and -- April.

12      Q.  All right.  And so you were still employed

13  during April, correct?

14      A.  Yes.

15      Q.  So did your time overlap with hers a little

16  bit?

17      A.  Well, she was -- she was an admin.  She was

18  hired as an admin.

19      Q.  Okay.  But she was in the budget office?

20      A.  Right.  I was not in the office in April.

21  I was told on March the 31st when I received this

22  letter that I would be tele-working from home for

23  the month of April.  And Kay Faircloth said, she's

24  going to need a laptop if she's going to be

25  tele-working from home for the month of April.

1          And Sandra said no, she doesn't need a

2    laptop, she can use the one from IT, she don't need

3    that the docking station and laptop.

4          But she knows that we had to turn those

5    laptops in when COVID was over back in 2020, well,

6    2021, whatever it was.  So I had to take the docking

7    station laptop home with me in order to tele-work

8    from home.

9          And when I went to log on that month --

10   that Monday I think it was like the 4th of April,

11   3rd, 4th, I logged on and I said, I can't get into

12   banner, I have no access to people admin, so how am

13   I going to be tele-working from home doing my job?

14         So I e-mailed Sandra, and she told me

15   you're no longer responsible for those duties, you

16   can do per our conversation, job searching.  So I

17   didn't tele-work from home because I didn't have

18   access to anything.

19      Q.  When was the admin specialist support

20   specialist position posted?

21      A.  It was posted prior to me being rifted.

22   That was posted in March and I asked Kay and Sandra

23   could I move into that position, because you're

24   rifting a position so you're saying you don't have

25   no money you let me go.  Of course you're doing

1    restructuring but you have a position that's posted

2    can you just move me in that position.

3         And she indicated you can apply for it but

4    I'm not going to be on the committee.

5         Q.   What do you mean -- she wasn't going to be

6    on the hiring committee?

7         A.   Right.

8         Q.   That was -- that was Kay?

9         A.   No, that was Sandra.

10        Q.   That was Sandra, I'm sorry.

11        A.   Yes, sir.

12        Q.   Okay.  You didn't apply for it, though,

13   right?

14        A.   No.

15        Q.   And how were you aware that the person who

16   was hired into the admin support specialist position

17   is younger than you?

18        A.   I was on LinkedIn and I came across

19   somebody that worked at Fayetteville State, and I

20   was like, this person is new.  I said, okay.  But

21   she wasn't in the position that she was hired for.

22        After April the 30th, my last day, those

23   positions Budget Analyst 1, Budget Analyst 2 were

24   approved and they were posted.

25        Once Fayetteville State got wind of me

1  seeking an attorney they -- they took the postings

2  down.  They went up and they went down very fast,

3  and the young lady that was hired as the admin went

4  in to the Budget Analyst 1 position.

5      Q.  Okay.  And so how did you know that she was

6  younger than you?

7      A.  Because when I looked on LinkedIn just by

8  the eyes of looking I can tell that she was younger

9  than me.

10     Q.  Okay.  Her date of birth wasn't part of the

11  LinkedIn profile?

12     A.  No.

13        So after that they had to repost the

14  position for the admin because she had already moved

15  that person into the Budget Analyst 1 position.

16     Q.  So when you say "they had" you're talking

17  about FSU of course?

18     A.  Yes.

19     Q.  They had moved this person who was in the

20  admin specialist, support specialist position --

21     A.  Yes.

22     Q.  -- to the Budget Analyst 1 --

23     A.  1.

24     Q.  -- position?

25     A.  That position that mirrors -- mirrors the

1   position that I was in.

2       Q.  Okay.  And when you say "they moved her," I

3   take it to mean, and tell me if I'm wrong, that they

4   just took her out of this employment position and

5   put her in this employment position without her

6   having to go through any application or review

7   process?

8       A.  I'm not sure if they did the application or

9   review process because things happen the way that

10  they happen.  But she did move from -- well, she

11  went from admin to the Budget Analyst 1 position.

12      Q.  But you don't know whether she had to apply

13  for that position to go through an interview

14  process?

15      A.  I don't know, yeah.

16      Q.  Are you aware of any other employees that

17  you believe are younger than you that were hired

18  into the budget analyst positions?

19      A.  Yes, there was a young lady that was

20  working in the budget office -- the business office,

21  Chandra.  Chandra.  Chandra McNeil, I believe her

22  name is.  She was hired into the Budget Analyst 2

23  position.

24      Q.  How are you aware of that?

25      A.  Just going to the website.

1     Q.   The FSU --

2     A.   Yes, sir.

3     Q.   -- budget office website?

4     A.   The faculty -- the -- the campus directory.

5     Q.   Okay.  All right.

6          And you believe that she's younger than

7   you?

8     A.   Yeah, I believe that she's younger than me.

9     Q.   Why -- why do you believe that?

10    A.   I just believe that she is.

11    Q.   Do you know her date of birth?

12    A.   No.

13    Q.   Do you know her employment history?

14    A.   She started in the business office.  She

15  was there I think for maybe like two, maybe two or

16  three years.

17    Q.   All right.  The Budget Analyst 1 position

18  was that -- did that position have higher pay than

19  the --

20         MR. BUDD:  Accounting technician.

21    Q.   Accounting --

22         MR. LINDSLEY:  Thank you.

23    A.   Yes.

24  BY MR. LINDSLEY:

25    Q.   What was the difference in the salary?

1      A.  The difference of 7,500, roughly.

2      Q.  Did that new -- did the new Budget Analyst

3   1 position have attached to it any additional

4   benefits, aside from salary increase, that the prior

5   position didn't have?

6      A.  No.  It's still your same benefits, your

7   medical and vision and all of that, yeah.

8      Q.  Yeah.  Any other --

9      A.  Your standard.

10      Q.  Right.  So any other privilege or

11   compensation of any kind that the budget analyst

12   position offered that the accounting technician did

13   not?

14      A.  No.  The only thing that was different is

15   the salary, that's it.  Yeah, the salary.

16      Q.  One of the things you've asked for in this

17   lawsuit is for reinstatement.  Do you still want

18   reinstatement as a state employee?

19      A.  Yes.

20      Q.  Do you still want it at FSU?

21      A.  Yes.

22      Q.  I need to return to a subject that we

23   talked about earlier, and I apologize it seems like

24   it's sort of an uncomfortable topic.

25           But your position at DSS, you left there on

1  mutual terms you said or mutual agreement?

2     A.  Yeah.  Well, my supervisor and I didn't see

3  eye to eye there, yeah.

4     Q.  Okay.  What was it that you weren't seeing

5  eye to eye about?

6     A.  Just the -- just in general as far as me

7  being hired for something else and then they throw

8  on the foster care and these adults coming in, yeah.

9     Q.  Okay.  So you had had some conversation

10  with your supervisor about not being happy with the

11  work that you were doing because it's not what was

12  described in the job --

13     A.  Yes, sir.

14     Q.  -- description, fair?

15     A.  Fair.

16     Q.  Okay.  And so ultimately that led to your

17  leaving that position, but were you under a threat

18  of being fired and were offered an opportunity to

19  resign instead or you just --

20     A.  No, that wasn't it.

21     Q.  No?

22     A.  As far as I understand.

23     Q.  So as far as a mutual decision why would

24  your supervisor have to agree to your quitting that

25  job?

1      A.  You're right.  She didn't have to.

2      Q.  So it was really just your decision, is

3   that fair?

4      A.  Yeah, that's pretty tear.

5      Q.  Okay.  All right.

6      A.  Well, yeah, that's pretty -- I just --

7   yeah.

8      Q.  I think I'm probably finished, but I do

9   need a couple of minutes just to review my notes and

10   make sure that I haven't forgotten something that I

11   meant to ask you, okay?

12     A.  Okay.

13     Q.  So why don't we take another five minutes,

14   just a quick one.

15         (Recess was taken from 1:07 p.m. to 1:14

16         p.m.)

17         MR. LINDSLEY:  I don't have any further

18   questions for you, ma'am.

19         Thank you for your time, I appreciate it.

20         MR. BUDD:  I do have one brief question.

21                   EXAMINATION

22   BY MR. BUDD:

23     Q.  Ms. Bernard, I think there was some

24   confusion earlier about your departure from DSS,

25   could you just clarify for the sake of the record,

1  were you dischar- -- were you terminated from that

2  position or did you resign from that position?

