**In the Matter Of:**

Bernard vs Fayetteville State University

**SANDRA WILLIAMS**

*April 09, 2025*



```
 1              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 2                      WESTERN DIVISION
          Civil Action No.:  5:24-cv-00219-BO-RN
 3

 4

 5   LISA BERNARD,                    )
                                      )
 6             Plaintiff,             )
                                      )
 7         vs.                        )
                                      )
 8   FAYETTEVILLE STATE UNIVERSITY,)
                                      )
 9             Defendant.             )
                                      )
10   _____)

11

12

13

14        DEPOSITION VIA ZOOM VIDEO CONFERENCE

15                        OF

16                 SANDRA WILLIAMS

17

18

19                 Taken by Plaintiff
                    April 9, 2025
20                   2:00 p.m.

21

22   Reported by:  Ann Marie Agranoff
                   Professional Reporter
23

24

25
```

```
1                          APPEARANCES

2

    For the Plaintiff:
3
    OSBORN, GAMBALE, BECKLEY & BUDD PLLC
4   By:  Joseph D. Budd, Esq.
    721 W. Morgan Street
5   Raleigh, North Carolina  27603
    Email:  joe@counselcarolina.com
6

7

8   For the Defendant:

9   NC DEPARTMENT OF JUSTICE
    By:  Jeremy D. Lindsley, Esq.
10  Assistant Attorney General
    P.O. Box 629
11  Raleigh, NC  27602-0629
    Email:  jlindsley@ncdoj.gov
12

13

14

15

16

17        Deposition of SANDRA WILLIAMS, taken by the

18  Plaintiff via Zoom Video Conference on April 9, 2025

19  at 2:00 p.m., before Ann Marie Agranoff, Professional

20  Reporter, Notary Public.

21

22

23

24

25
```

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 3 of 68

1                              CONTENTS

2

3        EXAMINATION                                    PAGE

         By Mr. Budd                                    4
4        By Mr. Lindsley                                45
         By Mr. Budd                                    54
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

www.NCDepo.com                Depositions, Inc.
info@NCDepo.com          Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 4 of 68

```
 1                      PROCEEDINGS

 2                      *  *  *  *  *

 3   Whereupon,

 4                 SANDRA GAIL WILLIAMS,

 5   having been first duly sworn, was examined and

 6   testified as follows:

 7                      EXAMINATION

 8   BY MR. BUDD:

 9      Q.  Good afternoon, Ms. Williams.  Thank you

10   for adjusting your schedule on my behalf today.  I

11   appreciate it.  And I appreciate you taking your

12   time to sit for this deposition with us today.

13           My name, for the record, is Joseph Budd.  I

14   represent Ms. Bernard in this matter.

15           Ms. Williams, have you ever been deposed

16   before?

17      A.  No.

18      Q.  Okay.  Have you ever given sworn testimony

19   in any context before, aside from a deposition?

20      A.  No.

21      Q.  Okay.  Do you understand that you have just

22   given an oath -- taken an oath to tell the truth

23   today?

24      A.  Yes.

25      Q.  And is there anything you don't understand
```

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                 Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 26-3    Filed 07/07/25    Page 5 of 68

1   about the oath or your obligation to tell the

2   truth?

3        A.  No.

4        Q.  Are you on any medication that would

5   interfere with your ability to listen to,

6   understand and answer my questions truthfully?

7        A.  No.

8        Q.  Are you aware of anything at all that would

9   prevent you from answering my questions truthfully

10  and honestly today?

11       A.  No.

12       Q.  Since this is your first deposition I'm

13  just going to go through some basic ground rules

14  that will make hopefully both of our lives and

15  Ms. Ann Marie's life a lot easier today.

16            So first off, there may be times today

17  where I ask you questions that you don't fully

18  understand what I'm asking.  If that happens at any

19  point and you don't understand what I'm asking,

20  will you please agree to just ask me to rephrase

21  the question?

22       A.  Yes.

23       Q.  And so would you agree that if you answer

24  any question today that means you fully understood

25  the question that I asked?

www.NCDepo.com                Depositions, Inc.
info@NCDepo.com          Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 26-3    Filed 07/07/25    Page 6 of 68

1      A.   Yes.

2      Q.   Just so that there's no miscommunication

3   here today, if I ever ask you -- or if you ever

4   think that I am asking you for what you talked to

5   your attorneys about, that's not what I'm asking

6   about.  Okay?  I don't know what other attorneys

7   aside from Mr. Lindsley you've spoken with and I

8   really am not that interested in it and I certainly

9   don't want to know what all you talked about with

10  him.  Okay?

11     A.   Okay.

12     Q.   I would love to know what's going on in

13  that room but that's not what I'm asking you today.

14  Okay?

15          If you need a break at any point today,

16  just feel free to let me know.  This is not a

17  marathon.  I certainly do not expect us to be here

18  for a terribly long amount of time.  But please

19  just let us know if you need a break.  The only

20  thing that I ask is that if I am asking -- if I

21  have asked a question that you answer it before you

22  take the break.  Okay?

23     A.   Yes.

24     Q.   Last thing.  Our court reporter cannot keep

25  a clear record of our testimony and my questions if

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 7 of 68

1   we talk over each other.  Okay?  So will you agree

2   to wait until I finish asking the question before

3   you answer it?

4       A.  Yes.

5       Q.  You've done a terrific job of that so far.

6   It is very difficult and I apologize if I interrupt

7   you at any point.  Okay?  In advance.

8           Similarly anything -- your answers always

9   have to be verbal.  Okay?  That means no uh-huhs or

10  uh-uh or mm-hmm.  It's always going to be yes or

11  no.  And if I ask you to rephrase that and clarify

12  that I'm really not trying to be rude, it's just

13  going to come out kind of rude but that's the

14  purpose of if I have to ask that follow-up

15  question.  Okay?

16      A.  Yes.

17      Q.  Okay.  Again, just for the clarity of the

18  record's sake this afternoon I'm going to use a few

19  terms that I just want to make sure that you fully

20  understand what I mean when I say them.  If I say

21  plaintiff, Lisa or Ms. Bernard, I'm referring to my

22  client, Ms. Bernard.

23          Do you understand that?

24      A.  Yes.

25      Q.  And if I use the term University, defendant

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina              (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 26-3    Filed 07/07/25    Page 8 of 68

1    or FSU, I'm going to be referring to defendant

2    Fayetteville University.

3              Do you understand that?

4        A.  Yes.

5        Q.  All right.  Ms. Williams, have you done

6    anything to prepare for today's deposition?  And

7    again, I'm not asking for what you talked about

8    with your counsel.

9        A.  Yes.

10       Q.  What have you done to prepare for today?

11       A.  I've reviewed documents and I've also

12   reviewed emails and timelines within my department

13   and within my email.

14       Q.  Okay.  Are those all documents that have

15   been produced to us in discovery?

16       A.  Yes.

17       Q.  Okay.  What -- strike that.

18              How many hours did you spend preparing for

19   today?  I'm not necessarily asking how long you've

20   spent working on responding to discovery and all of

21   that.  I mean just preparing for your deposition

22   today.

23       A.  My guess would be five to ten hours.

24       Q.  How did you decide which documents to

25   review in preparation for today?

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 26-3    Filed 07/07/25    Page 9 of 68

1       A.  Documents that were shared in this suit,

2   those are the documents I reviewed.

3       Q.  So did you review everything that has been

4   shared in preparation for today?

5       A.  I reviewed all documents that were shared

6   with me for this lawsuit.

7       Q.  Okay.  Were those shared with you by the

8   attorney or what?

9              MR. LINDSLEY:  Well, objection.

10             MR. BUDD:  Yeah.  All right.  We'll

11  move on.

12  BY MR. BUDD:

13      Q.  When was the last time you did any document

14  review to prepare for today?

15      A.  Last night.

16      Q.  In your preparations is there anything that

17  you would have liked to review but you were unable

18  to do so?

19      A.  No.

20      Q.  Ms. Williams, just a little bit of

21  background information on you personally, if you

22  don't mind.

23          Do you have any college degrees?

24      A.  Yes.

25      Q.  And what are those in?

**www.NCDepo.com**              *Depositions, Inc.*
info@NCDepo.com                *Serving all of North Carolina*        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 10 of 68

1      A.  Bachelor of arts degree in business

2   administration.

3      Q.  And when did you receive that?

4      A.  1999.

5      Q.  And where did you receive that from?

6      A.  Columbia College.

7      Q.  And where is that?

8      A.  Missouri.

9      Q.  Any other collegiate degrees?

10     A.  No.

11     Q.  Any post graduate education?

12     A.  I took one to two courses.

13     Q.  In what -- what were those courses in?

14     A.  Master's of business administration.

15     Q.  And where did you do those?

16     A.  At Fayetteville State University.

17     Q.  When did you do those?

18     A.  Around 2022, 2023, if I recollect those

19   years.

20     Q.  What were those -- strike that.

21          Did you -- are you still taking any MBA

22   classes?

23     A.  No.

24     Q.  Did you receive a Master's in business

25   administration?

www.NCDepo.com                Depositions, Inc.
info@NCDepo.com        Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 11 of 68

1      A.  No.

2      Q.  Do you have any plans to continue your

3  training to receive a Master's in business

4  administration?

5      A.  Yes.

6      Q.  When -- we know how plans go but what --

7  when are you thinking about resuming those studies?

8      A.  I'm not sure yet.  Undecided.

9      Q.  About how many more hours do you have

10  before you're able to earn that Master's?

11      A.  I'm not -- vaguely remember the amount of

12  credits available that I would need to graduate

13  with a Master's.  I don't remember.

14      Q.  Can you estimate about how many classes you

15  think that would require?

16      A.  60, maybe 60 credits.  Might be less.

17      Q.  Okay.  Ms. Williams, what is your date of

18  birth?

19      A.  March 18, 1958.

20      Q.  Okay.  Have you ever received any training

21  in employment law or human resources?

22      A.  No.

23      Q.  How long have you been employed by the

24  University?

25      A.  A little over eighteen years.

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com              Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 12 of 68

1      Q.   Has it always been in the same role?

2      A.   No.

3      Q.   If you could you walk me through the

4   positions that you've served in over the last

5   eighteen years with the University.

6      A.   Executive assistant.

7      Q.   How long were you an executive assistant

8   for?

9      A.   Less than two years.

10     Q.   Okay.  Then what?

11     A.   Executive director of academic budgeting.

12     Q.   Okay.  How long were you in that job?

13     A.   About fourteen years.

14     Q.   Then where did you go to?

15     A.   To my current role, associate vice

16   chancellor for budgets, financial planning and

17   analysis.

18     Q.   So how long have you been in that position?

19     A.   March, 2022.

20     Q.   When you were executive director of

21   academic budgeting I apologize if this sounds like

22   a dumb question or ignorant question -- but is that

23   in the same department or division that you are in

24   currently?

