# NORTH CAROLINA OFFICE OF STATE PERSONNEL
## - PERSONNEL ACTION -

| # | Field | Value |
|---|---|---|
| 1 | Department/University | FAYETTEVILLE STATE UNIVERSITY |
|   | Division/School or Department | |
|   | Date Prepared | 02-11-02 |
|   | Payroll Unit No. | 086 |
| 2 | Section/Division | PERSONNEL |
|   | Description This Action | EOD (NEW HIRE) |
|   | Effective Date | 02-04-02 |

FHS KEY = 6088 20020211 151514

## EMPLOYEE INFORMATION

Date form worked = 02-15-02

| # | Name-Last | First | MI | HC | Vet | Birth Date | Race | Sex | Education | Soc. Sec. No. |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | From | | | | | | | | | |
| 4 | To BERNARD | LISA | | A | N | 03-16-67 | BLACK | F | HI SCH | 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 |

| # | Employee Classification Title | M/S | Sch. Code | W/H | Agg. Service | Appt.Type | Grade | Step | Employee Salary |
|---|---|---|---|---|---|---|---|---|---|
| 5 | From | | | | | | | | |
| 6 | To PROCESSING ASSISTANT III | N | 00440 | S | | TMFT | 57 | 0 | 8.94 |

| # | Ann. Date | TMLD/Temp Dur | Hrs/Week | If Perm-Mths/Yr | Appt Value | Position Number | Old Pos | Citizen | Country |
|---|---|---|---|---|---|---|---|---|---|
| 7 | From | | | | | | | | |
| 8 | To | 3 MTHS | 40 | 12.0 | 1.000 | 6088-1170-0009-123 | 09123 | YES | |

| 9 | Name of Employee Replaced | | Last Salary | |

## SEPARATION INFORMATION

| 10 | Reason for Separation | Last Work Day | Last Day Hours | Sep. Date/Hours |
| 11 | Hrs Sick Lv | From (sick leave exhausted) To | Hrs Vac Lv | From (vacation leave exhausted) To | Lv pd-term | Vac Lv Balance | Sick Lv Balance |

## POSITION INFORMATION

| # | Position Classification Title | M/S | Sch. Code | W/H | Pos Type | Grade | Step | Mos/Wks | Pos Val | Bud Salary |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | From PROCESSING ASSISTANT III | N | 00440 | S | TMFT | 57 | | 12.0 | 1.00 | 4000 |
| 13 | To | | | | | | | | | |

| 14 | From County CUMBERLAND | City | To County | City |

## EMPLOYEE SALARY FUNDING INFORMATION

FROM / TO

| 15 | Budget Code | Object | Fund | Camp. Code | Univ. Account | S/F | Employee Salary | 16 | Budget Code | Object | Fund | Camp. Code | Univ. Account | S/F | Employee Salary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | A | 16088 | 1410 | 1170 | 01 | 600700 | S | 8.94 |
| B | | | | | | | | B | | | | | | | |
| C | | | | | | | | C | | | | | | | |
| D | | | | | | | | D | | | | | | | |
| E | | | | | | | | E | | | | | | | |
| 17 | Total if more than one source | | | | | | | 18 | Total if more than one source | | | | | | |

## SALARY RESERVE INFORMATION

| 19 | Funds Available in Reserve | Funds To Be Placed In Reserve |
| 20 | Budget Revision Number | Date | 15 Digit Position Number | Old Position Number |

## PERSONNEL, BUDGET COMMENTS OR INTERAGENCY TRANSFER INFORMATION

21 AGENCY REQUESTING SALARY OF $8.94 HR BASED ON MS. BERNARD'S 7 YRS + EXPERIENCE IN THE CLERICAL FIELD.

| 22 | Section/Division Approval | Division/School Department Approval | Department/Univ. Budget Approval | Department/University Approval LEONARD C. COVINGTON (DGL) |
| 23 | OFFICE OF STATE PERSONNEL ACTION THOMAS H. WRIGHT (CLG) | | BUDGET APPROVAL Does not require State Budget approval | |

Agency Copy 1 (yellow)