# FAYETTEVILLE STATE UNIVERSITY

## ANNUAL PERFORMANCE APPRAISAL

SPA Employee (Non-supervisor)

**Lisa Bernard**
EMPLOYEE'S NAME

| | | |
|---|---|---|
| June 2015 – May 2016 | **Business & Finance** | 830023596 |
| EVALUATION PERIOD / WORK CYCLE | DIVISION | EMPLOYEE'S BANNER ID NO. |
| **Budget** | Click here to enter section/sub-unit. | 6088-1170-0000-090 |
| DEPARTMENT | SECTION/SUB-UNIT | EMPLOYEE'S 15-DIGIT POSITION NO. |
| **Steven Mack** | **Yolanda Bonnette** | **Accounting Technician** |
| SUPERVISOR'S NAME | NEXT LEVEL MANAGER'S NAME | EMPLOYEE'S CAREER-BANDED TITLE |
| **Budget Director** | **Associate VC for Business & Finance** | **Accounting Technician** |
| SUPERVISOR'S TITLE (Banded title if applicable.) | NEXT LEVEL MANAGER'S TITLE | EMPLOYEE'S WORKING TITLE (if applicable) |
| 1774 | 1151 | 1082 |
| SUPERVISOR'S PHONE EXT. | NEXT LEVEL MANAGER'S PHONE EXT. | EMPLOYEE'S PHONE EXT. |

## OVERALL PERFORMANCE RATING (Required)

○ **Outstanding (O)** — Performance was far above the defined job expectations. The employee consistently went far beyond what is normally expected of an employee in this job. The employee's performance needs no improvement. Rating requires specific and substantial written justification.

○ **Very Good (VG)** — Performance fully met the defined job expectations and, in many instances, exceeded job expectations. The employee often went far beyond what is normally expected of an employee in this job. Rating requires specific and substantial written justification.

⦿ **Good (G)** — Performance met the defined job expectations. The employee successfully and solidly performed at the level, and occasionally above the level, that is normally expected of an employee in this job. Rating requires clear and concise written results statements for support.

○ **Below Good (G)** — Performance met some of the job expectations, but not all. Improvement is needed to bring the employee's performance up to the meets expectations level. Rating requires improvement plan.

○ **Unsatisfactory (U)** — Performance failed to meet the defined expectations. Performance may have required frequent, close supervision, and/or the redoing of work. The employee did not perform at the level that is normally expected of an employee in this job. Rating requires improvement plan.

## SIGNATURES (Required)

EMPLOYEE'S SIGNATURE DOES NOT NECESSARILY INDICATE AGREEMENT.

| | | | |
|---|---|---|---|
| *[signed] Steven Mack* | 4/14/16 | *[signed] Lisa Bernard* | 4/14/16 |
| SUPERVISOR'S SIGNATURE | DATE | EMPLOYEE'S SIGNATURE | DATE |
| *[signed] Yolanda C. Bonnette* | 4/14/16 | *[signed]* | 4/18/16 |
| NEXT LEVEL MANAGER'S SIGNATURE | DATE | HR REVIEWER'S SIGNATURE | DATE |

Case 5:24-cv-00219-BO-RN   Document 28-6   Filed 07/07/25   Page 1 of 1

Def. 190