

# University SHRA Annual Performance Appraisal Form

**FAYETTEVILLE STATE UNIVERSITY**

| ANNUAL PERFORMANCE APPRAISAL CYCLE (Dates From/To): | April 1, 2016 | to | March 31, 2017 |
|---|---|---|---|
| **Dept. Name:** Budget Office | **Employee Name:** Lisa Bernard | | |
| **Dept. #:** 2320 | **Employee ID:** 830023596 | **Position #:** | 90 |
| **Supervisor Name:** Steve Mack | **Employee Classification:** Accounting Tech | | |
| **Supervisor Title:** Budget Director | **Competency Level:** Journey | | |

## PART 7: ANNUAL PERFORMANCE APPRAISAL (see instructions on page 2)

- Rate each **Individual** and **Institutional Goal**.
  - 1 = Not Meeting Expectations
  - 2 = Meeting Expectations
  - 3 = Exceeding Expectations
- Multiply the **Weight** by the **Rating** to get the **Score** for each goal. Use two decimal places. (Example: 10% x 2 = 0.20)
- Add all of the **Scores** together to assign a **Final Overall Rating**.
  - 1.00 to 1.69 = Not Meeting Expectations
  - 1.70 to 2.69 = Meeting Expectations
  - 2.70 to 3.00 = Exceeding Expectations
- Provide **comments** and **signatures** on the next page.

| # | INSTITUTIONAL GOALS (see descriptions in performance plan) | Weight | x | Rating | = | Score |
|---|---|---|---|---|---|---|
| 1 | Expertise | 10 | x | 3 | = | 30 |
| 2 | Accountability | 10 | x | 3 | = | 30 |
| 3 | Customer-Oriented | 10 | x | 3 | = | 30 |
| 4 | Team-Oriented | 10 | x | 3 | = | 30 |
| 5 | Compliance & Integrity | 10 | x | 3 | = | 30 |
| 6 | Supervision (if applicable) |  | x |  | = |  |

| # | INDIVIDUAL GOALS (title only from performance plan) | Weight | x | Rating | = | Score |
|---|---|---|---|---|---|---|
| 1 | Process PPA Forms, Track Positions, People Admin Processing | 25 | x | 3 | = | 75 |
| 2 | Prepare Quarterly Vacancy Report | 10 | x | 2 | = | 20 |
| 3 | Budget Management | 15 | x | 2 | = | 30 |
| 4 |  |  | x |  | = |  |
| 5 |  |  | x |  | = |  |

**FINAL OVERALL RATING** (mark the appropriate rating based on total score) **TOTAL SCORE** = 275

Has the employee received a disciplinary action during this performance cycle **and/or** received any rating of 1 (Not Meeting Expectations) on this appraisal? If **YES**, then the final overall rating **cannot** equal Exceeding Expectations, regardless of the total score.  YES / (NO)

| NOT MEETING EXPECTATIONS | MEETING EXPECTATIONS | EXCEEDING EXPECTATIONS |
|---|---|---|
|  | (scribbled) | 2.75 |