

# University SHRA Annual Performance Appraisal Form

| ANNUAL PERFORMANCE APPRAISAL CYCLE *(Dates From/To)*: | | April 1, 2018 | to | March 31, 2019 |
|---|---|---|---|---|
| **Dept. Name:** Budget Office | **Employee Name:** | Lisa Bernard | | |
| **Dept. #:** 2320 | **Employee ID:** | 830023596 | **Position #:** | 90 |
| **Supervisor Name:** Steve Mack | **Employee Classification:** | Accounting Tech | | |
| **Supervisor Title:** Budget Director | **Competency Level:** | Journey | | |

## PART 7: ANNUAL PERFORMANCE APPRAISAL  (see instructions on page 2)

- Rate each **Individual** and **Institutional Goal**.
  - 1 = Not Meeting Expectations
  - 2 = Meeting Expectations
  - 3 = Exceeding Expectations
- Multiply the **Weight** by the **Rating** to get the **Score** for each goal. Use two decimal places. **(Example: 10% x 2 = 0.20)**

- Add all of the **Scores** together to assign a **Final Overall Rating**.
  - 1.00 to 1.69 = Not Meeting Expectations
  - 1.70 to 2.69 = Meeting Expectations
  - 2.70 to 3.00 = Exceeding Expectations
- Provide **comments** and **signatures** on the next page.

| # | INSTITUTIONAL GOALS  (see descriptions in performance plan) | Weight | x | Rating | = | Score |
|---|---|---|---|---|---|---|
| 1 | **Expertise** | 10 | x | .2 | = | .20 |
| 2 | **Accountability** | 10 | x | .2 | = | .20 |
| 3 | **Customer-Oriented** | 10 | x | .3 | = | .30 |
| 4 | **Team-Oriented** | 10 | x | .2 | = | .20 |
| 5 | **Compliance & Integrity** | 10 | x | .3 | = | .30 |
| 6 | **Supervision** *(if applicable)* | | x | | = | |

| # | INDIVIDUAL GOALS  (title only from performance plan) | Weight | x | Rating | = | Score |
|---|---|---|---|---|---|---|
| 1 | **Process PPA Forms, Track Positions, People Admin Processing** | 25 | x | .3 | = | .75 |
| 2 | **Prepare Quarterly Vacancy Report** | 10 | x | .2 | = | .20 |
| 3 | **Budget Management** | 15 | x | .2 | = | .30 |
| 4 | | | x | | = | |
| 5 | | | x | | = | |

| FINAL OVERALL RATING  (mark the appropriate rating based on total score) | | TOTAL SCORE | = | 2.45 |
|---|---|---|---|---|
| Has the employee received a disciplinary action during this performance cycle <u>and/or</u> received any rating of 1 (Not Meeting Expectations) on this appraisal? If <u>YES</u>, then the final overall rating <u>cannot</u> equal Exceeding Expectations, regardless of the total score. | | YES | | |
| | | NO | | NO |

| NOT MEETING EXPECTATIONS | MEETING EXPECTATIONS | YES | EXCEEDING EXPECTATIONS |
|---|---|---|---|

Case 5:24-cv-00219-BO-RN   Document 28-9   Filed 07/07/25   Page 1 of 1