

# University SHRA Annual Performance Appraisal Form

| ANNUAL PERFORMANCE APPRAISAL CYCLE *(Dates From/To)*: | | April 1, 2019 | to | June 30, 2020 |
|---|---|---|---|---|
| Dept. Name: | Budget Office | Employee Name: | Lisa Bernard | |
| Dept. #: | 2320 | Employee ID: 830023596 | Position #: | 90 |
| Supervisor Name: | Duanna Lawrence | Employee Classification: | Accounting Tech | |
| Supervisor Title: | Interim Assoc. Budget Director | Competency Level: | Journey | |

## PART 7: ANNUAL PERFORMANCE APPRAISAL  *(see instructions on page 2)*

- Rate each **Individual** and **Institutional Goal**.
  - 1 = Not Meeting Expectations
  - 2 = Meeting Expectations
  - 3 = Exceeding Expectations
- Multiply the **Weight** by the **Rating** to get the **Score** for each goal. Use two decimal places. (Example: 10% x 2 = 0.20)
- Add all of the **Scores** together to assign a **Final Overall Rating**.
  - 1.00 to 1.69 = Not Meeting Expectations
  - 1.70 to 2.69 = Meeting Expectations
  - 2.70 to 3.00 = Exceeding Expectations
- Provide **comments** and **signatures** on the next page.

| # | INSTITUTIONAL GOALS *(see descriptions in performance plan)* | Weight | x | Rating | = | Score |
|---|---|---|---|---|---|---|
| 1 | Expertise | 10 | x | .2 | = | .20 |
| 2 | Accountability | 10 | x | .2 | = | .20 |
| 3 | Customer-Oriented | 10 | x | .3 | = | .30 |
| 4 | Team-Oriented | 10 | x | .2 | = | .20 |
| 5 | Compliance & Integrity | 10 | x | .3 | = | .30 |
| 6 | Supervision *(if applicable)* | | x | | = | |

| # | INDIVIDUAL GOALS *(title only from performance plan)* | Weight | x | Rating | = | Score |
|---|---|---|---|---|---|---|
| 1 | Process PPA Forms, Track Positions, People Admin Processing | 25 | x | .3 | = | .75 |
| 2 | Prepare Quarterly Vacancy Report | 10 | x | .2 | = | .20 |
| 3 | Budget Management | 15 | x | .2 | = | .30 |
| 4 | | | x | | = | |
| 5 | | | x | | = | |

| FINAL OVERALL RATING *(mark the appropriate rating based on total score)* | TOTAL SCORE | = | 2.45 |
|---|---|---|---|

| Has the employee received a disciplinary action during this performance cycle **and/or** received any rating of 1 (Not Meeting Expectations) on this appraisal? If **YES**, then the final overall rating **cannot** equal Exceeding Expectations, regardless of the total score. | YES | | |
| | NO | NO | |

| NOT MEETING EXPECTATIONS | | MEETING EXPECTATIONS | YES | EXCEEDING EXPECTATIONS | |