3      A.  I was discharged on my grounds.  I was

4  going to leave anyway.

5      Q.  And so and the conversation with your

6  supervisor did you make it clear that you were

7  leaving anyway regardless of whether or not she had

8  changed your mind?

9      A.  Yes.

10     Q.  Okay.

11         MR. BUDD:  No further questions.

12         MR. LINDSLEY:  I don't have anything

13  further.  Thank you.

14         THE COURT REPORTER:  Are there any

15  transcript orders for today?

16         MR. LINDSLEY:  Yes.

17         MR. BUDD:  Do you want it on the record?

18         THE COURT REPORTER:  Yes.

19         MR. BUDD:  Etran for me please.

20         (Deposition concluded at 1:15 p.m.)

21         (Signature reserved)

22

23

24

25

1    STATE OF NORTH CAROLINA

2    COUNTY OF WAKE

3

4                    REPORTER'S CERTIFICATE

5

6    I, Diane Pressley, Court Reporter and Notary Public,

7    do hereby certify that the above-named witness was

8    duly sworn by me prior to the taking of the

9    foregoing deposition; and that said deposition was

10   taken and transcribed under my supervision, to the

11   best of my ability; and that the foregoing pages,

12   inclusive, constitute a true and accurate

13   transcription of the testimony of the witness.

14   I do further certify that the persons were present

15   as stated in the caption.

16   I do further certify that I am not of counsel for or

17   in the employment of any of the parties to this

18   action, nor am I interested in the results of this

19   action.

20

21

22

23   _Diane Pressley_ _____

24        DIANE PRESSLEY

25        Notary Public #201019500159

## Exhibits

**BernardL 1**
4:11 63:5,
6 64:4
67:2,8,9,
11,21
74:10

**BernardL 2**
4:12 65:9,
10 66:20,
25

**BernardL 3**
4:14 87:6
92:25
101:15

---

## $

**$18.90** 45:5

**$21** 45:14

**$26,000**
76:12
100:4,19

---

## 1

**1** 15:3 16:3
63:5,6
64:4 67:2,
9,11,21
74:10
83:21,25
84:2 85:21
92:3,15
96:3,5,6,

9,18,25
106:23
107:4,15,
22,23
108:11
109:17
110:3

**100** 96:19

**10:54** 48:18

**11:09** 48:18

**12:37** 102:22

**12:52** 102:22

**14th** 87:22

**19** 79:5
97:10

**1:07** 112:15

**1:14** 112:15

**1:15** 113:20

**1st** 95:1

---

## 2

**2** 15:3 16:4
65:9,10
66:20,25
83:22 84:3
85:21
92:3,15
96:4
106:23
108:22

**20** 50:20,
22,23
53:14

**77**:11,18,
21,23
78:16,19,
22 79:12,
21,25
80:3,7
88:18

**20-year**
77:25
78:3,20
97:5,19
98:2,5

**2000** 17:12

**2002** 20:10,
13 78:10,
13

**2003** 21:21,
22 23:9
34:9,10
40:6 78:13

**2005** 98:23

**2006** 78:11
79:15,17

**2007** 82:10

**2013** 70:23
74:8

**2018** 85:19

**2020** 13:24
15:5
53:14,16
105:5

**2021** 53:17
105:6

**2022** 14:2
16:16,18,
19,23 51:2

**2023** 34:13,
15 36:12
40:13
62:10,13
63:19 64:8
66:22
67:17
69:6,18
74:21
87:22
88:22
89:11,21
91:23 93:1
95:10,25
103:24

**2024** 40:13
42:22
43:11

**23** 46:2

**24** 46:3

**29th** 43:10

---

## 3

**3** 68:17
79:5 81:2
83:24
84:4,8,11
87:5,6
92:25
101:15

**3/31/2023**
67:13

**30th** 34:13,
  15 36:12
  40:6 69:18
  74:21
  91:23
  94:25
  101:11
  103:24
  106:22

**31st** 62:13
  63:19 64:8
  65:6 66:22
  67:17 69:6
  89:21
  104:21

**37** 10:21
  19:20

**3:45** 62:14

**3rd** 20:10
  105:11

─────────────
        **4**
─────────────

**40** 44:5
  47:9

**4th** 75:4
  105:10,11

─────────────
        **5**
─────────────

**50s** 89:8

**55** 88:23

─────────────
        **7**
─────────────

**7,500** 110:1

─────────────
        **9**
─────────────

**95** 96:22

─────────────
        **A**
─────────────

**a.m.** 48:18,
  19

**ability** 12:4

**Absolutely**
  61:15
  92:16

**accept** 76:25

**access**
  105:12,18

**accomplished**
  69:10

**account**
  22:13,22
  23:5,21,25
  24:18
  25:11,24
  29:19
  30:2,14,17
  34:10,15
  35:3,11,
  14,24
  36:6,21
  37:2,3
  38:14,22
  39:1,10,
  17,22,25
  53:1 55:24
  56:18
  57:15,25

  58:23
  59:19
  60:13
  69:12
  70:11
  72:16
  80:19
  81:10,12
  83:6
  84:10,18
  94:3
  96:10,20
  103:13

**accounting**
  22:6,7
  23:13
  24:1,3,4,
  9,10,14,20
  26:23
  35:18
  38:23
  40:10
  47:14,24
  63:3 68:8,
  11,16
  69:16,20,
  21 70:7
  80:14
  81:4,14
  82:17,18,
  19,21
  83:13,20
  84:1,5,7,
  21 85:11
  86:14,20
  109:20,21
  110:12

**accrued**
  74:11

**accurately**
  88:6

**achieved**
  80:7

**acronym**
  25:25

**act** 28:5,9,
  14,25
  29:12,13,
  23 30:4,
  13,20,21

**action** 51:21
  55:10
  56:6,7,9,
  19 57:2,6,
  11,16,21
  58:1,14,19
  59:5,9
  62:12
  69:25
  70:10
  71:10
  73:5,7
  74:5 102:1

**actions**
  55:7,25
  59:3

**actual** 43:19

**add** 46:4
  90:23

**additional**
  78:2 110:3

admin 20:17,
18 25:9
26:25
77:10
82:16
89:19,24
90:2,10
104:7,17,
18 105:12,
19 106:16
107:3,14,
20 108:11

administration
13:22 14:2
59:1

administration
's 101:4

Admissions
48:1

adult 41:6,7

adults 41:10
111:8

advance
35:17,25

advanced
35:8,18
37:2
81:17,23,
25

advancement
34:16

advancements
34:18,19

advantage
45:10

advocate
85:8 86:15

affect 93:17

age 49:18,
20 88:5,
17,20,21

agree 111:24

agreement
111:1

ahead 8:11
11:3 17:5
21:3,8
35:11
37:19
47:25 71:8
73:17 76:7

aid 47:24
48:8

align 58:8

Allen 73:20
97:21 98:3

allocated
18:7 27:20
37:10,14
60:19

allowed 55:6

Alright
91:15

Amazon 43:8,
13 44:22
46:22

amount 23:3
49:24

60:20
100:8

analyst
15:3,10
16:3,4
26:23
48:11
68:17 81:2
82:22
83:11,13,
14,16,17,
21,24,25
84:2,3,4,
8,11,22
85:21
86:3,21
87:2 89:10
91:16
92:2,3,15
96:3,5,6,
9,18,25
106:23
107:4,15,
22 108:11,
18,22
109:17
110:2,11

analysts
15:6 84:18
103:14

analyze
17:21,23

Angel 5:14

answering
12:8

answers 6:9,

19 7:6
9:9,21
10:4 64:19

anymore
77:16
85:16

apologize
42:21
90:21
110:23

appears
66:21

applicable
50:3

application
21:17 49:2
72:7 84:12
102:11
108:6,8

applied
20:6,7
47:14,15
48:3,22,25
76:2,5,21,
24 92:17
102:15

apply 14:22,
24 21:9
24:13
47:13,23
48:10 72:4
74:12 90:5
91:15 92:4
106:3,12
108:12

approved
  106:24

April  34:12,
  15 36:12
  40:5,13,14
  42:22
  46:2,3
  62:10
  69:18
  74:21 75:4
  88:22
  89:11
  91:23
  95:24
  101:12
  103:24
  104:10,11,
  13,20,23,
  25 105:10
  106:22

area  19:13
  57:3

arrived
  19:23

aspect  39:14

aspects
  24:20

assist  22:2

assistance
  62:3 91:6

assistant
  20:17,19
  21:1,10,
  20,23,25
  22:11

25:10

associate
  43:15,16
  62:22

assume  104:6

assumed
  104:7

attached
  110:3

attachments
  58:3

attend
  94:16,22

attended
  94:21

attending
  95:18

attorney  5:9
  8:24 9:5,
  11,16
  10:5,11
  65:17
  66:18
  82:15
  107:1

attorney's
  9:10

attribute
  50:1

Austin  97:9,
  10 98:14
  99:1,4

avoid  7:9,15

aware  15:9,
  13,14
  72:14 73:4
  80:18,22
  84:16
  86:25
  89:9,13
  103:6,11,
  18,22
  106:15
  108:16,24