25     A.   No.

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina            (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 13 of 68

1        Q.   Okay.  What division was it in?

2        A.   Academic affairs.

3        Q.   Did you have to apply to become associate

4    vice chancellor?

5        A.   Actually it was a recruitment waiver.

6        Q.   What does that mean?

7        A.   A recruitment waiver signed off by the

8    current chancellor.  The waiver is approved by a

9    chancellor if there has been so many transitions or

10   issues with candidates applying and you -- HR would

11   be able to provide -- it's a whole HR process.

12       Q.   All right.  So am I correct that your

13   testimony is that you did not apply for the

14   position of associate vice chancellor but that you

15   were recruited into it?

16       A.   Yes.

17       Q.   Is it an SHRA position or an EHRA position?

18       A.   No.  It was not an SHRA position it was

19   EHRA.

20       Q.   Is it still an EHRA position?

21       A.   Yes.

22       Q.   In your experience -- I think you answered

23   it but again I apologize for being ignorant and not

24   fully understanding.  What qualifies a person for a

25   recruitment waiver?

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 14 of 68

1       A.  You would -- HR would have to identify

2   that.

3       Q.  Okay.  Ms. Williams, when you are

4   discussing -- let's -- sorry.

5           Still associate vice chancellor position,

6   what -- how would you describe your current

7   position?  What are your job responsibilities?

8       A.  The job responsibilities for the budgets of

9   the University total, the general state

10  appropriation funding, position control, non state

11  budget realignment, forecasting, analysis and

12  projection.

13      Q.  Are there any education requirements for

14  your current position?

15      A.  For the role?

16      Q.  Yes, ma'am.

17      A.  At least a Bachelor's degree.

18      Q.  Okay.  In your role, do you oversee any or

19  supervise any employees?

20      A.  Yes.

21      Q.  How many?

22      A.  I currently supervise three employees.

23      Q.  Has that always been the case in this role?

24      A.  No.

25      Q.  Okay.  How many -- what's the most

1  employees you've supervised in this role?

2      A.  Four employees.

3      Q.  And what's the fewest number of employees

4  you've supervised?

5      A.  Three.

6      Q.  How long have you known Ms. Bernard?

7      A.  Three -- the years since March, 2022.

8      Q.  Okay.  So I think -- is it safe to say that

9  you did not know Ms. Bernard prior to your

10  assumption of the role of associate vice

11  chancellor?

12      A.  I knew her better in the role when I became

13  associate vice chancellor.

14      Q.  You did know her before?

15      A.  Her name, yes.

16      Q.  Oh, okay.

17      A.  So correction.  I knew her name.  I knew

18  what her role and responsibilities were as the

19  executive director of academic budgeting.

20      Q.  Okay.  Thank you.  Had you ever met

21  Ms. Bernard prior to your assumption of the role of

22  associate vice chancellor?

23      A.  Yes.

24      Q.  When did you first meet her?

25      A.  In the role as executive director for

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com              Serving all of North Carolina              (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 16 of 68

1  academic budgeting.

2      Q.  Do you think that was -- do you have an

3  approximate date range as to how long before or

4  when that happened?

5      A.  No.

6      Q.  Was it more than five years before you

7  became associate vice chancellor?

8      A.  Yes.

9      Q.  Was it more than ten years before you

10  became associate vice chancellor?

11      A.  It could be five to ten.  I'm trying to

12  recollect.

13      Q.  That's fine.  Yeah.  I'm just trying to

14  understand and figure out what you remember.  So if

15  that's what you remember, I appreciate that.

16          At any time prior to your assumption of

17  that position, did you ever work with Ms. Bernard

18  on anything?

19      A.  No.

20      Q.  About how long did you work with

21  Ms. Bernard in the budget office?

22      A.  Since March, 2022.

23      Q.  Okay.  Until her discharge?  Until her

24  discharge from the position?

25      A.  Could you rephrase -- discharge?

1      Q.  Yeah.

2      A.  I don't understand.

3      Q.  Her -- her termination -- the termination

4  of her employment, the discharge, when she left

5  that role.

6      A.  In the reduction of force process?

7      Q.  Sure.

8      A.  Okay.

9      Q.  When was that?

10     A.  April -- March, I believe of 2023.

11     Q.  Okay.  So you worked with her for about a

12  year though then between the time that she was --

13  she was -- before she was laid off?

14     A.  Until April, 2023.

15     Q.  Okay.  How many hours a day did you spend

16  working with Ms. Bernard in those -- in that year?

17     A.  Normally eight hours.

18     Q.  Eight hours a day?

19     A.  It was at least eight hours a day.

20     Q.  Okay.  Were you observing Ms. Bernard's

21  work all eight hours a day or was there some --

22  about how many hours a day were you observing her

23  work?

24     A.  Could you rephrase?  What do you mean as

25  observing her work?

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com             Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 18 of 68

1      Q.   Sure.  I'll give you an example.  I've got

2    my colleague Ayesha here watching this deposition.

3    She is -- she works with me in my office.  We are

4    here all the time together.  I am -- just because

5    I'm in the same office as her eight hours a day

6    does not necessarily mean that I am observing her

7    fully eight hours a day.  So I guess I'm just

8    trying to understand how many hours a day were you

9    actually performing work assignments with

10   Ms. Bernard?

11     A.   It wasn't routinely -- one day could be the

12   whole eight hours, depending on the project we

13   worked.  Another day it could be three to four

14   hours.

15     Q.   Okay.

16     A.   Another day could be two to four hours.

17     Q.   Okay.  You think two to four hours is the

18   least amount of time?

19     A.   It's the least.

20     Q.   Okay.  Thank you.

21          Ms. Williams, are you familiar with the

22   North Carolina human resources manual?

23     A.   No.

24     Q.   Okay.  If you're not familiar with it then,

25   I will state that it says that the state is

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com                 Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 19 of 68

```
 1   committed to the insuring the administration and

 2   implementation of all human resources policies,

 3   practices and programs are equit -- fair and

 4   equitable.  State agencies, departments and

 5   universities shall be accountable for administering

 6   all aspects of employment, including hiring,

 7   dismissal, compensation, job assignment,

 8   classification, promotion, reduction in force,

 9   training, benefits and any other terms and

10   conditions of employment are done in accordance

11   with federal and state EEO laws and policies.

12           Do you share this commitment as set out in

13   the state human resources manual?

14                 MR. LINDSLEY:  Objection.

15                 MR. BUDD:  You can answer if you

16   understood the question.

17                 THE WITNESS:  That is not my role.

18   That's a human resources function.

19                 MR. BUDD:  Okay.  Are you stating that

20   you are outside and exempt from the human resources

21   policies of the state?

22                 THE WITNESS:  I follow direction from

23   the human resources office regarding the manual.

24                 MR. BUDD:  Okay.  Is it your

25   contention that you are not governed by the human
```

www.NCDepo.com               Depositions, Inc.
info@NCDepo.com              Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 20 of 68

1  resources manual?

2              MR. LINDSLEY:  Objection.

3              MR. BUDD:  You can answer if you're

4  able to.

5              THE WITNESS:  I follow the direction

6  and guidance from the human resources office

7  regarding the manual.

8              MR. BUDD:  Let me ask a different way.

9         Do you personally share the commitment that

10  is expressed in that -- what I just said?

11              MR. LINDSLEY:  Objection.

12              MR. BUDD:  That you are committed to

13  administering reductions in force in accordance

14  with federal and state EEO laws and policies.

15              MR. LINDSLEY:  Objection.

16              THE WITNESS:  Are you waiting for me

17  to give a response?

18  BY MR. BUDD:

19     Q.  I am.  Yes, ma'am.

20     A.  I follow the guidance and direction from my

21  human resources office regarding the human

22  resources manual.

23     Q.  Okay.  What has the human resources

24  department told you about the human resources

25  manual?

www.NCDepo.com               Depositions, Inc.
info@NCDepo.com            Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 21 of 68

1    A.  That I will follow the directions based on

2  human resources department's direction and guidance

3  for the manual.

4    Q.  Okay.  Have they ever told you that you

5  need to act in accordance with federal and state

6  EEO laws and policies?

7    A.  I follow the guidance and direction they

8  give me.

9    Q.  Ma'am, that's not an answer to the question

10  I asked.

11      Have they ever told you that you need to

12  act in accordance with federal and state EEO laws

13  and policies?

14    A.  Based on the manual.  I just don't

15  recollect that they actually told me.  I know I

16  follow the direction and procedures of federal and

17  state regulations for state human resources.

18    Q.  But I believe your testimony earlier was

19  you're not familiar with the state human resources

20  manual.  Correct?

21    A.  It's based on what direction they give me.

22  Human resources notifies me of the guidelines and

23  directions, and I follow them.

24    Q.  Okay.

25    A.  So if the federal regulations state, that's

www.NCDepo.com            Depositions, Inc.
info@NCDepo.com      Serving all of North Carolina      (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 22 of 68

1  what they tell me, I follow them.

2      Q.  And again, have they ever told you you need

3  to act in accordance with those laws and policies,

4  specifically?

5              MR. LINDSLEY:  Objection.

6              MR. BUDD:  Yes, no or I don't

7  remember.

8              MR. LINDSLEY:  Joe -- objection.

9  You've asked this question and she's answered the

10  best way she can that she follows the instructions

11  given from HR.

12              MR. BUDD:  I'm asking what those

13  instructions are and I haven't gotten an answer.

14              MR. LINDSLEY:  Well, can you be more

15  clear?  Instructions about what in particular?  I

16  mean, the human resources manual is hundreds, if

17  not -- well, I don't know about thousands but

18  hundreds of pages long.  So what question are you

19  asking her whether she received any instructions

20  about?  The whole manual or certain aspects of it?

21              MR. BUDD:  In accordance -- I want to

22  know what specifically they -- she has ever been

23  told by human resources about her compliance with

24  federal and state EOO laws and policies.  And if

25  you want to go -- I can be even more specific about

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 23 of 68

1   age discrimination laws.

2            MR. LINDSLEY:  Same objection.  Again,

3   if you can answer, go ahead.

4            THE WITNESS:  Based on age

5   discrimination law, rules I must follow.  So I

6   follow those directions and that is a federal law.

7   BY MR. BUDD:

8       Q.  Okay.  And that is based on directions you

9   receive from the human resources department?

10      A.  Based on directions for as a manager,

11  supervisor, annual training update.

12      Q.  When was the last time you got that

13  training update?

14      A.  Probably maybe a quarter ago, three months

15  ago.  It's an annual training --

16      Q.  Okay.  Did you ever --

17      A.  -- from human resources.

18      Q.  Okay.  Did you ever receive that training

19  before Ms. Bernard's termination?

20      A.  Yes.

21      Q.  Okay.  When was the last time you received

22  that before Ms. Bernard's termination?

23      A.  It was an annual training so it was a year

24  before.