_____

_____
                B

bachelor's
  13:20 14:9

back  16:25
  17:6,11,12
  28:2 31:10
  45:11,12
  47:7 70:23
  75:6 76:1,
  3 82:10
  85:19
  89:15
  90:12 91:1
  92:18,24
  98:23
  99:22,25
  100:10,15,
  20 102:25
  105:5

background
  13:14

backing  22:4

backup  22:5,
  7

bad  88:12

badgering
  75:25

Baker  71:2

banner  56:11
  105:12

based  88:4,
  16

basically
  59:16

basis  60:6

Battle  70:22
  71:9 72:18
  73:3 74:7

battled
  70:25

bearing
  41:15

began  15:7
  16:4 35:11
  93:2

begin  35:15
  39:19
  40:11

belief  100:7

benefit  49:5
  78:5,21

benefits
  44:6,8
  45:15
  46:7,8
  49:13
  78:12,15,

23 79:10,
13 110:4,6

**Bernard** 5:1
67:12
102:25
112:23

**bill** 18:13

**biller** 17:17

**billing**
17:20
18:3,16

**bills** 18:22

**birth** 107:10
109:11

**bit** 15:18
17:5 24:18
39:23,24
40:4 57:19
95:24
104:16

**blood** 75:10

**bonus** 74:12

**bottom** 67:9
87:17

**boxes** 43:17

**break** 8:10,
12,15
48:15
98:16
102:18,19

**Breaking**
17:25

**breaks** 8:8

32:3

**bring** 91:2
92:24

**bucket** 38:1

**Budd** 8:25
11:1,10
48:16 51:8
64:13 67:5
89:5 94:13
96:11,21
102:19
109:20
112:20,22
113:11,17,
19

**Budd's** 9:5

**budget** 15:3,
6,10 16:3
21:1,20,
24,25
22:3,10
23:20
24:10
26:23
27:10
34:20 35:2
37:7,8,9
48:11
60:18
61:1,13,
18,20 62:6
63:17
68:17,18
69:15,19
80:20 81:2
82:8,19,21

83:2,11,
13,14,16,
21,23,24
84:2,3,4,
8,10,17,
18,22
85:3,8,21
86:3,15,21
87:2
89:10,19,
22 91:16
92:2,3,15
93:24 95:2
96:3,5,6,
9,18,25
103:13,23
104:6,19
106:23
107:4,15,
22 108:11,
18,20,22
109:3,17
110:2,11

**budget allocat
ion** 26:12

**budgeted**
25:22,23

**budgets**
37:11
60:14

**building**
70:24
93:18

**business**
13:22 14:1
73:20,23

82:7 95:2
97:22,24
108:20
109:14

―――――――

C

―――――――

**calculate**
101:1

**calculation**
100:12,18
101:6,10

**calculations**
18:10,14

**call** 51:25
52:2

**called** 9:22
22:9 60:13
70:9

**calling** 75:3

**campus** 109:4

**capable**
88:12

**capacity**
17:2 19:1

**care** 41:2,
5,6,7
79:22 80:8
111:8

**Carolina** 5:9
19:10,24
77:12

**case** 9:19

**catch** 69:3

categories
  32:21

category
  25:5,6
  28:7,13,24

challenging
  41:16

chance  85:13
  86:24
  93:10,13

chancellor
  62:22

chancellors
  24:25 25:1

Chandra
  108:21

change  27:5,
  7 32:25
  36:2,21,24
  42:6 51:1
  72:1 83:2
  84:9,17

changed
  31:13 37:2
  51:1 113:8

changing
  27:2
  103:13

charge  87:13
  88:8 92:24
  94:19

Charlene
  73:20,22
  97:21 98:3

checks  41:9
  76:3

child's  13:9

children
  13:5,7
  41:4

choice  41:18

circumstances
  98:12

City  47:3
  48:9 91:12

clarify
  112:25

class  83:19
  85:13
  86:23

classified
  29:22,24
  31:4 83:21
  85:18

clear  5:23
  6:22 7:1,
  13,17,20,
  21 66:16
  113:6

close  94:25
  95:4 103:2

closing
  94:24 95:6

co-employees
  52:15

college
  13:15 47:3

71:8,14

Commission
  47:2 91:11

committee
  90:6
  106:4,6

communication
  8:24 27:25

community
  47:3 71:7

company  18:1

compared
  64:5

compensation
  74:13
  110:11

comping
  85:13
  86:23

comping(
phonetic)
  83:19

complaint
  9:18 87:13

complaints
  12:22

completed
  92:12

comptroller
  73:22

computer
  32:3

concerned
  33:25

concluded
  113:20

conflict
  98:6

conflicts
  52:6,15

confusing
  7:22

confusion
  112:24

construction
  39:13

contact
  75:14,16,
  18 91:7

contacted
  75:8 85:12

contacting
  75:12,24

contained
  56:22

continuation
  74:17

contractor
  93:9

contracts
  59:13,15

contribute
  78:2

contributing
  35:6,16,17

controlled
  30:3,12,21

Controller's
  97:23,24

controls
  29:5

conversation
  6:22
  41:19,20
  83:22
  93:11
  105:16
  111:9
  113:5

copy  65:5
  87:12

correct  9:13
  25:23
  26:11,12
  27:20
  28:5,9,14
  39:18
  41:13 46:5
  49:7
  50:17,18
  51:2 52:23
  56:23 63:2
  64:21
  66:18,23
  67:14,16
  74:14,22
  80:5,9,16
  83:7 87:22
  100:5
  104:13

correctly

25:22

cost  17:22,
  23,25

could've
  77:8

counsel
  87:13

counseling
  54:17,19
  55:2

counted
  45:22

county
  45:18,19,
  20 47:6
  50:6,13,
  14,16
  91:13

couple  11:14
  85:5 112:9

court  6:8,
  11,21 7:11
  30:6 43:1
  49:5,6
  53:12
  64:24
  113:14,18

covered  17:1

covering
  42:19

COVID  105:5

coworker
  68:15
  80:23

81:10

coworker's
  84:4

create  16:7

created
  15:10 16:3

creating
  16:2 26:9

credible
  45:22 46:4
  49:25

credit  80:3

creditable
  50:16,20

cross  22:9
  37:5,6,25
  38:9,20,25
  39:10,19
  40:1

crunched
  55:19

Cumberland
  47:6 91:13

current
  103:8

customer
  47:15

Cynthia
  73:22

———————————
———————————
        D
———————————

D-U-A-N-N-A

15:23

data  59:5,
  10

date  35:23
  39:20 95:7
  101:12
  107:10
  109:11

dated  66:22
  87:22

daughter
  10:14,16
  13:6 19:18

day  91:23
  106:22

day-to-day
  43:16

deal  55:25

dealing
  39:11
  43:19

December
  16:16
  21:21 23:9
  34:9

decide  14:8,
  12

decision
  43:4
  111:23
  112:2

deficiencies
  53:22

degree   13:20
   14:1,9,14

degrees   14:6

dementia
   11:11

Dental   44:10
   46:12

department
   5:9,14
   25:24
   26:9,11,
   16,17
   27:20,25
   33:19 38:7
   40:8 46:22
   48:25
   55:18 58:8
   59:14
   60:2,19,20
   61:16,22,
   25 62:8
   68:6 73:10
   95:11