25      Q.  Okay.

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com        Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 24 of 68

```
 1              MR. BUDD:  All right.  Let's go off

 2   the record for a second to deal with some

 3   logistics.  Okay?

 4              (A brief recess was taken.)

 5   BY MR. BUDD:

 6      Q.  Ma'am, do you have what's been marked as

 7   Exhibit 2 in front of you?  It's the state

 8   reduction in force policy dated October 7, 2021.

 9      A.  Yes.

10      Q.  Take a minute and just review it for me.

11   Make sure that's everything that it should be.

12      A.  Okay.

13      Q.  Okay.  Is the -- is this the policy that

14   governed how you were to conduct any reduction in

15   force among the personnel of the budget office?

16      A.  This is the state agency policy that the

17   Univers -- yes.  Used, for the reduction in force.

18      Q.  Was this the policy that was in force at

19   the time of Ms. Bernard's separation?

20      A.  Human resources gave direction on this

21   policy.

22      Q.  So yes?

23      A.  Yes.

24      Q.  Okay.  Did you review this policy at any

25   time prior to initiating the reduction in force
```

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com         Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 25 of 68

1   that effected Ms. Bernard?

2       A.  No.

3       Q.  Did you review any other policies prior to

4   initiating this reduction in force?

5       A.  No.

6       Q.  Did you review this policy at any time

7   during the institution of the reduction in force

8   that effected Ms. Bernard?

9       A.  Could you rephrase that question?

10      Q.  When was the first time that you reviewed

11  this reduction in force policy?  Was it before or

12  after Ms. Bernard's discharge?

13      A.  It was after.  It was at the end of the

14  whole process, HR went over this with me.

15      Q.  Okay.  So was it after she was identified

16  for reduction or was it after the reduction was

17  complete?  If you understand the difference that

18  I'm asking there.

19      A.  I'm thinking, hesitating thinking of when

20  we met.  It was close to the end of the whole

21  process.  I'm not remembering exactly, but it was

22  not before.  So it was during the whole process, at

23  the end of our decision of what -- not our decision

24  but -- in reviewing everything and what my options

25  would be as a supervisor of the budget office.

1        Q.  Had Ms. Bernard already been identified for

2   discharge at the time you first reviewed the

3   reduction in force policy?

4        A.  No.

5        Q.  Okay.  So at some time prior to her

6   identification as being effected by the reduction

7   in force, you reviewed Exhibit 2?

8        A.  I was aware of RIF policy in the role of

9   executive director of academic budgeting and in

10  that role.

11       Q.  Okay.

12       A.  Our division had to go through a RIF

13  process so I was aware of the policy.

14       Q.  Were you -- when you were in that position,

15  were you the one who was executing that RIF policy?

16       A.  No.

17       Q.  Okay.  Were you effected by the RIF policy

18  or by the RIF?

19       A.  Could you rephrase?  Was I?

20       Q.  Yeah, were you targeted by the RIF?  I know

21  that sounds bad but --

22       A.  No.

23       Q.  Okay.  All right.  But you don't remember

24  exactly when you first reviewed Exhibit 2 in

25  relation to Ms. Bernard's reduction in force;

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 27 of 68

1   correct?

2       A.  It was at the end of our process.

3       Q.  Okay.  Ms. Williams, could you turn to

4   Exhibit 4, please.  Let me know when you get there.

5       A.  Exhibit 4.  Okay.

6       Q.  All right.  If you could go with me to the

7   absolute end of the exhibit.  Page thirteen.  Are

8   you with me?

9       A.  The end is an org chart?

10      Q.  Yes, ma'am.

11      A.  Yes.

12      Q.  All right.  Did you create this org chart?

13      A.  Yes.

14      Q.  When did you create this org chart?

15      A.  This org chart may have been created the

16  end of February.

17      Q.  2023?

18      A.  To say an effective date if the realignment

19  was approved would be March 1st.

20      Q.  Of 2023?

21      A.  Yes.

22      Q.  Okay.  The bottom of this page says

23  accounting technician journey Lisa Bernard.

24          Did I read that correctly?

25      A.  Yes.

1    Q.  Does this chart depict anything happening

2  to Ms. Bernard's position?

3    A.  This org chart is a restructuring of the

4  budget office.  It shows an accounting technician,

5  Lisa Bernard still on the org chart.

6    Q.  So nothing -- under this chart, nothing was

7  supposed to happen to Ms. Bernard; correct?

8    A.  Let me read the emails that are in --

9  attached with this.

10    Q.  Sure.  Take your time.  We'll be getting to

11  those emails as well.  But just, yes, please review

12  the whole exhibit.

13    A.  So the purpose of this org chart was -- was

14  to justify explanation of requesting two budget

15  analysts positions at the time so it was not

16  focusing on -- the highlighted yellow ones are the

17  ones we were focusing on with the vice chancellor

18  to re-establish a re-alignment within the budget

19  office.

20    Q.  Okay.  Nothing in this chart shows that Ms.

21  Bernard's position was going to be eliminated;

22  correct?

23    A.  Correct.  There's nothing identified as an

24  elimination.

25    Q.  Okay.  When was it determined that

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 29 of 68

1   Ms. Bernard's position would be eliminated as part

2   of this restructuring?

3       A.   There was never a decision to eliminate the

4   position.

5       Q.   Okay.

6       A.   We were asking for a reclassification.

7   That means taking the current job, reclassifying it

8   or recharacterizing it with other duties and

9   responsibilities.

10      Q.   Okay.  Was that always the plan, according

11  to this?

12      A.   The intent was to always reclassify.

13      Q.   Okay.

14      A.   If you look at the emails in this exhibit,

15  reached out to HR asking them for guidance for --

16  to reclassify positions or to establish new ones.

17      Q.   Why then was a reduction in force

18  ultimately instituted if the intent was to

19  reclassify the position?

20      A.   There were other emails with direction from

21  human resources that we worked on packages to

22  submit to our UNC system office, human resources,

23  to reclassify positions.  Ms. Sheila Wright Zeigler

24  notified me that the UNC system would not or did

25  not approve to reclassify the accounting technician

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com             Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 30 of 68

1  position that Ms. Bernard was in.

2      Q.  Okay.  So when, exactly, was that decision

3  made?

4      A.  In February, 2023.

5      Q.  Okay.  All right.  Let me ask you, do you

6  see above the accounting technician role for

7  Ms. Bernard, do you see the administration support

8  specialist?

9      A.  Yes.

10      Q.  What are the job requirements for the

11  administration support specialist position?

12      A.  The job requirements?

13      Q.  Yes, ma'am.

14      A.  Could you rephrase?  What are you meaning

15  job requirements?

16      Q.  Sure.  Let me do this:  Fayetteville State

17  University at the Fort Liberty Center has a job

18  posting recently for an administrative support

19  specialist and they describe the position as a

20  receptionist that serves as the first point of

21  contact for the FSU at Fort Liberty office

22  providing high quality customer service to service

23  members, veterans, dependents and DOD civilians.

24  This position requires strong communications skills

25  and the ability to effectively learn and convey

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com            Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 31 of 68

 1  FSU's policies and procedures.  The role involved

 2  assisting with application inquiries, clerical

 3  duties, event coordination and maintaining

 4  informational materials.  The minimum education

 5  requirement and experience requirements are a high

 6  school diploma and one year of related office

 7  experience, and preferred qualifications are

 8  Associate's degree, two years of higher education

 9  experience and one year of student services.

10            Is that similar to -- are those

11  requirements similar to the requirements that the

12  budget office has for the administrative support

13  specialist position?

14            MR. LINDSLEY:  Objection.  You can go

15  ahead and answer.

16            THE WITNESS:  No.  Our budget office,

17  each office was different and unique.  I don't have

18  the -- so no.  It's not the same.

19            MR. BUDD:  Okay.  How is it different

20  and unique?

21            MR. LINDSLEY:  Well, Joe, it's a

22  little unfair, I think -- well, I don't want to

23  make a speaking objection but she doesn't have what

24  you read in front of her.  She can't really make a

25  comparison on the fly like that.

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com          Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 32 of 68

1   BY MR. BUDD:

2       Q.  Sure.  So let me ask you this:  Is -- are

3   there clerical duties in the administrative support

4   specialist role in the budget office?

5       A.  The role was to support all of the budget

6   analyst positions.  If they were approved the

7   person would be a back-up support.  The person also

8   would schedule meetings, take minutes, but majority

9   it had a strong emphasis on budgeting and assisting

10  data gathering.  So it was -- it would be uniquely

11  different from the position that you read.

12      Q.  Okay.  Was it a receptionist position as

13  well?

14      A.  No.  It was called administrative support

15  specialist.

16      Q.  Did --

17      A.  So that was a higher level position than a

18  receptionist.

19      Q.  Are they responsible for greeting guests

20  into the office?

21      A.  To answer generically, yes.  Whoever comes

22  in, we all would greet.

23      Q.  Got you.

24          Are there any differences between the

25  administrative support specialist position and the

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 33 of 68

1    accounting technician role that Ms. Bernard had at

2    the time of the her discharge?

3        A.  Yes.  They are two different positions.

4        Q.  Okay.

5        A.  Two different responsibilities.

6        Q.  What are the differences?

7        A.  The accounting technician position that

8    Ms. Bernard was in was focusing on position control

9    and data entry.

10       Q.  Okay.

11       A.  The administrative support specialist

12   specialized in also assisting with data gathering.

13       Q.  Okay.  Did it require -- did the

14   administrative support specialist, did that require

15   the same level of experience and education levels

16   as an accounting technician role?

17       A.  I don't recall what was in the job

18   description of both postings, which HR gave us

19   guidance on.  If I had those documents before me, I

20   probably could answer clearly.

21       Q.  Understood.

22           Let's go to page six, please, of Exhibit 4.

23       A.  Page six.

24       Q.  Yeah.  It should just carry D sup exhibit

25   1506.

1          Do you see that?

2     A.   1506.  Okay.

3     Q.   Are you with me?  It says justification to

4 reclassify accounting technician?

5     A.   Yes.

6     Q.   All right.  What evaluation and analysis

7 did you perform to reach the determination that the

8 position needed to be reclassified?

9     A.   Could you rephrase your question?

10    Q.   Sure.  Did you -- was it ultimately your

11 determination to reclassify the position of

12 accounting technician to a budget analyst position?

13    A.   My senior leadership vice chancellor for

14 business and finance, a new hire came in and asked

15 in the role that she needed the whole structure and

16 function of the business -- budget office to

17 refocus on budgeting forecasting, data analysis,

18 gathering and analytic data.  And so the

19 restructuring direction was given to me from the

20 vice chancellor.  I contacted human resources.

21 Human resources actually provided the

22 classifications of what the roles as budget analyst

23 would or could be.

24    Q.   Did your supervisor then specifically give

25 the instruction to reclassify this position or was

www.NCDepo.com              Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 35 of 68

1   that something that was in your discretion?

2        A.   My supervisor gave me direction to

3   reclassify the accounting technician position.