department's
   61:1

departments
   25:21

departure
   112:24

deposition
   5:24 8:21
   9:7,8
   10:13
   12:11
   113:20

describe
   57:11

describing
   27:2
   37:20,21
   56:21

description
   40:16
   96:25
   111:14

designated
   32:16

designation
   28:11 31:5
   32:7,8
   53:4

details
   99:5,6,7

determine
   29:10 61:6
   100:13

determining
   79:21

difference
   32:13,15,
   16,20
   38:14,17
   109:25
   110:1

difficulty
   42:11

dig   15:17

direct   31:1

director
   22:1,3

directors
   24:25

directory
   109:4

dischar-
   113:1

discharged
   113:3

discipline
   54:9,10,16

discovery
   65:17,23

discriminated
   88:16

discrimination
   87:14 88:9

discriminatory
   88:4
   101:17

disparate
   88:4

disregarded
   75:3

distribute
   34:20

distributing
   41:9

diverting
   43:17

docking
   105:3,6

document
   58:7 63:5,
   10,13
   66:10 87:4
   88:1
   101:14

documented
   55:2 60:6

documents
   9:3,4,6,9,
   12,15 10:8
   28:1 56:4,
   5 57:14,24
   64:18
   65:5,16,
   18,20,23
   66:17

dollars
   76:10

downstairs
   93:24

drastically
   33:2

DSS   41:1
   42:23
   45:12,21
   46:3,8,17
   47:8 50:12
   80:5 91:12
   110:25
   112:24

Duanna   15:21
   16:18 54:5
   86:16

due   69:14

74:2

duly  5:2

dumb  88:11

duties  21:24
  22:12
  36:2,25
  37:4 39:15
  102:6
  105:15

——————
      E
——————

e-mail  61:24
  75:4 76:9
  85:19

e-mailed
  85:17
  105:14

e-mails  75:1

earlier
  110:23
  112:24

early  93:1
  95:24

earn  45:6

education
  13:16
  14:4,10,
  11,22

educational
  13:14

EEHRA  24:25

EEOC  92:24
  94:19

effect  79:14

effective
  69:17

effectively
  93:19

efficient
  22:10

efficiently
  93:19

effort
  103:11,18

EHRA  28:12,
  19,24
  29:4,24
  31:5,13
  32:7,13,
  16,25
  33:10,16
  34:3 83:12

eligible
  49:12
  75:19

eliminate
  55:20

eliminated
  51:23

eliminating
  69:20

employ  59:2

employed
  17:2,9
  20:2 43:7
  78:11
  104:12

employee
  25:3 28:4,
  8,24 29:11
  32:13
  33:10
  38:7,8
  46:8,17
  69:24
  70:4,10
  73:14
  102:11
  110:18

employees
  25:7,8
  28:12 29:5
  32:15,16,
  21 33:20
  34:3,5,21,
  24 37:15,
  22 38:1,6,
  15,17 39:5
  52:22
  70:19
  73:10,25
  93:23 94:3
  97:3,7,18
  103:22
  108:16

employer
  12:23 18:1

employment
  19:7 28:9,
  13 29:5
  30:3,12,
  19,22
  40:4,5
  45:18,23

46:4,21,
  23,25 47:1
  49:10,14,
  25 50:3,8,
  11,17
  52:25
  59:2,3
  61:21
  69:16 70:1
  72:2 74:21
  77:19
  78:1,17,20
  79:3,9,13
  80:4
  87:13,15
  91:4,8
  103:7
  108:4,5
  109:13

end  69:17

entail  17:18

entitled
  74:20
  76:22 79:9

entries
  39:12
  40:21

Equal  87:12

equate  99:21

equivalent
  70:5

established
  26:15,16

estimate
  76:16

100:3

estimated
  75:5

Etran   113:19

evaluation
  54:12,23,
  24

eventually
  77:22

evidence
  101:16

exact   35:23
  36:9 70:13
  95:7

EXAMINATION
  5:4 112:21

examined   5:2

exception
  8:13

excluded
  94:20,23
  95:5,18,20

excluding
  59:13

executive
  21:1,10,
  15,19,23
  22:11

exempt   28:24
  32:22,23

exhibit
  63:5,6
  64:4 65:9,

10 66:20,
25 67:2,8,
11,21
74:10 87:6
92:25
101:15

expect   40:19

expectations
  53:5,20

explain
  24:22 93:5
  98:11

explained
  5:21

explains
  74:11

extended
  14:22

extra   78:21

eye   73:14,
  15 111:3,5

eyes   107:8

———————————
          F
———————————

facilities
  26:24

fact   80:19
  86:25

factor   79:22

factory
  43:24

faculty

24:24 25:5
109:4

fair   7:3,4
43:5,6
94:15 96:8
111:14,15
112:3

Faircloth
62:17,19,
20,21,25
63:18 64:3
65:5 68:4,
9,23 69:5
75:1,2,24
80:13
89:20
104:23

Faircloth,(hr)
67:13

Faithcloth
64:7

familiar
28:3

fast   107:2

Fayetteville
5:10 6:2
12:23
13:17,25
15:7,11
17:9,10
19:4,13,25
20:3,4,6,
9,22 40:23
47:2,4,22
48:5,9

50:9 51:2
55:6 69:17
71:6 85:16
91:12
106:19,25

February
20:10
21:21 34:9
95:3,8

feel   92:14

feeling
98:11

figure   76:9

filed   6:1
9:19 87:14

fill   22:12,
22

filled   39:10

final   91:23

finally   76:8
85:2,25
93:11,13

finance
68:17 81:2
82:21
83:11,14,
16,23
84:4,10

financial
47:24 48:8

Financing
84:8

find   11:8

61:25
75:19
100:25
101:1

fine 27:17
30:10

finish 6:15,
18

finished
16:11
33:4,7
87:10
112:8

finishing
103:2

fired 41:23
111:18

fiscal 95:1

floor 43:24

FOAP 25:23,
24,25 26:2

folks 5:12
11:22
23:20
96:15 98:1

follow 31:5,
6 42:20
101:16,18

food 70:8

force 49:7
51:21,24
52:9 55:7,
10,13
69:21 74:3

90:7,11,14
92:19,23
99:17,19
100:23,25
101:2,23
102:1

forced 46:19

Ford 85:12

forgotten
112:10

form 11:1,
10 51:8
56:6,7,10,
19,22
57:3,5,11,
21,23
58:2,6,10,
14,15,19
59:5,9
60:6 94:13
96:11,21