4        Q.   Okay.  Did your supervisor explain

5   specifically why that was necessary?

6        A.   Due to the accounting technician duties and

7   responsibilities did not include analytic data

8   analysis, forecasting, budget gathering, so the

9   direction was to contact HR for assistance to

10   create, reclassify or establish new positions in

11   the budget office.

12        Q.   Okay.  If a position -- if the position

13   could not be reclassified, was it the decision of

14   your supervisor to eliminate the accounting

15   technician position?

16        A.   The direction from the supervisor was --

17   gave additional funding to establish brand new

18   positions.  That was their direction.  She gave

19   additional funding to the budget office to

20   establish new positions.

21        Q.   Okay.  So there was no -- there was not

22   necessarily a directive to eliminate the accounting

23   technician position?

24        A.   No.

25        Q.   Whose determination then, if there was

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 36 of 68

1   additional funding for the budget analyst position,

2   whose decision was it then to eliminate,

3   ultimately, the accounting technician position?

4       A.  The decision had to be approved by the vice

5   chancellor and human resources and our chancellor

6   to do a reduction in force.

7       Q.  Okay.  That was the review of the decision.

8   Correct?

9       A.  And approval.

10      Q.  And approval.  My question is whose idea

11  was it originally, then?  If your supervisor is

12  giving you extra money for this new position, whose

13  decision was it to eliminate the position of

14  accounting technician?

15      A.  The approval had to come from the vice

16  chancellor.

17      Q.  Whose idea was it initially?

18      A.  The -- it comes from direction and guidance

19  with HR that does their assessment.  HR will give

20  us direction and the best way to handle.  I would

21  bring that information to my vice chancellor and a

22  decision would be made.

23      Q.  Okay.  Was it your decision ultimately to

24  eliminate the role of accounting technician?

25      A.  This position that I have before me was

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 37 of 68

1   actually a reclassification so this position was

2   never eliminated.  The documentation before me was

3   requesting a current vacant accounting technician

4   position to be reclassified as a budget analyst 2.

5        Q.  Okay.

6        A.  And as you can see dated and the

7   documentation, February 10th, it was submitted and

8   approved in April, 2023, that same year.

9        Q.  All right.  Let's go to --

10       A.  It was vacant.

11       Q.  I'm sorry.  Which position was vacant?

12       A.  The position on your 1506.

13       Q.  Right.  It was vacant at that time because

14  Ms. Bernard was let go.  Correct?

15       A.  No.

16       Q.  Okay.  How was it vacated?

17       A.  It was vacated because a previous employee

18  applied for a different position and they were

19  selected and this position became vacant.

20       Q.  All right.  Let's go to page one of Exhibit

21  4.

22            Actually -- sorry.  For clarification, if

23  the position of accounting technician was never

24  eliminated, is that what your testimony was?

25       A.  This position in the documentation was

www.NCDepo.com                  Depositions, Inc.
info@NCDepo.com                 Serving all of North Carolina      (919) 557-4640
Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 38 of 68

1   reclassified as a budget analyst 2.

2        Q.  Okay.  What about Ms. Bernard's position?

3   What specifically happened to that position?

4        A.  After the RIF process, the position through

5   HR is no -- is no longer in the system once a RIF

6   has happened.  The position is no longer.  It's

7   abolished.

8        Q.  So -- so Ms. Bernard's position is no

9   longer in existence; correct?

10       A.  That's correct.

11       Q.  Okay.

12       A.  As the accounting technician, that position

13  no longer exists.

14       Q.  Okay.  And so what you're saying is that

15  the other position there -- okay.  I think I got

16  you.

17            Let's -- are you still with me on page one

18  of Exhibit 4, ma'am?

19       A.  Yes.

20       Q.  All right.  I think this is what you were

21  saying earlier.  I no longer want to reclassify any

22  current positions.  I'm requesting to establish a

23  new position as budget analyst 1.  It's okay to

24  establish a new position as EHRA; correct?

25       A.  Yes.

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 39 of 68

1       Q.  All right.  And so basically this

2   documentation states that a new position has been

3   created or you are seeking the creation of a new

4   position, not necessarily the reclassification at

5   this point?

6       A.  Yes.

7       Q.  Okay.  Once that reclassification though

8   has been accomplished, it was your intention to

9   eliminate Ms. Bernard's position; correct?

10      A.  Could you rephrase what you're asking?

11      Q.  Yes.  We -- at what point had you

12  determined at this point -- strike that.

13          At what point did you determine that

14  Ms. Bernard's position would be eliminated?  Was it

15  before or after February 10th, 2023?

16      A.  It was after.

17      Q.  Okay.

18      A.  Because --

19      Q.  Yeah.  Because what?

20      A.  We requested to establish a new position.

21  So the new budget analyst position 1 was created

22  and approved April, 2023.

23      Q.  Okay.  And then through -- and then through

24  that, it was -- you then instituted a reduction in

25  force plan to eliminate Ms. Bernard's position;

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 40 of 68

1   correct?

2       A.  Yes.

3       Q.  Okay.  All right.  Let's look at Exhibit 5,

4   please -- actually -- no.  Sorry.  Stick on page

5   one of Exhibit 4.  I apologize.  One last question

6   about this document.

7           Very first email in this chain you ask

8   hopefully we'll get it right this time.

9           Do you see that?  What were you referring

10  to when you wrote that?

11      A.  I was referring to originally the

12  accounting technician that Ms. Bernard was in, to

13  request it being reclassified as an SHRA position,

14  accounting technician, to be reclassified.  HR

15  officially notified me that the UNC system said all

16  budget analyst positions cannot be SHRA.  They must

17  convert, due to a UNC system audit, business and

18  finance positions must be EHRA.

19      Q.  Okay.

20      A.  And my response to her was then let's not

21  pursue that --

22      Q.  Okay.

23      A.  -- to reclassify as an SHRA.  We must

24  create a brand new position as EHRA.

25      Q.  Thank you.

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 41 of 68

1      A.  Mm-hmm.

2      Q.  Now, let's go to Exhibit 5, please.  Are

3   you there?

4      A.  I believe so.

5      Q.  All right.  It should have it -- it should

6   be a three page Exhibit pages 20, 21 and 22 at the

7   bottom.

8      A.  Oh, yes.  I have it in front of me.

9      Q.  Is this the reduction force plan for

10  Fayetteville State University budget office dated

11  March 23rd, 2023?

12     A.  Yes.

13     Q.  Did you draft this?

14     A.  No.

15     Q.  Who drafted this?

16     A.  Ms. Kay Faircloth.  She's the assistant

17  vice chancellor for human resources.

18     Q.  Is that your signature on page 22?

19     A.  No.

20     Q.  Whose -- do you know who's the agency head

21  signature?

22     A.  The top signature is the chancellor,

23  Darrell Allison, the second signature is Carl Dean.

24     Q.  All right.  When was the first time you've

25  reviewed or seen Exhibit 5?

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                   Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 42 of 68

1      A.  I don't recall the date.  I believe it was

2   during this lawsuit and documents were provided for

3   me to review.

4      Q.  Got it.  Okay.  So you had no role

5   whatsoever in preparing this document?

6      A.  That's correct.

7      Q.  Okay.  All right.  Ms. Williams, can you go

8   to the second page of this document --

9      A.  Yes.

10     Q.  -- alternatives to layoff.

11         Are you with me?

12     A.  Yes.

13     Q.  Do you see that?

14         The University reviewed current and

15  anticipated vacancies in the division of business

16  and finance for potential openings and has not

17  identified a suitable opportunity for the effected

18  employee.

19         Did I read that correctly?

20     A.  Yes.

21     Q.  Okay.  Did you participate in the review of

22  current and anticipated vacancies that's referred

23  to here?

24     A.  No.  No.  I did not.

25     Q.  Okay.  Were you ever contacted or asked

www.NCDepo.com                 Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 43 of 68

1   about Ms. Bernard's qualifications or abilities to

2   perform the administrative support specialist role?

3       A.  No.

4       Q.  Did you ever consider Ms. Bernard for that

5   role?

6       A.  No.  At the time the position was posted

7   vacant so it was open for anyone to apply to it.

8       Q.  Okay.  But you did not specifically suggest

9   that or recommend it?

10      A.  No.

11      Q.  In your year of working with Ms. Bernard,

12  is it your opinion that she would have qualified

13  for the position of administrative support

14  specialist?

15      A.  Ask me -- rephrase.

16      Q.  Sure.  In the year working with

17  Ms. Bernard, you observed her work ethic and her

18  qualifications; correct?

19      A.  Yes.

20      Q.  In that year of learning those things, have

21  you -- are you able to form an opinion as to

22  whether or not Ms. Bernard would have been

23  qualified for the administrative support specialist

24  role that was vacant?

25      A.  This position may have been a lower level

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 44 of 68

1   position for Ms. Bernard.  So I did not consider

2   her.  However, she was free to apply.

3       Q.  In your opinion, would she have qualified

4   for those -- the requirements and expectations of

5   that role?

6       A.  She could have applied based on her

7   information or her background, she could have

8   applied.

9       Q.  Okay.  Would she have been, in your

10  opinion, a good candidate for the role?

11      A.  She could have applied and HR would have

12  screened through all the applicants and gave --

13  provided to me two to three candidates that

14  qualified and that's what HR's role is to go and

15  confirm an employee is qualified for that position.

16      Q.  Okay.  In your opinion would she -- again,

17  do you think she -- if you had been given her

18  resume, knowing what you know about her, would --

19      A.  If she had applied and HR gave me the two

20  to three names and Ms. Bernard was one of them, she

21  would have interviewed -- I would have interviewed

22  her just as the other applicants.

23              MR. BUDD:  I might be done with my

24  questions.  I just want to go through my notes.

25  Okay?

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 45 of 68

1              MR. LINDSLEY:  Few minutes then?

2              MR. BUDD:  Yeah.  Give me, like, five

3    minutes.

4              (A brief recess was taken.)

5              MR. BUDD:  We can go back on the

6    record.

7              All right.  Ma'am.  I have no further

8    questions.

9              MR. LINDSLEY:  I do have some

10   questions to follow up.

11                      EXAMINATION

12   BY MR. LINDSLEY:

13      Q.  Ms. Williams, when you started in your role

14   in the budget office, was there a plan at all to

15   create budget analyst positions?

16      A.  No.

17      Q.  When did that idea begin?

18      A.  The idea began when the new vice chancellor

19   for business and finance was appointed to the

20   business office.

21      Q.  Who was that?

22      A.  Dr. Lillian Wanjovi.

23      Q.  And is she the person you were referring to

24   earlier who gave you the direction to make the

25   budget analyst positions?

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 46 of 68

 1     A.  Yes.

 2     Q.  Now, the budget analyst positions

 3  themselves, were they a position that -- well,

 4  strike that.  How was it that the budget analyst

 5  positions in particular with their description came

 6  to be the ones that were used for these new

 7  positions?