formal 12:22

forward 26:5
33:22,23

foster 41:2,
5,6,7
111:8

fought 70:25

found 61:9

Franklin
71:11

free 78:15
79:13,22
80:8

freely 32:24
33:11

frequently
22:16
33:13
94:20

FSU 46:23
47:1 87:15
88:3,16
89:10 93:1
97:3 99:15
100:3
101:18
107:17
109:1
110:20

FSU's 101:15

FTE's 60:9

Fuller 73:23

fund 61:21

funded 38:16
39:5 61:4

funding
26:2,5
33:12
37:9,12,23
38:2,3
55:18
56:12
60:20
61:9,14,23
90:12
93:22

funds 27:21
38:8 39:6,

11

furniture
39:13

future 49:17

———————

G

GA 60:7

gave 62:24,
25 63:18
64:3,7
65:6 91:22

general 25:7
58:25
101:3
111:6

generally
25:7

get along
52:9

Gill 70:22

girlfriend
19:16

give 7:5
55:19
73:18 75:5
76:12,18
87:4

glad 93:12

goal 77:19,
21 80:7

God 74:9

good 5:6,7

6:22 14:3
61:10
95:22
102:20

**Gotcha** 18:21
90:20

**governed**
30:3,21,23

**graduated**
13:17,25

**grants**
59:13,15

**great** 8:17
23:16
51:10
89:25

**ground** 6:5

**grounds**
113:3

**guess** 5:18
38:13
62:23
83:23
88:15 89:3

---

**H**

---

**half** 19:2
71:14

**hand** 65:8

**handed** 66:20
67:2

**handle** 59:14
93:23

**handwritten**
67:6

**happen** 28:20
29:8 86:5
108:9,10

**happened**
11:23
22:15
70:21
92:12
98:13,20
99:4

**happening**
92:8

**happy** 7:25
41:11
111:10

**harm** 87:25

**Harold** 97:9
98:13,17,
18,20

**head** 7:10
38:4 68:22

**health**
79:13,22
80:1,8

**hear** 12:4

**heart** 75:9

**heavy** 41:16

**held** 32:8
56:12
71:13
95:11
96:20

**helpful** 6:25

**high** 13:15
71:14

**higher** 85:11
109:18

**highest**
81:25

**hire** 61:3,
17,18

**hired** 81:9
82:4,7
89:10,13
90:9
103:23
104:9,10,
18 106:16,
21 107:3
108:17,22
111:7

**hiring** 24:24
26:17 57:4
106:6

**history**
109:13

**holds** 81:1

**home**
104:22,25
105:7,8,
13,17

**Honeycutt**
93:9,12

**hoping** 14:24

**hospital**
17:15,16

**hour** 45:14

**hourly** 44:24
45:1,4

**hours** 44:3,5
47:9

**HR** 20:15,19
58:20
62:23
83:19,23
85:13 91:7
101:7,9

**Hughes** 73:21
97:23

**human** 26:5
28:5,25
29:11,23
30:4,13,20
55:12
58:11

**hundred**
96:16

**hyphen** 81:6

---

**I**

---

**idea** 22:21

**identical**
95:25
96:10,12,
15,17,19

**identification**
63:6 65:10
87:6

**identify**
91:2

immediately
  19:3,5

impair   12:4

implement
  54:9

important
  7:5 14:11
  27:11

include   65:4
  94:2

included
  74:16
  78:12 88:8
  93:25 94:4

includes
  83:9

including
  24:12
  65:23

incorrect
  68:10

increase
  34:22,23
  35:25
  36:22
  110:4

increases
  34:21

individuals
  102:13

inform   61:24
  75:5

information

25:16,17
26:10
31:25
42:19
56:9,13,
14,15,22
58:15,21,
25 59:10,
18,23 60:1
72:15
74:16
101:3,5

informing
  61:22 75:4

initially
  81:9

input   59:5

instance
  73:18

insurance
  17:25 18:2
  44:9 80:1

intentions
  76:25

internally
  60:5

interrogatorie
s   9:23
  65:18

interview
  21:13
  32:10
  84:12
  108:13

interviewed
  24:16
  47:20
  48:4,12

involved
  12:14
  41:4,8
  82:14,20

involves
  27:2

isolate   93:2

issues   11:8
  73:24

_____

         J

J-A-N   81:6

J-E-E   81:6

Jan-jee
  80:24
  81:1,3,5
  82:3,5,11
  83:9 84:6,
  11 88:24
  89:23 93:7
  94:5

January
  16:18,19

Jefferson
  17:14

Jeremy   5:8

job   17:18
  18:25 20:3
  21:24
  23:21

25:21 27:3
32:18 37:4
38:22
40:15
41:24
42:15
47:22
48:23
60:24
61:19
72:10
93:17
96:25
105:13,16
111:12,25

jobs   48:3
  83:2

Joe   5:15,21
  97:9,10
  98:13
  99:1,4

Jones   73:22

Journal
  39:12
  40:21

journey
  35:12,13
  36:5,6,22
  37:3 39:22
  81:14,15,
  21

July   76:11
  95:1

jump   42:18
  62:10

June  43:10
 76:11
 87:22
 94:25

Justice
 5:10,14

―――――――――
        K
―――――――――

Kay  62:17,
 18,20,21,
 24 63:18
 64:3,7
 65:5 67:13
 68:4,9,23
 69:5 75:1,
 2,12,24
 77:4 80:13
 86:2,4
 89:20
 91:2,15
 100:3
 104:23
 105:22
 106:8

Kay's  90:2

keeping
 59:22 77:8

Keisha  85:12

Kimberley
 5:13

kind  32:3
 54:9 83:1
 88:11
 110:11

kinds  22:2
 23:6

knew  83:1
 101:11

knowledge
 11:4 51:9

―――――――――
        L
―――――――――

lady  86:22
 107:3
 108:19

laptop
 104:24
 105:2,3,7

laptops
 105:5

laughed
 93:14

Lawrence
 15:21,24
 16:2,12,15
 54:4,5
 86:16

lawsuit  6:1
 12:18
 72:25
 110:17

lawsuits
 12:15

leading  95:3

learn  20:3
 38:13
 62:11

learning
 37:7 38:9,
 24

leave  40:14
 42:15
 74:12
 113:4

leaving  47:1
 81:2
 111:17
 113:7

led  42:15
 111:16

left  16:18
 41:17
 42:22
 46:23 71:5
 74:21 79:3
 84:5 89:11
 94:11
 110:25

legislature
 60:3

letter
 62:20,24
 63:16,18
 64:1,3,5,9
 65:5
 66:22,25
 67:1,2,16,
 19,24 68:2
 69:13
 70:24
 71:25
 74:10
 104:22

letters  22:4
 28:12

level  35:15
 36:6,22
 39:22
 45:18
 81:12,23,
 25 85:12

levels  35:3,
 5

life  68:5
 76:13

Lindsley
 5:5,8
 11:2,12
 30:7 43:3
 48:14,17,
 20 51:11
 53:15 63:7
 64:11,15,
 17 65:1,3,
 11 67:7
 87:8 89:6
 94:14
 96:13,23
 102:17,21,
 24 109:22,
 24 112:17
 113:12,16

Linkedin
 106:18
 107:7,11

Lisa  5:1
 85:17

list  91:6

listing
  59:12
  95:25 96:9

living  10:18

log  105:9

logged
  105:11

long  18:24
  20:18
  21:19
  34:11 50:3
  82:12
  86:25 88:1

longer
  36:12,13
  63:3
  105:15

looked  9:7,
  25 20:5
  55:12 61:8
  63:20,22
  107:7

lost  19:17

lot  11:22
  42:19
  68:20
  77:23 92:8
  96:15
  101:3

low  55:19

──────────
          **M**
──────────

Mack  85:1,
  20

made  12:22
  14:12
  18:14
  103:12,19

mailbox
  75:25

main  101:8

maintain
  58:24 70:1

maintained
  58:16

maintenance
  26:24

make  8:4
  19:22
  25:22
  26:4,11
  27:9 32:14
  33:8,20
  61:13
  66:16
  101:10
  112:10
  113:6

makes  88:15

making  16:7
  27:12,19
  38:6 61:2,
  4 84:9

manage
  60:14,18

management
  93:2

manager  31:2

33:19 51:2
54:8,21

managers
  52:17 98:6

managing
  60:25

March  16:23
  62:13
  63:19 64:7
  66:22
  67:17 69:6
  89:21 95:3
  104:21
  105:22

mark  63:5
  78:4,20
  97:5,20
  98:2,5

marked  63:6
  65:10 87:6

marking  65:8

married  13:1

master's
  14:1,14

match  71:22

matches
  102:5

matter  102:5

MBA  14:12,
  18,25
  15:4,7,11,
  20 16:5,8,
  11

Mckeithan
  97:9
  98:13,18,
  20

Mcneil
  108:21

meaning
  25:24

means  5:24
  24:22 41:3
  74:19
  78:14

meant  112:11

medical
  17:17 44:9
  46:10,11
  78:11,14,
  23 79:9
  110:7

medication
  12:8

medications
  12:3

meet  93:10,
  13

meeting  5:22
  53:5,20
  54:21
  67:12
  68:23 69:5
  77:4 89:20
  91:1 95:6,
  12

meetings

93:8,16,
20,21,22
94:1,4,11,
16,20,22
95:3,14,
17,21

**Memos**   22:4

**mention**   6:6

**mentioned**
26:20
83:15 85:7
98:17 99:2
100:22

**mentioning**
91:11

**merchandise**
43:20

**middle**   87:25

**mind**   89:16
92:8 113:8

**mine**   84:5
85:15

**minute**   99:23

**minutes**
112:9,13

**mirrors**
107:25

**mistaken**
26:8

**Misunderstood**
13:13

**moment**   62:15
75:2

**Monday**
105:10

**monetary**
33:24

**money**   27:9
34:19
39:12
61:4,13,
18,19 62:1
90:11
92:20,22
105:25

**monies**   26:12

**month**   36:10
104:23,25
105:9

**months**   50:6,
8,11
77:11,13,
23 78:2
79:5,6
85:5 93:10
100:4

**morning**   5:6,
7,13,23

**mother**   19:17

**move**   19:18
23:9 32:24
33:11,22,
23 40:3
68:6 77:3,
7,15,16
80:15 90:3
105:23
106:2

108:10

**moved**   19:8,
11 20:25
21:2 23:24
35:24
68:15
69:7,25
70:4,11,23
71:1,18,
21,23
72:5,11
73:4,15
74:8 77:8,
9 80:12
84:20
97:4,12,
15,18,22,
24 98:4
101:21
102:3,7
107:14,19
108:2