 8     A.  The direction of the UNC system office was

 9  to make sure all budget offices had budget analyst

10  positions.

11     Q.  And the description that go along with

12  those, did you come up with the budget analyst job

13  description?

14     A.  Our human resources office provided the job

15  descriptions of the budget analyst positions.

16     Q.  Now, when you started in the budget office,

17  how many account technician positions were there?

18     A.  There were three accounting technician

19  positions.

20     Q.  How many of them were filled?

21     A.  Two were filled.

22     Q.  Okay.  And was Lisa Bernard one of them?

23     A.  Yes.

24     Q.  Who was the other filled account

25  technician?

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 47 of 68

1    A.   Jan-Jee Wells.

2    Q.   And was there a vacant account technician

3  position as well?

4    A.   Yes.

5    Q.   Now, we used the word reclassify or

6  reclassification earlier.  What does that mean in

7  terms of the account technician positions and the

8  budget analyst positions?

9    A.   Reclassify is taking a current position,

10  changing the duties and responsibilities and

11  changing the title.

12    Q.   When you reclassify a position like that,

13  is it possible to just take the employee from the

14  previous position and put them in the new

15  reclassified position?

16    A.   Yes.

17    Q.   Is that what happened here?  Let me ask a

18  different question.

19         Jan-Jee's position, she was an account

20  technician.  Did she at some point move to a budget

21  analyst position?

22    A.   Yes.

23    Q.   While she was still an account technician,

24  had you created within your office a new budget

25  analyst position?

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 48 of 68

1     A.   Yes.

2     Q.   Was that an EHRA or an SHRA position?

3     A.   That was an EHRA position.

4     Q.   Why was it an EHRA position?

5     A.   It was an EHRA position based on the UNC

6  system auditing.  They -- all budget analysts must

7  be EHRA position, which is a certain classification

8  and hiring rules apply and because of that, Jan-Jee

9  in the accounting technician position was SHRA, she

10  had to apply for the position and there had to be a

11  competitive search on all EHRA positions.

12     Q.   And so Jan-Jee, did she apply?

13     A.   Yes.

14     Q.   Was -- were there other candidates

15  considered for that position?

16     A.   Yes.

17     Q.   Was she hired for that budget analyst

18  position?

19     A.   Yes.

20     Q.   Now once she had been hired for the budget

21  analyst position was her old account technician

22  position vacant?

23     A.   Yes.

24     Q.   What happened with that account technician

25  position?

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 49 of 68

1       A.  The accounting technician position that was

2   vacant, paperwork was submitted to human resources

3   asking it to be reclassified as a budget analyst

4   EHRA position.

5       Q.  Okay.  And as a budget -- in that

6   circumstance, Jan-Jee's empty position, were you

7   asking for a reclassification to a second budget

8   analyst position?

9       A.  Yes.

10      Q.  So that would be a budget analyst position

11  different from the one that Jan-Jee applied for and

12  was hired for?

13      A.  Yes.

14      Q.  Did that change ultimately happen?

15      A.  Yes.

16      Q.  Why was a reclassification possible in that

17  circumstance with an empty account technician

18  position when it wasn't possible with the filled

19  account technician positions?

20      A.  It was due to direction I got from human

21  resources was it was better -- easier to reclassify

22  a vacant position where no one was in it and

23  convert it to an EHRA position.

24      Q.  And just to be clear, the account

25  technician positions, were they EHRA or SHRA?

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                Serving all of North Carolina        (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 50 of 68

1      A.  All current budget analyst positions that

2   were in the budget office are EHRA.

3      Q.  What about the account technician

4   positions?  Which classification were they?

5      A.  SHRA.

6      Q.  Now, after the vacant account technician

7   position that Jan-Jee was in was reclassified to a

8   budget analyst position, you then had how many

9   budget analyst positions in the office?

10      A.  Two.

11      Q.  How many did you intend to have in the

12   office?

13      A.  Three.

14      Q.  So deduction you had one more budget

15   analyst position to create or to have in the

16   office; correct?

17      A.  Correct.

18      Q.  What was your intention when this whole

19   process began, with regard to Ms. Bernard and the

20   third budget analyst position?

21      A.  My intention was to reclassify the position

22   Ms. Bernard was in as a budget analyst.

23      Q.  If that plan had worked, would Ms. Bernard

24   have simply been moved from her account technician

25   position into the budget analyst position?

www.NCDepo.com                    Depositions, Inc.
info@NCDepo.com                   Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 51 of 68

1    A.  Yes.

2    Q.  Did there come a time that you learned that

3  that would not be possible?

4    A.  Yes.

5    Q.  When was that?

6    A.  In February '23.

7    Q.  And who informed you that that plan would

8  not work?

9    A.  Ms. Sheila Wright Zeigler.  She was the

10  classification and compensation specialist in human

11  resources.

12    Q.  What ultimately became the plan for this

13  transition from Ms. Bernard's account technician

14  position to the now third budget analyst position

15  in the office?

16    A.  The same process as Ms. Wells.  We were --

17  my intent was because now the position is EHRA, it

18  had to be a competitive bid search to apply for the

19  position.

20    Q.  Okay.  And so are you saying it couldn't

21  simply be reclassified?

22    A.  Correct.  Because it was an SHRA position,

23  accounting technician.

24    Q.  And Ms. Bernard was in that position;

25  correct?

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 52 of 68

1        A.   Correct.

2        Q.   So what ultimately was determined would

3    need to happen to make that change from

4    Ms. Bernard's account technician position to the

5    new budget analyst position?

6        A.   So, to keep the three positions as budget

7    analysts that we would have, she would have to

8    re -- to apply and then after we got the three

9    positions we had to come up with a plan why are we,

10   human resources is asking us why we still have an

11   accounting technician position.

12       Q.   Now, when Ms. Bernard, when her position

13   was being -- after you heard from HR that a simple

14   reclassification would not work --

15       A.   Would not -- mm-hmm.

16       Q.   -- is that when the RIF plan became the

17   working plan?

18       A.   Yes.

19       Q.   Was that your idea to do a reduction in

20   force with regard to Ms. Bernard's position?

21       A.   No.  I worked with HR to provide guidance

22   and direction.  HR gave us options on what to do

23   and it was one of -- it was the option -- the only

24   option that we could have done at that point.

25       Q.   So HR -- did HR say this is how it's going

1    to have to be done?

2        A.  Yes.

3        Q.  Ms. Bernard, in her role as account

4    technician, was part of her responsibilities

5    dealing with job -- well, strike that.

6            When Ms. -- when Dr. Wanjovi first

7    mentioned this plan to create different jobs within

8    the budget office, when she first started talking

9    about that, did you have any intention to let

10   Ms. Bernard go?

11       A.  No.

12       Q.  As this plan started to unfold and progress

13   and exchanges were being made, did you at some

14   time, except for the reduction in force action,

15   have any intention to fire or otherwise terminate

16   Ms. Bernard's employment?

17       A.  No.

18       Q.  Was the RIF action the only reason she was

19   subject to release from employment?

20       A.  Yes.

21       Q.  Did Ms. Bernard ever apply for any of the

22   budget analyst positions?

23       A.  No.

24                MR. LINDSLEY:  I believe those are all

25   the questions.  Thank you.

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 54 of 68

```
 1                        RE-EXAMINATION

 2   BY MR. BUDD:

 3        Q.  I've got just a few follow ups on that.

 4             Ms. Williams, did you ever consider using a

 5   recruitment waiver for Ms. Bernard?

 6        A.  No.

 7        Q.  Why not?

 8        A.  That was not an option given to me in this

 9   role.

10        Q.  Okay.  Who would have given you that

11   option?

12        A.  It had to come from our chancellor.

13        Q.  Okay.  Is that -- I apologize.  I don't

14   remember your testimony from earlier but is that

15   what happened when you were given a recruitment

16   waiver into your current position?

17        A.  Yes.  The chancellor.

18        Q.  Do you know if that option was ever

19   presented to the chancellor?

20        A.  No.

21        Q.  You don't know or that option was never

22   presented to the chancellor?

23        A.  No.  I don't know.

24             MR. BUDD:  I have no further

25   questions.  Thank you, ma'am.
```

www.NCDepo.com                 Depositions, Inc.
info@NCDepo.com            Serving all of North Carolina            (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 55 of 68

1                    MR. LINDSLEY:  All right.  Madam court

2    reporter she will read and sign.

3                    (The deposition concluded at 3:45

4    p.m.)

*www.NCDepo.com*                    *Depositions, Inc.*
*info@NCDepo.com*              *Serving all of North Carolina*          *(919) 557-4640*
Case 5:24-cv-00219-BO-RN     Document 28-3     Filed 07/07/25     Page 56 of 68

```
1                         ERRATA SHEET

2

3   Case name:           Bernard

4                              vs.

5                        Fayetteville State

6   Case number:  5:24-cv-00219-BO-RN

7   Witness name:   SANDRA GAIL WILLIAMS

8   Date:              April 9, 2025

9

10

11  PAGE    LINE       READS           SHOULD READ

12  _____/_____/_____/_____

13  _____/_____/_____/_____

14  _____/_____/_____/_____

15  _____/_____/_____/_____

16  _____/_____/_____/_____

17  _____/_____/_____/_____

18  _____/_____/_____/_____

19  _____/_____/_____/_____

20  _____/_____/_____/_____

21  _____/_____/_____/_____

22  _____/_____/_____/_____

23  _____/_____/_____/_____

24  _____/_____/_____/_____

25  _____/_____/_____/_____
```

www.NCDepo.com                  Depositions, Inc.
info@NCDepo.com                 Serving all of North Carolina          (919) 557-4640
Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 57 of 68

```
 1                     SIGNATURE PAGE

 2

 3          I, Sandra Gail Williams, do hereby

 4   state under oath that I have read the above and

 5   foregoing deposition in its entirety and that the

 6   same is a full, true and correct transcript of my

 7   testimony, subject to the attached list of

 8   corrections, if any.

 9

10                       _____

11

12

13

14          Sworn to and subscribed before me

15   this_____day of_____ , 20_____.

16

17

18                  _____

19                  Notary Public

20                  My commission expires:_____

21

22   Mail to:

23   Depositions, Inc.

24   1000 N. Main Street, Suite 215

25   Fuquay-Varina, NC  27526
```

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 58 of 68

```
 1   STATE OF NORTH CAROLINA

 2   COUNTY OF WAKE

 3                      CERTIFICATE

 4         I, Ann Marie Agranoff, a Notary Public in

 5   and for the State of North Carolina duly commissioned

 6   and authorized to administer oaths and to take and

 7   certify depositions, do hereby certify that on April

 8   9, 2025, SANDRA GAIL WILLIAMS, being by me personally

 9   duly sworn to tell the truth, thereupon testified as

10   above set forth as found in the preceding pages, this

11   examination being reported by me verbatim and then

12   reduced to typewritten form under my direct

13   supervision; that the foregoing is a true and correct

14   transcript of said proceedings to the best of my

15   ability and understanding; that I am not related to

16   any of the parties to this action; that I am not

17   interested in the outcome of this case; that I am not

18   of counsel nor in the employ of any of the parties to

19   this action.

20         IN WITNESS WHEREOF, I have hereto set my

21   hand.    _____

22           _____

23                      Ann Marie Agranoff
                        Notary Public

24

25
```