**moves**   38:4
68:22

**moving**   19:15
39:12
61:12 69:9
73:8,11
77:5

**mutual**   41:25
42:25 43:4
111:1,23

─────────────

─────────────
**N**
─────────────

**names**   70:19

**nature**   60:21

**nearing**
97:4,19
98:1,4

**needed**   18:7
62:3

**nested**   77:21

**newly**   26:15

**nineteen**
50:5,7

**nodding**   7:10

**non-state**
37:7,8,9,
11 38:16
39:6,11

**North**   5:9
19:10,24
77:12

**note**   67:5,
9,11

**noted**   53:21

**notes**   112:9

**nother**   71:18

**Notice**   67:12

**notification**
69:14

**number**   25:24
56:11
85:17 87:5
101:14

---
O
---

oath  6:8

Objection
  11:1,10
  51:8 94:13
  96:11,21

observed
  95:25
  97:3,18

obtain  14:8
  36:5 79:12
  81:23

obtained
  14:25

obtaining
  77:18

occasion
  22:12

occasions
  22:25 23:4

occurred
  69:24

occurring
  83:2

October
  40:13 46:2
  65:6

odd  76:10

offer  44:17

offered
  99:15
  110:12

111:18

offers  48:23

offhand
  104:4

office  9:5,
  10 17:21
  21:1,20,24
  22:10
  23:21
  24:10 26:4
  35:2 56:4
  62:14,16,
  17 63:17
  68:18
  69:15,20
  71:1
  73:21,23
  77:15
  80:20
  82:7,8,19
  83:3 84:17
  85:3,7,8
  86:15
  89:19,22
  93:20,24
  94:6,16
  95:2
  97:22,23,
  24,25
  101:8
  103:23
  104:6,19,
  20 108:20
  109:3,14

official
  69:14

older  89:1

opened  76:1

opportunities
  46:25

opportunity
  65:22
  82:10
  87:13
  111:18

order  105:7

ordering
  22:4

orders  40:21
  43:22
  113:15

outcome  77:2

overlap
  104:15

overtime
  45:6

owed  18:18

---
P
---

p.m.
  102:22,23
  112:15,16
  113:20

package
  65:4,16
  75:13 77:1
  99:16,19
  100:24

paid  34:1

37:22
  45:1,3,13
  46:16

paperwork
  57:24
  82:24 87:1

paragraph
  88:1 95:24

part  61:18,
  19 107:10

partake
  44:14

participating
  44:19

passed  11:16

past  102:9,
  10

patient
  17:22
  18:1,2,17,
  18

Patients
  17:20

pay  18:1,2,
  3,7 35:25
  36:22
  63:25
  75:6,15,19
  76:18,23
  79:1,11
  80:1
  100:3,8
  109:18

payments

18:17 41:9
74:20,24

payroll 22:5

people 5:18
32:2
105:12

percent
34:22
96:17,19,
22

performance
52:22
53:4,19,21
54:22

performed
57:6
100:12

period 23:6

periods
34:14

permanent
23:15
78:13

person 29:16
30:25 31:4
33:14,21
56:3 99:1
106:15,20
107:15,19

person's
56:11

personnel
56:6,7,9,
19 57:2,

11,20
58:14,19
59:4,9

perspective
25:20
69:12

Philadelphia
19:8,10

phone 85:16

photograph
66:22 67:1

pick 103:5

piece 27:11
38:9 68:21

pill 76:15

place 11:18
41:22
57:12 59:4
93:18

places
48:22,23

plaintiff
12:17

plan 44:10,
17,20
46:14,17
49:16,20
50:21
83:4,5
84:16

planning
14:24
62:6,7,9

plans 15:9
16:7

pocket 18:3

point 35:18
49:17
94:23
100:12

policy 30:21
55:13
99:16,18
100:9,23,
24 101:1,
16,18,22

pop 42:20

position
14:23
15:2,10
16:4 17:21
19:1
20:14,20,
22,24,25
21:3,4,5,
10,13,14,
15 22:18
23:10,12,
13,15,18,
24 24:2,
13,16
25:12
26:3,5,18,
22,24
27:6,20
29:14,15,
19,22,24
30:2,14,17
31:11,13,

17 32:6,8,
9 33:15
34:11,12
40:14,17
41:17
42:22
43:13
45:15
47:12,14
48:11
51:15,17,
19 52:8
55:20,24
56:12,18
58:10
59:12,18
61:4,9,14,
21,23
62:11 63:4
68:8,11,
15,18
69:7,10,
12,22
70:1,4,5,
10,11
71:5,9,12,
16,19,23
72:2,4
73:5,6,11
77:5,7,10
80:13,19
81:1,2,3
82:21 83:9
84:2,3,12,
21,22 85:6
86:3
89:10,14,
22 90:1,4,

8,9 91:10,
16 92:15
94:18
96:1,8,10,
18,20
101:20
102:1,2,3,
6 104:5,8
105:20,23,
24 106:1,
2,16,21
107:4,14,
15,20,24,
25 108:1,
4,5,11,13,
23 109:17,
18 110:3,
5,12,25
111:17
113:2

**position/
reduction**
69:21

**positions**
14:21
15:6,15
16:8 20:7
24:21,23
25:1,3,4,
9,16,19,22
26:2,8,15
27:10,23
31:20
33:12,21,
22 37:6,13
38:11
47:17

55:20
59:15
68:13 74:8
80:15,25
83:7,11,
17,24
84:5,17
85:4,18,
20,25
86:19
87:1,3
91:21,25
92:10,17,
20,21
93:21,23
97:4,12,
15,19
106:23
108:18

**possibility**
74:17

**post-high**
14:4

**posted** 47:15
61:5 89:22
90:2,8,10
91:22,24
92:21,22
96:25
104:8
105:20,21,
22 106:1,
24

**posting**
26:18 57:4
61:3,5
89:18

96:19

**postings**
107:1

**Potter** 5:13

**preparation**
8:20 10:6,
9

**prepare** 10:2

**prepared**
10:3

**pretty**
112:4,6

**prevent** 12:8

**previous**
54:3 84:6
97:3,18

**previously**
94:21,22
95:18

**Prime** 43:8,
13 46:22

**printed**
92:18

**prior** 10:15
17:8,10
78:10 81:3
82:6 86:15
89:18 93:9
95:12,14
104:8
105:21
110:4

**priority**

49:2

**privilege**
110:10

**problem**
43:18
66:12

**problems**
10:24 11:9

**process** 18:5
21:13
32:10
37:25 38:1
51:24
55:16,17,
22 57:14,
15 62:7
72:1,8
73:12
82:15,20
84:12
102:11
103:8,12
108:7,9,14