**1**

**1** 38:23 39:21

**10th** 37:7 39:15

**1506** 33:25 34:2 37:12

**18** 11:19

**1958** 11:19

**1999** 10:4

**1st** 27:19

**2**

**2** 24:7 26:7,24 37:4 38:1

**20** 41:6

**2021** 24:8

**2022** 10:18 12:19 15:7 16:22

**2023** 10:18 17:10,14 27:17,20 30:4 37:8 39:15,22 41:11

**21** 41:6

**22** 41:6,18

**23** 51:6

**23rd** 41:11

**3**

**3:45** 55:3

**4**

**4** 27:4,5 33:22 37:21 38:18 40:5

**5**

**5** 40:3 41:2,25

**6**

**60** 11:16

**7**

**7** 24:8

**A**

**abilities** 43:1

**ability** 5:5 30:25

**abolished** 38:7

**absolute** 27:7

**academic** 12:11,21 13:2 15:19 16:1 26:9

**accomplished** 39:8

**accordance** 19:10 20:13 21:5,12 22:3,21

**account** 46:17,24 47:2,7,19,23 48:21,24 49:17,19,24 50:3,6,24 51:13 52:4 53:3

**accountable** 19:5

**accounting** 27:23 28:4 29:25 30:6 33:1,7,16 34:4,12 35:3,6,14, 22 36:3,14,24 37:3,23 38:12 40:12,14 46:18 48:9 49:1 51:23 52:11

**act** 21:5,12 22:3

**action** 53:14,18

**additional** 35:17,19 36:1

**adjusting** 4:10

**administering** 19:5 20:13

**administration** 10:2,14,25 11:4 19:1 30:7,11

**administrative** 30:18 31:12 32:3,14,25 33:11,14 43:2,13,23

**advance** 7:7

**affairs** 13:2

**afternoon** 4:9 7:18

**age** 23:1,4

**agencies** 19:4

**agency** 24:16 41:20

**agree** 5:20,23 7:1

**ahead** 23:3 31:15

**Allison** 41:23

**alternatives** 42:10

**amount** 6:18 11:11 18:18

**analysis** 12:17 14:11 34:6,17 35:8

**analyst** 32:6 34:12,22 36:1 37:4 38:1,23 39:21 40:16 45:15,25 46:2,4,9,12,15 47:8,21,25 48:17, 21 49:3,8,10 50:1,8,9,15,20,22,25 51:14 52:5 53:22

**analysts** 28:15 48:6 52:7

**analytic** 34:18 35:7

**Ann** 5:15

**annual** 23:11,15,23

**answering** 5:9

**answers** 7:8

**anticipated** 42:15,22

**apologize** 7:6 12:21 13:23 40:5 54:13

**applicants** 44:12,22

**application** 31:2

**applied** 37:18 44:6,8,11,19 49:11

**apply** 13:3,13 43:7 44:2 48:8,10, 12 51:18 52:8 53:21

**applying** 13:10

**appointed** 45:19

**appropriation** 14:10

**approval** 36:9,10,15

**approve** 29:25

**approved** 13:8 27:19 32:6 36:4 37:8 39:22

**approximate** 16:3

**April** 17:10,14 37:8 39:22

**arts** 10:1

**aspects** 19:6 22:20

**assessment** 36:19

**assignment** 19:7

**assignments** 18:9

**assistance** 35:9

**assistant** 12:6,7 41:16

**assisting** 31:2 32:9 33:12

**associate** 12:15 13:3,14 14:5 15:10,13,22 16:7,10

www.NCDepo.com
info@NCDepo.com

*Depositions, Inc.*
*Serving all of North Carolina*

(919) 557-4640

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 60 of 68

**Associate's** 31:8

**assumption** 15:10,21 16:16

**attached** 28:9

**attorney** 9:8

**attorneys** 6:5,6

**audit** 40:17

**auditing** 48:6

**aware** 5:8 26:8,13

**Ayesha** 18:2

**B**

**Bachelor** 10:1

**Bachelor's** 14:17

**back** 45:5

**back-up** 32:7

**background** 9:21 44:7

**bad** 26:21

**based** 21:1,14,21 23:4,8,10 44:6
 48:5

**basic** 5:13

**basically** 39:1

**began** 45:18 50:19

**begin** 45:17

**behalf** 4:10

**benefits** 19:9

**Bernard** 4:14 7:21,22 15:6,9,21
 16:17,21 17:16 18:10 25:1,8 26:1
 27:23 28:5,7 30:1,7 33:1,8 37:14
 40:12 43:4,11,17,22 44:1,20
 46:22 50:19,22,23 51:24 52:12
 53:3,10,21 54:5

**Bernard's** 17:20 23:19,22 24:19
 25:12 26:25 28:2,21 29:1 38:2,8
 39:9,14,25 43:1 51:13 52:4,20
 53:16

**bid** 51:18

**birth** 11:18

**bit** 9:20

**bottom** 27:22 41:7

**brand** 35:17 40:24

**break** 6:15,19,22

**bring** 36:21

**Budd** 4:8,13 9:10,12 19:15,19,24
 20:3,8,12,18 22:6,12,21 23:7
 24:1,5 31:19 32:1 44:23 45:2,5
 54:2,24

**budget** 14:11 16:21 24:15 25:25
 28:4,14,18 31:12,16 32:4,5 34:12,
 16,22 35:8,11,19 36:1 37:4 38:1,
 23 39:21 40:16 41:10 45:14,15,25
 46:2,4,9,12,15,16 47:8,20,24
 48:6,17,20 49:3,5,7,10 50:1,2,8,9,
 14,20,22,25 51:14 52:5,6 53:8,22

**budgeting** 12:11,21 15:19 16:1
 26:9 32:9 34:17

**budgets** 12:16 14:8

**business** 10:1,14,24 11:3 34:14,
 16 40:17 42:15 45:19,20

**C**

**called** 32:14

**candidate** 44:10

**candidates** 13:10 44:13 48:14

**Carl** 41:23

**Carolina** 18:22

**carry** 33:24

**case** 14:23

**Center** 30:17

**chain** 40:7

**chancellor** 12:16 13:4,8,9,14
 14:5 15:11,13,22 16:7,10 28:17
 34:13,20 36:5,16,21 41:17,22
 45:18 54:12,17,19,22

**change** 49:14 52:3

**changing** 47:10,11

**chart** 27:9,12,14,15 28:1,3,5,6,
 13,20

**circumstance** 49:6,17

**civilians** 30:23

**clarification** 37:22

**clarify** 7:11

**clarity** 7:17

**classes** 10:22 11:14

**classification** 19:8 48:7 50:4
 51:10

**classifications** 34:22

**clear** 6:25 22:15 49:24

**clerical** 31:2 32:3

**client** 7:22

**close** 25:20

**colleague** 18:2

**college** 9:23 10:6

**collegiate** 10:9

**Columbia** 10:6

**commitment** 19:12 20:9

**committed** 19:1 20:12

**communications** 30:24

**comparison** 31:25

**compensation** 19:7 51:10

**competitive** 48:11 51:18

**complete** 25:17

**compliance** 22:23

**concluded** 55:3

**conditions** 19:10

**conduct** 24:14

**confirm** 44:15

**considered** 48:15

**contact** 30:21 35:9

**contacted** 34:20 42:25

**contention** 19:25

**context** 4:19

**continue** 11:2

**control** 14:10 33:8

**convert** 40:17 49:23

**convey** 30:25

**coordination** 31:3

**correct** 13:12 21:20 27:1 28:7,
 22,23 36:8 37:14 38:9,10,24 39:9
 40:1 42:6 43:18 50:16,17 51:22,
 25 52:1

www.NCDepo.com
info@NCDepo.com

Depositions, Inc.
Serving all of North Carolina

(919) 557-4640

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 61 of 68

correction 15:17

correctly 27:24 42:19

counsel 8:8

courses 10:12,13

court 6:24 55:1

create 27:12,14 35:10 40:24
45:15 50:15 53:7

created 27:15 39:3,21 47:24

creation 39:3

credits 11:12,16

current 12:15 13:8 14:6,14 29:7
37:3 38:22 42:14,22 47:9 50:1
54:16

customer 30:22

### D

Darrell 41:23

data 32:10 33:9,12 34:17,18 35:7

date 11:17 16:3 27:18 42:1

dated 24:8 37:6 41:10

day 17:15,18,19,21,22 18:5,7,8,
11,13,16

deal 24:2

dealing 53:5

Dean 41:23

decide 8:24

decision 25:23 29:3 30:2 35:13
36:2,4,7,13,22,23

deduction 50:14

defendant 7:25 8:1

degree 10:1 14:17 31:8

degrees 9:23 10:9

department 8:12 12:23 20:24
23:9

department's 21:2

departments 19:4

dependents 30:23

depending 18:12

depict 28:1

deposed 4:15

deposition 4:12,19 5:12 8:6,21
18:2 55:3

describe 14:6 30:19

description 33:18 46:5,11,13

descriptions 46:15

determination 34:7,11 35:25

determine 39:13

determined 28:25 39:12 52:2

difference 25:17

differences 32:24 33:6

difficult 7:6

diploma 31:6

direction 19:22 20:5,20 21:2,7,
16,21 24:20 29:20 34:19 35:2,9,
16,18 36:18,20 45:24 46:8 49:20
52:22