**processed**
26:18
72:15
82:24

**processing**
27:22
38:16 41:9
56:17

**produced**
66:17

**production**
65:19

professional
25:8

professionally
93:3

profile
107:11

program
15:4,7,11,
20 16:5,9,
11

programming
71:11

promise
103:3

promotions
34:17

proposal
26:17

proposals
24:24,25

provided
9:12,22
10:4 64:18
100:4

provider
17:22,23

provost
93:20
94:6,16

Public 47:2,
12,17
91:11

pull 62:1

64:9

pulled 62:20
68:5

pulling
90:12

purchase
40:21

purchasing
25:10

purpose
90:15

pursue 14:14
47:1

pushed 14:17

put 58:15
61:20
84:22 86:3
108:5

putting
59:19

―――――――

Q
―――――――

qualified
92:14

quarterly
27:24 60:5

question
6:13,14,15
8:1,14
50:2 57:18
61:10
88:11,15
90:13,19

95:22
112:20

questions
5:25 6:9
7:6,20
9:9,22
12:5,9
64:19
88:13
90:16
103:1
112:18
113:11

quick 66:4
102:17
112:14

quitting
111:24

―――――――

R
―――――――

R-I-F 49:6

Raleigh
101:8,9

raring 93:15

re-class
26:22,24

re-classed
15:15 84:1
85:4

re-
classification
26:21 27:5
31:14
82:15

re-
classification
s 26:20

re-classified
15:16
31:12 32:6
33:16
68:16
80:24,25
83:20
85:19,21,
25 92:21

re-classing
86:13

reach 78:16
85:14

reached
79:25 80:3

reaching
78:3,19
79:21

read 88:6
97:1

ready 61:3
66:8

real 66:4
88:15

rearing
88:18

reason 5:22
19:15
51:16
55:22
99:10

reasoning
99:14

reasons  55:9
73:8

recall  23:1,
8, 19  24:5
28:22
31:17  32:7
35:23  36:9
39:20
41:22
42:13, 16
45:11  48:2
53:25  55:4
100:2
102:15

receive
26:10
34:16, 25
35:25  44:8
48:23
49:13  53:3
54:17
59:24
74:13, 20,
24  76:16,
23

received  9:5
25:17
53:20
70:24
71:25
78:21
100:14
104:21

receiving

76:22

recently
72:23

recess  48:18
102:22
112:15

reclassificati
on  27:2

reclassificati
ons  26:14
28:3

reclassified
92:11

reclassifying
82:20

recognize
63:13
87:20

recollection
100:17

record  6:22
7:1, 17
64:13, 16
66:14
102:25
112:25
113:17

reduction
49:7
51:20, 23
52:9  55:7,
10, 13  74:2
90:7, 10, 14
92:19, 23
99:17, 19

100:23, 25
101:2, 23
102:1

reference
75:12

referring
101:22

refusal
101:15

refuse
101:18

regard  14:17
27:6

Registrars
71:1

regular
38:22
39:15

reinstatement
110:17, 18

relation
54:18
87:14
100:24

relations
71:15

relationship
51:6, 10

remember
11:23
23:14, 17
54:2  64:3
70:18

remembering
10:24  11:9

repeat  8:1
98:15

rephrase
30:15
38:18
57:18
103:9

report
30:24, 25

reporter
6:21  7:11
30:6  43:1
49:6  53:12
64:24
113:14, 18

reports
27:24
29:16

repost
107:13

represent
5:10  65:15

representative
47:16

request
65:19

requested
68:6

required
32:9

researched
20:5

reserved
  113:21

resign   41:24
  111:19
  113:2

resources
  26:6 28:5,
  25 29:12,
  23 30:4,
  13,20
  55:12
  58:11 91:3

responded
  75:6

respons-
  34:3

response
  65:19

responses
  65:17,23

responsibiliti
es   27:22
  34:4

responsible
  61:12 62:7
  105:15

restate   7:25

restructuring
  63:17
  69:15,19
  73:10,13
  106:1

result   49:14

retire   49:12

77:22
78:14 79:3

retired   49:9

retirement
  44:17,19
  46:14,17
  49:13,16
  50:4,21
  78:3,7,12
  79:8,23
  80:8

return   17:1
  110:22

returned
  76:2

review   52:25
  53:19
  65:22 66:7
  87:9
  108:6,9
  112:9

reviewed
  9:3,4,16,
  18 10:5,9
  66:16
  87:11

reviewing
  63:10
  66:10

reviews
  52:22
  53:4,21

RIF   49:2,6
  55:16,17,
  21,25

56:16,17
57:11,16,
25 62:12
69:25
70:4,10,24
71:10,25
73:5,7
90:9 91:6,
22 103:8,
20

RIFS   57:17

rift   75:11
  89:18

rifted
  51:15,18,
  20 58:4
  75:12 92:7
  97:13
  104:8
  105:21

rifting
  105:24

rights   70:25

role   22:11
  39:17
  40:1,20
  41:12 44:4
  53:1 58:22
  60:12
  72:16
  82:16

room   5:12

roughly
  110:1

routed   25:20

rule   33:9

rules   6:5
  55:13

run   27:24

─────────

S

─────────

sake   112:25

salaries
  32:25
  60:10,17,
  21

salary   27:7
  44:22,23
  60:18
  74:17 77:9
  99:21
  109:25
  110:4,15

Sandra   16:24
  51:4 52:6
  62:14
  67:12
  68:3,24
  69:6 73:21
  77:4,15
  80:24 83:5
  84:25 85:3
  86:6,7,18
  89:21
  91:2,18
  93:7 97:23
  103:7,11
  105:1,14,
  22 106:9,
  10

Sandra's
90:3

Sarah 71:2

sat 62:19

satisfied
52:12

save 42:21

scanning
43:17

scenario
73:18

school 13:16
14:4 71:14

Schools 47:6
91:13

search 91:3,
8

searched
20:5

searching
105:16

section
87:25

sections
57:2

seeking
107:1

sender 76:2

sending
76:1,3

sends 26:17

sense 19:22

sentence
97:17
101:14

serve 20:18
21:19
34:11

served 20:20
34:12

serves 69:14

service
47:15

services
40:8 46:22
49:1 70:8

session 55:2

Settles
70:22 71:9
72:18 73:3
74:7

severance
63:25
74:17,24
75:6,13,
15,19
76:18,23
77:1
99:16,18
100:3,7,
14,24
101:2

shaking 7:10

Sheila 86:23

short 49:6

shorthand
28:8

should've
85:18
86:19

SHRA 28:8,
19 29:23,
25 31:4,13
32:7,15
33:14,16
34:4 83:7,
12,14

shy 78:22

sick 74:12

side 5:19
38:16

Sierra 10:23
13:10

sign 67:24
68:2

signature
67:19,21
87:17,20
113:21

similar
40:22
96:16

sir 12:6,10
14:5 22:14
53:23
54:25
56:20 69:2
72:3,9

76:17 77:6
79:4,7
80:2,6,17,
21 82:13,
25 87:16
95:19 98:3
106:11
109:2
111:13

sit 68:3

sitting
62:17,18
68:4 90:2,
3

situation
12:18
31:12
72:19 73:9
74:2

Social 40:8
46:22
48:25

socially
93:2

softwares
93:18

solve 43:18

someone's
29:10

sort 6:5
17:3 35:25
38:5
110:24

sorting

43:18

soul  75:10

source
  37:12,22
  56:12
  59:10

SPA  25:1,2,
  4,9,11

space  67:19

SPE  70:23

speak  10:14
  62:15
  72:18

special  78:4

specialist
  89:19
  104:7
  105:19,20
  106:16
  107:20

specifics
  98:25

spell  15:22
  81:5

spoken
  72:23,25

spreadsheet
  58:16,22
  59:5,11,
  20,22 60:1

spreadsheets
  58:7

staff  25:3,4

stand  26:1

standard
  110:9

standing
  62:18

start  6:16,
  19 15:4
  20:9 43:9

started
  15:5,11,20
  16:8 19:4
  20:15 21:4
  24:10
  35:14
  43:10
  78:10,13
  79:15 85:6
  86:12
  93:15
  95:2,7
  109:14

starting
  13:15
  97:17

state  5:10
  6:2 12:23
  13:17,25
  15:7,11
  17:9,10
  19:4,25
  20:4,6,9,
  22 25:3
  28:5,9,13,
  25 29:11,
  14,23
  30:4,13,20