directions 21:1,23 23:6,8,10

directive 35:22

director 12:11,20 15:19,25 26:9

discharge 16:23,24,25 17:4
25:12 26:2 33:2

discovery 8:15,20

discretion 35:1

discrimination 23:1,5

discussing 14:4

dismissal 19:7

division 12:23 13:1 26:12 42:15

document 9:13 40:6 42:5,8

documentation 37:2,7,25 39:2

documents 8:11,14,24 9:1,2,5
33:19 42:2

DOD 30:23

draft 41:13

drafted 41:15

due 35:6 40:17 49:20

duly 4:5

dumb 12:22

duties 29:8 31:3 32:3 35:6 47:10

### E

earlier 21:18 38:21 45:24 47:6
54:14

earn 11:10

easier 5:15 49:21

education 10:11 14:13 31:4,8
33:15

EEO 19:11 20:14 21:6,12

effected 25:1,8 26:6,17 42:17

effective 27:18

effectively 30:25

EHRA 13:17,19,20 38:24 40:18,
24 48:2,3,4,5,7,11 49:4,23,25
50:2 51:17

eighteen 11:25 12:5

eliminate 29:3 35:14,22 36:2,13,
24 39:9,25

eliminated 28:21 29:1 37:2,24
39:14

elimination 28:24

email 8:13 40:7

emails 8:12 28:8,11 29:14,20

emphasis 32:9

employed 11:23

employee 37:17 42:18 44:15
47:13

employees 14:19,22 15:1,2,3

employment 11:21 17:4 19:6,10
53:16,19

empty 49:6,17

end 25:13,20,23 27:2,7,9,16

entry 33:9

EOO 22:24

equit 19:3

equitable 19:4

establish 29:16 35:10,17,20
38:22,24 39:20

estimate 11:14

ethic 43:17

**evaluation** 34:6

**event** 31:3

**EXAMINATION** 4:7 45:11

**examined** 4:5

**exchanges** 53:13

**executing** 26:15

**executive** 12:6,7,11,20 15:19,25
26:9

**exempt** 19:20

**exhibit** 24:7 26:7,24 27:4,5,7
28:12 29:14 33:22,24 37:20 38:18
40:3,5 41:2,6,25

**existence** 38:9

**exists** 38:13

**expect** 6:17

**expectations** 44:4

**experience** 13:22 31:5,7,9 33:15

**explain** 35:4

**explanation** 28:14

**expressed** 20:10

**extra** 36:12

---

**F**

**fair** 19:3

**Faircloth** 41:16

**familiar** 18:21,24 21:19

**Fayetteville** 8:2 10:16 30:16
41:10

**February** 27:16 30:4 37:7 39:15
51:6

**federal** 19:11 20:14 21:5,12,16,
25 22:24 23:6

**feel** 6:16

**fewest** 15:3

**figure** 16:14

**filled** 46:20,21,24 49:18

**finance** 34:14 40:18 42:16 45:19

**financial** 12:16

**fine** 16:13

**finish** 7:2

**fire** 53:15

**fly** 31:25

**focusing** 28:16,17 33:8

**follow** 19:22 20:5,20 21:1,7,16,
23 22:1 23:5,6 45:10 54:3

**follow-up** 7:14

**force** 17:6 19:8 20:13 24:8,15,17,
18,25 25:4,7,11 26:3,7,25 29:17
36:6 39:25 41:9 52:20 53:14

**forecasting** 14:11 34:17 35:8

**form** 43:21

**Fort** 30:17,21

**fourteen** 12:13

**free** 6:16 44:2

**front** 24:7 31:24 41:8

**FSU** 8:1 30:21

**FSU's** 31:1

**fully** 5:17,24 7:19 13:24 18:7

**function** 19:18 34:16

**funding** 14:10 35:17,19 36:1

---

**G**

**GAIL** 4:4

**gathering** 32:10 33:12 34:18
35:8

**gave** 24:20 33:18 35:2,17,18
44:12,19 45:24 52:22

**general** 14:9

**generically** 32:21

**give** 18:1 20:17 21:8,21 34:24
36:19 45:2

**giving** 36:12

**good** 4:9 44:10

**governed** 19:25 24:14

**graduate** 10:11 11:12

**greet** 32:22

**greeting** 32:19

**ground** 5:13

**guess** 8:23 18:7

**guests** 32:19

**guidance** 20:6,20 21:2,7 29:15
33:19 36:18 52:21

**guidelines** 21:22

---

**H**

**handle** 36:20

**happen** 28:7 49:14 52:3

**happened** 16:4 38:3,6 47:17
48:24 54:15

**happening** 28:1

**head** 41:20

**heard** 52:13

**hesitating** 25:19

**high** 30:22 31:5

**higher** 31:8 32:17

**highlighted** 28:16

**hire** 34:14

**hired** 48:17,20 49:12

**hiring** 19:6 48:8

**honestly** 5:10

**hours** 8:18,23 11:9 17:15,17,18,
19,21,22 18:5,7,8,12,14,16,17

**HR** 13:10,11 14:1 22:11 25:14
29:15 33:18 35:9 36:19 38:5
40:14 44:11,19 52:13,21,22,25

**HR's** 44:14

**human** 11:21 18:22 19:2,13,18,
20,23,25 20:6,21,23,24 21:2,17,
19,22 22:16,23 23:9,17 24:20
29:21,22 34:20,21 36:5 41:17
46:14 49:2,20 51:10 52:10

**hundreds** 22:16,18

---

**I**

**idea** 36:10,17 45:17,18 52:19

**identification** 26:6

**identified** 25:15 26:1 28:23
42:17

www.NCDepo.com
info@NCDepo.com

*Depositions, Inc.*
*Serving all of North Carolina*

(919) 557-4640

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 63 of 68

**identify** 14:1

**ignorant** 12:22 13:23

**implementation** 19:2

**include** 35:7

**including** 19:6

**information** 9:21 36:21 44:7

**informational** 31:4

**informed** 51:7

**initially** 36:17

**initiating** 24:25 25:4

**inquiries** 31:2

**instituted** 29:18 39:24

**institution** 25:7

**instruction** 34:25

**instructions** 22:10,13,15,19

**insuring** 19:1

**intend** 50:11

**intent** 29:12,18 51:17

**intention** 39:8 50:18,21 53:9,15

**interested** 6:8

**interfere** 5:5

**interrupt** 7:6

**interviewed** 44:21

**involved** 31:1

**issues** 13:10

### J

**Jan-jee** 47:1 48:8,12 49:11 50:7

**Jan-jee's** 47:19 49:6

**job** 7:5 12:12 14:7,8 19:7 29:7
    30:10,12,15,17 33:17 46:12,14
    53:5

**jobs** 53:7

**Joe** 22:8 31:21

**Joseph** 4:13

**journey** 27:23

**justification** 34:3

**justify** 28:14

### K

**Kay** 41:16

**kind** 7:13

**knew** 15:12,17

**knowing** 44:18

### L

**laid** 17:13

**law** 11:21 23:5,6

**laws** 19:11 20:14 21:6,12 22:3,24
    23:1

**lawsuit** 9:6 42:2

**layoff** 42:10

**leadership** 34:13

**learn** 30:25

**learned** 51:2

**learning** 43:20

**left** 17:4

**level** 32:17 33:15 43:25

**levels** 33:15

**Liberty** 30:17,21

**life** 5:15

**Lillian** 45:22

**Lindsley** 6:7 9:9 19:14 20:2,11,
    15 22:5,8,14 23:2 31:14,21 45:1,
    9,12 53:24 55:1

**Lisa** 7:21 27:23 28:5 46:22

**listen** 5:5

**lives** 5:14

**logistics** 24:3

**long** 6:18 8:19 11:23 12:7,12,18
    15:6 16:3,20 22:18

**longer** 38:5,6,9,13,21

**lot** 5:15

**love** 6:12

**lower** 43:25

### M

**Madam** 55:1

**made** 30:3 36:22 53:13

**maintaining** 31:3

**majority** 32:8

**make** 5:14 7:19 24:11 31:23,24
    45:24 46:9 52:3

**manager** 23:10

**manual** 18:22 19:13,23 20:1,7,
    22,25 21:3,14,20 22:16,20

**marathon** 6:17

**March** 11:19 12:19 15:7 16:22
    17:10 27:19 41:11

**Marie's** 5:15

**marked** 24:6

**Master's** 10:14,24 11:3,10,13

**materials** 31:4

**matter** 4:14

**MBA** 10:21

**meaning** 30:14

**means** 5:24 7:9 29:7

**medication** 5:4

**meet** 15:24

**meetings** 32:8

**members** 30:23

**mentioned** 53:7

**met** 15:20 25:20

**mind** 9:22

**minimum** 31:4

**minute** 24:10

**minutes** 32:8 45:1,3

**miscommunication** 6:2

**Missouri** 10:8

**mm-hmm** 7:10 41:1 52:15

**money** 36:12

**months** 23:14

**move** 9:11 47:20

**moved** 50:24

**N**

**names** 44:20

**necessarily** 8:19 18:6 35:22 39:4

**needed** 34:8,15

**night** 9:15

**North** 18:22

**notes** 44:24

**notified** 29:24 40:15

**notifies** 21:22

**number** 15:3

**O**

**oath** 4:22 5:1

**objection** 9:9 19:14 20:2,11,15 22:5,8 23:2 31:14,23

**obligation** 5:1

**observed** 43:17

**observing** 17:20,22,25 18:6

**October** 24:8

**office** 16:21 18:3,5 19:23 20:6,21 24:15 25:25 28:4,19 29:22 30:21 31:6,12,16,17 32:4,20 34:16 35:11,19 41:10 45:14,20 46:8,14, 16 47:24 50:2,9,12,16 51:15 53:8

**offices** 46:9

**officially** 40:15

**open** 43:7

**openings** 42:16

**opinion** 43:12,21 44:3,10,16

**opportunity** 42:17

**option** 52:23,24 54:8,11,18,21

**options** 25:24 52:22

**org** 27:9,12,14,15 28:3,5,13

**originally** 36:11 40:11

**oversee** 14:18

**P**

**p.m.** 55:4

**packages** 29:21

**pages** 22:18 41:6

**paperwork** 49:2

**part** 29:1 53:4

**participate** 42:21

**perform** 34:7 43:2

**performing** 18:9

**person** 13:24 32:7 45:23

**personally** 9:21 20:9

**personnel** 24:15

**plaintiff** 7:21

**plan** 29:10 39:25 41:9 45:14 50:23 51:7,12 52:9,16,17 53:7,12

**planning** 12:16

**plans** 11:2,6

**point** 5:19 6:15 7:7 30:20 39:5, 11,12,13 47:20 52:24

**policies** 19:2,11,21 20:14 21:6, 13 22:3,24 25:3 31:1

**policy** 24:8,13,16,18,21,24 25:6, 11 26:3,8,13,15,17

**position** 12:18 13:14,17,18,20 14:5,7,10,14 16:17,24 26:14 28:2, 21 29:1,4,19 30:1,11,19,24 31:13 32:11,12,17,25 33:7,8 34:8,11,12, 25 35:3,12,15,23 36:1,3,12,13,25 37:1,4,11,12,18,19,23,25 38:2,3, 4,6,8,12,15,23,24 39:2,4,9,14,20, 21,25 40:13,24 43:6,13,25 44:1, 15 46:3 47:3,9,12,14,15,19,21,25 48:2,3,4,5,7,9,10,15,18,21,22,25 49:1,4,6,8,10,18,22,23 50:7,8,15, 20,21,25 51:14,17,19,22,24 52:4, 5,11,14,20 54:16

**positions** 12:4 28:15 29:16,23 32:6 33:3 35:10,18,20 38:22 40:16,18 45:15,25 46:2,5,7,10,15, 17,19 47:7,8 48:11 49:19,25 50:1, 4,9 52:6,9 53:22