34:19,20,
  24 37:13,
  23 40:23
  45:22 46:4
  49:9,13,
  14,16,25
  50:3,4,5,
  9,17,21
  51:2 52:22
  55:6 69:17
  71:6
  77:12,18,
  23 78:17,
  19 79:3,8,
  13,23
  80:4,9
  85:16
  91:4,8,12
  99:16,18
  100:23,24
  101:16,18,
  22 106:19,
  25 110:18

state-funded
  37:13
  38:6,15

stated  63:1
  89:23

statement
  87:25

statements
  17:20
  18:4,6,16,
  23

states  88:3

stating  76:9

station
  105:3,7

status  32:13

stay  8:4
  64:15

staying  40:4

step  17:6
  28:2 31:10
  45:12
  89:15

Steve  85:20
  93:9

Steven  85:1

stop  40:12

stopped
  79:17

story  85:2

stressed
  77:10,13

strike  50:1
  54:1
  103:19

students
  71:13

subject
  28:4,9,13
  29:11,23
  30:18,19
  51:20
  52:9,22
  62:12
  69:25
  70:10

71:10 73:5
102:1
103:20
110:22

**subjected**
88:3

**submit**  21:17
60:6

**submitted**
9:10

**Submitting**
58:20

**substitute**
23:5

**substitution**
52:3

**sued**  12:20

**supervisor**
15:14,19
16:12,14,
15,17,21,
23 29:6,10
33:20
41:20
42:2,3,4,
6,9,12,14
43:5 56:13
73:14
86:13,16,
17 93:25
111:2,10,
24 113:6

**supervisor's**
54:3

**supervisors**
98:7

**supplied**
56:15

**supplies**
22:4 39:13
60:21
61:14

**support**
26:25
89:19
104:7
105:19
106:16
107:20

**supposed**
21:6 83:25
88:20
102:7

**swallow**
76:15

**sweat**  75:10

**swiped**  73:24

**sworn**  5:2

**systems**
93:18

———————

**T**

———————

**table**  5:19

**taking**  57:12
101:20

**talk**  6:16,
19,25

10:11

**talked**  57:20
83:5 85:5
86:13
102:13
110:23

**talking**  31:1
48:21
56:16
107:16

**tallying**
18:22

**teaching**
25:5

**tear**  112:4

**tears**  75:10

**tech**  31:20
47:22 48:5
85:11

**Technical**
47:3

**technically**
21:7

**technician**
22:13,22
23:5,22,25
24:1,3,11,
14,19,20
25:11
26:23
29:20
30:2,14,17
34:11,15
35:14,18,

24 36:6,22
37:3
38:15,22,
24 39:1,
11,17,22
40:10
47:24 53:1
55:24
56:18
57:15,25
58:23
59:19
60:13 63:4
68:8,11,16
69:12,16,
20,22
70:7,11
72:16
80:14,19
81:4,10,
12,14
82:17,18,
19,21
83:7,20
84:1,6,7,
10,21 94:3
96:10,20
109:20
110:12

**technicians**
22:6,8
24:4,9
35:3 39:25
84:18
86:14,20
103:13

**technology**

31:23,25

tele-work
  105:7,17

tele-working
  104:22,25
  105:13

telling
  63:16
  68:12
  76:11

temporary
  21:5,14

tend  42:18

tenure  97:3

terminated
  113:1

termination
  56:13,14

terms  29:5
  30:3,12,
  19,22 37:3
  111:1

testified
  5:3

testimony
  6:9 96:17

that'd  89:25

thereabout
  34:10

thing  6:7
  17:3 32:3
  38:5 39:4
  93:21

110:14

things  6:6
  10:25
  11:5,9
  22:2 23:6
  29:8 60:21
  66:16 92:8
  103:19
  108:9
  110:16

Thomas  17:14

thought  51:9
  56:21
  100:13

thousand
  76:10

threads
  42:20

threat
  111:17

throw  111:7

till  93:10

time  6:14
  8:10 15:19
  16:4,8
  19:20
  20:14
  22:23
  23:3,22
  34:14,17
  36:6
  45:21,22
  46:3,4
  47:7 49:1,
  21,25

50:16,17,
  21 52:8
  53:9 63:11
  66:5 68:21
  71:2 74:13
  80:3,23
  82:12
  85:24 87:9
  94:7,9,10
  104:15
  112:19

timeframe
  40:11

times  22:21
  53:7 70:16
  94:5

title  23:17,
  21 27:3
  32:18
  70:13
  71:18,22
  72:10
  102:6

titles  32:17

today  5:22
  6:4,10
  8:21 10:2,
  3,6,9,12
  11:25 12:3
  50:4 51:12
  55:15 67:3
  75:24
  88:14
  90:15
  100:13
  113:15

today's  9:7

told  68:7,
  19 80:14
  84:24
  86:14 91:5
  104:21
  105:14

top  31:22

topic  110:24

total  49:24
  50:20

totally
  38:24
  40:16
  59:13

tough  76:15

train  40:1

trained  38:1
  39:10

training
  22:9 37:5,
  6 38:10,
  20,25
  39:19

transcript
  113:15

transferred
  60:2

transition
  19:9 35:22
  42:14

transitioned
  73:4

treatment
88:4
101:17

true 28:15,
16 78:16

turn 40:25
105:4

turned 9:12

two-thirds
97:20

---

**U**

uh-huh 22:20
29:21 30:5
35:19
42:24
44:11 45:2
53:10
57:22
64:20,22
65:14
67:10,20
88:2,7
93:4 96:2,
7 97:6
98:19,24
99:3

uh-huhs 7:15

uh-uhs 7:16

ultimately
42:15
111:16

uncomfortable
110:24

understand
11:7,15,17
12:2,4
26:7 27:1
30:11,20
31:7 58:12
69:23
79:2,20
111:22

understanding
28:23
29:2,17
30:1,18
32:12
41:25
55:5,15,
17,21
60:25
69:11
99:20
101:19,25

unemployment
76:3,21

universities
37:11

university
5:11,15
12:24
13:18 14:1
17:15 26:9
55:18 62:8
69:11,17
70:12
71:6,7
75:18
80:15
82:5,6

unopened
76:4

unpack 68:20

up-to-date
59:6,23

updated
58:24

---

**V**

vacant 68:19
69:22
101:20

vacation
74:12

verbal 7:5

vice 25:1
62:22

vision 110:7

---

**W**

wait 6:15
49:19

walked 62:16

Walmart
10:19

wanted
14:10,14
61:17
75:23
77:2,14,17
84:25
90:23

wanting
14:17 66:2

website
72:12
101:4
108:25
109:3

week 44:3,5
47:9 91:22

weekly 27:25

Wells 80:24
81:1,3,6
82:3 83:9
88:24 93:8

whomever
61:2

Williams
10:23
13:10
16:24
51:4,7
52:6,10
54:1 62:14
67:13
68:4,24
69:6 83:5
93:7 103:7

wind 106:25

women's
88:20

work 14:15,
17 17:8
19:24 44:3
52:10,12
53:22

54:18,21
68:13
73:20,21,
23 82:8,11
86:24
89:24
111:11

**worked** 40:6,
7 46:3
71:4,13
106:19

**working**
17:14 20:9
38:15
40:12
43:9,10
47:9 51:6,
10 52:5
57:18
60:12 71:1
77:12
108:20

**works** 10:19
47:2,12,18
55:16
86:22
91:11

**worries**
75:13

**worry** 69:3

**wow** 85:22
90:8 92:23

**writing** 10:4

**written** 9:21
64:19

**wrong** 28:18
37:21
58:13
59:17
108:3

———————————
**Y**
———————————

**year** 17:12
19:2 20:8,
20,21 21:6
22:19 36:9
39:20 50:7
52:23 53:1
71:5 94:25
95:1,9
97:11

**year-end**
94:24
95:4,6,12

**yearly** 34:20

**years** 11:14
36:11,14
50:5,7,20
57:17
71:14
72:22 75:9
77:11,18,
21,23
78:17,19,
22 79:5,
12,21,25
80:3,7
82:11
85:1,10
88:18
95:12,15

97:10
99:21
109:16

**Yolanda**
73:23

**young** 86:22
107:3
108:19

**younger** 89:1
103:22
106:17
107:6,8
108:17
109:6,8

———————————
**Z**
———————————

**Zoom** 93:11

Case 5:24-cv-00219-BO-RN    Document 28-1    Filed 07/07/25    Page 142 of 142