**post** 10:11

**posted** 43:6

**posting** 30:18

**postings** 33:18

**potential** 42:16

**practices** 19:3

**preferred** 31:7

**preparation** 8:25 9:4

**preparations** 9:16

**prepare** 8:6,10 9:14

**preparing** 8:18,21 42:5

**presented** 54:19,22

**prevent** 5:9

**previous** 37:17 47:14

**prior** 15:9,21 16:16 24:25 25:3 26:5

**procedures** 21:16 31:1

**PROCEEDINGS** 4:1

**process** 13:11 17:6 25:14,21,22 26:13 27:2 38:4 50:19 51:16

**produced** 8:15

**programs** 19:3

**progress** 53:12

**project** 18:12

**projection** 14:12

**promotion** 19:8

**provide** 13:11 52:21

**provided** 34:21 42:2 44:13 46:14

**providing** 30:22

**purpose** 7:14 28:13

**pursue** 40:21

**put** 47:14

**Q**

**qualifications** 31:7 43:1,18

**qualified** 43:12,23 44:3,14,15

**qualifies** 13:24

**quality** 30:22

www.NCDepo.com
info@NCDepo.com

Depositions, Inc.
Serving all of North Carolina

(919) 557-4640

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 65 of 68

**quarter** 23:14

**question** 5:21,24,25 6:21 7:2,15 12:22 19:16 21:9 22:9,18 25:9 34:9 36:10 40:5 47:18

**questions** 5:6,9,17 6:25 44:24 45:8,10 53:25 54:25

### R

**range** 16:3

**re-alignment** 28:18

**re-establish** 28:18

**RE-EXAMINATION** 54:1

**reach** 34:7

**reached** 29:15

**read** 27:24 28:8 31:24 32:11 42:19 55:2

**realignment** 14:11 27:18

**reason** 53:18

**recall** 33:17 42:1

**receive** 10:3,5,24 11:3 23:9,18

**received** 11:20 22:19 23:21

**recently** 30:18

**receptionist** 30:20 32:12,18

**recess** 24:4 45:4

**recharacterizing** 29:8

**reclassification** 29:6 37:1 39:4, 7 47:6 49:7,16 52:14

**reclassified** 34:8 35:13 37:4 38:1 40:13,14 47:15 49:3 50:7 51:21

**reclassify** 29:12,16,19,23,25 34:4,11,25 35:3,10 38:21 40:23 47:5,9,12 49:21 50:21

**reclassifying** 29:7

**recollect** 10:18 16:12 21:15

**recommend** 43:9

**record** 4:13 6:25 24:2 45:6

**record's** 7:18

**recruited** 13:15

**recruitment** 13:5,7,25 54:5,15

**reduction** 17:6 19:8 24:8,14,17, 25 25:4,7,11,16 26:3,6,25 29:17 36:6 39:24 41:9 52:19 53:14

**reductions** 20:13

**referred** 42:22

**referring** 7:21 8:1 40:9,11 45:23

**refocus** 34:17

**regard** 50:19 52:20

**regulations** 21:17,25

**related** 31:6

**relation** 26:25

**release** 53:19

**remember** 11:11,13 16:14,15 22:7 26:23 54:14

**remembering** 25:21

**rephrase** 5:20 7:11 16:25 17:24 25:9 26:19 30:14 34:9 39:10 43:15

**reporter** 6:24 55:2

**represent** 4:14

**request** 40:13

**requested** 39:20

**requesting** 28:14 37:3 38:22

**require** 11:15 33:13,14

**requirement** 31:5

**requirements** 14:13 30:10,12,15 31:5,11 44:4

**requires** 30:24

**resources** 11:21 18:22 19:2,13, 18,20,23 20:1,6,21,22,23,24 21:2, 17,19,22 22:16,23 23:9,17 24:20 29:21,22 34:20,21 36:5 41:17 46:14 49:2,21 51:11 52:10

**responding** 8:20

**response** 20:17 40:20

**responsibilities** 14:7,8 15:18 29:9 33:5 35:7 47:10 53:4

**responsible** 32:19

**restructuring** 28:3 29:2 34:19

**resume** 44:18

**resuming** 11:7

**review** 8:25 9:3,14,17 24:10,24 25:3,6 28:11 36:7 42:3,21

**reviewed** 8:11,12 9:2,5 25:10 26:2,7,24 41:25 42:14

**reviewing** 25:24

**RIF** 26:8,12,15,17,18,20 38:4,5 52:16 53:18

**role** 12:1,15 14:15,18,23 15:1,10, 12,18,21,25 17:5 19:17 26:8,10 30:6 31:1 32:4,5 33:1,16 34:15 36:24 42:4 43:2,5,24 44:5,10,14 45:13 53:3 54:9

**roles** 34:22

**room** 6:13

**routinely** 18:11

**rude** 7:12,13

**rules** 5:13 23:5 48:8

### S

**safe** 15:8

**sake** 7:18

**SANDRA** 4:4

**schedule** 4:10 32:8

**school** 31:6

**screened** 44:12

**search** 48:11 51:18

**seeking** 39:3

**selected** 37:19

**senior** 34:13

**separation** 24:19

**served** 12:4

**serves** 30:20

**service** 30:22

**services** 31:9

**set** 19:12

**share** 19:12 20:9

**shared** 9:1,4,5,7

**Sheila** 29:23 51:9

www.NCDepo.com
info@NCDepo.com

Depositions, Inc.
Serving all of North Carolina

(919) 557-4640

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 66 of 68

**shows** 28:4,20

**SHRA** 13:17,18 40:13,16,23 48:2, 9 49:25 50:5 51:22

**sign** 55:2

**signature** 41:18,21,22,23

**signed** 13:7

**similar** 31:10,11

**Similarly** 7:8

**simple** 52:13

**simply** 50:24 51:21

**sit** 4:12

**skills** 30:24

**sounds** 12:21 26:21

**speaking** 31:23

**specialist** 30:8,11,19 31:13 32:4, 15,25 33:11,14 43:2,14,23 51:10

**specialized** 33:12

**specific** 22:25

**specifically** 22:4,22 34:24 35:5 38:3 43:8

**spend** 8:18 17:15

**spent** 8:20

**spoken** 6:7

**started** 45:13 46:16 53:8,12

**state** 10:16 14:9,10 18:25 19:4, 11,13,21 20:14 21:5,12,17,19,25 22:24 24:7,16 30:16 41:10

**states** 39:2

**stating** 19:19

**Stick** 40:4

**strike** 8:17 10:20 39:12 46:4 53:5

**strong** 30:24 32:9

**structure** 34:15

**student** 31:9

**studies** 11:7

**subject** 53:19

**submit** 29:22

**submitted** 37:7 49:2

**suggest** 43:8

**suit** 9:1

**suitable** 42:17

**supervise** 14:19,22

**supervised** 15:1,4

**supervisor** 23:11 25:25 34:24 35:2,4,14,16 36:11

**support** 30:7,11,18 31:12 32:3,5, 7,14,25 33:11,14 43:2,13,23

**supposed** 28:7

**sworn** 4:5,18

**system** 29:22,24 38:5 40:15,17 46:8 48:6

---

**T**

**taking** 4:11 10:21 29:7 47:9

**talk** 7:1

**talked** 6:4,9 8:7

**talking** 53:8

**targeted** 26:20

**technician** 27:23 28:4 29:25 30:6 33:1,7,16 34:4,12 35:3,6,15, 23 36:3,14,24 37:3,23 38:12 40:12,14 46:17,18,25 47:2,7,20, 23 48:9,21,24 49:1,17,19,25 50:3, 6,24 51:13,23 52:4,11 53:4

**ten** 8:23 16:9,11

**term** 7:25

**terminate** 53:15

**termination** 17:3 23:19,22

**terms** 7:19 19:9 47:7

**terribly** 6:18

**terrific** 7:5

**testified** 4:6

**testimony** 4:18 6:25 13:13 21:18 37:24 54:14

**thing** 6:20,24

**things** 43:20

**thinking** 11:7 25:19

**thirteen** 27:7

**thousands** 22:17

**time** 4:12 6:18 9:13 16:16 17:12 18:4,18 23:12,21 24:19,25 25:6, 10 26:2,5 28:10,15 33:2 37:13 40:8 41:24 43:6 51:2 53:14

**timelines** 8:12

**times** 5:16

**title** 47:11

**today** 4:10,12,23 5:10,15,16,24 6:3,13,15 8:10,19,22,25 9:4,14

**today's** 8:6

**told** 20:24 21:4,11,15 22:2,23

**top** 41:22

**total** 14:9

**training** 11:3,20 19:9 23:11,13, 15,18,23

**transition** 51:13

**transitions** 13:9

**truth** 4:22 5:2

**truthfully** 5:6,9

**turn** 27:3

---

**U**

**uh-huhs** 7:9

**uh-uh** 7:10

**ultimately** 29:18 34:10 36:3,23 49:14 51:12 52:2

**unable** 9:17

**UNC** 29:22,24 40:15,17 46:8 48:5

**Undecided** 11:8

**understand** 4:21,25 5:6,18,19 7:20,23 8:3 16:14 17:2 18:8 25:17

**understanding** 13:24

**understood** 5:24 19:16 33:21

**unfair** 31:22

**unfold** 53:12

**unique** 31:17,20

**uniquely** 32:10

**Univers** 24:17

www.NCDepo.com
info@NCDepo.com

Depositions, Inc.
Serving all of North Carolina

(919) 557-4640

Case 5:24-cv-00219-BO-RN    Document 28-3    Filed 07/07/25    Page 67 of 68

universities  19:5

University  7:25 8:2 10:16 11:24 12:5 14:9 30:17 41:10 42:14

update  23:11,13

ups  54:3

---

**V**

vacancies  42:15,22

vacant  37:3,10,11,13,19 43:7,24 47:2 48:22 49:2,22 50:6

vacated  37:16,17

vaguely  11:11

verbal  7:9

veterans  30:23

vice  12:15 13:4,14 14:5 15:10,13, 22 16:7,10 28:17 34:13,20 36:4, 15,21 41:17 45:18

---

**W**

wait  7:2

waiting  20:16

waiver  13:5,7,8,25 54:5,16

walk  12:3

Wanjovi  45:22 53:6

watching  18:2

Wells  47:1 51:16

whatsoever  42:5

Williams  4:4,9,15 8:5 9:20 11:17 14:3 18:21 27:3 42:7 45:13 54:4

word  47:5

work  16:17,20 17:21,23,25 18:9 43:17 51:8 52:14

worked  17:11 18:13 29:21 50:23 52:21

working  8:20 17:16 43:11,16 52:17

works  18:3

Wright  29:23 51:9

wrote  40:10

---

**Y**

year  17:12,16 23:23 31:6,9 37:8 43:11,16,20

years  10:19 11:25 12:5,9,13 15:7 16:6,9 31:8

yellow  28:16

---

**Z**

Zeigler  29:23 51:9

*www.NCDepo.com*
*info@NCDepo.com*

*Depositions, Inc.*
*Serving all of North Carolina*

*(919) 557-4640*

Case 5:24-cv-00219-BO-RN   Document 28-3   Filed 07/07/25   Page 68 of 68